# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: § | Chapter 11 |
| § | |
| **SABLE PERMIAN RESOURCES, LLC,** *et al.*, § | Case No. 20-33193 (MI) |
| § | |
| Debtors.[1] § | **(Jointly Administered)** |
| § | **(Emergency Hearing Requested)** |

## NOTICE OF ELECTRONIC HEARING ON
## JUNE 26, 2020, AT 11:00 A.M (PREVAILING CENTRAL TIME)

On June 25, 2020, the above-captioned debtors (collectively, the "Debtors") commenced these chapter 11 cases.

A hearing will be held on **June 26, 2020, at 11:00 A.M. (prevailing Central Time)** before the Honorable Marvin Isgur of the United States Bankruptcy Court, Houston, Texas and will be **conducted electronically via both audio and video communication (as described below)**, to consider the following matters:

- ***Notice of Complex Case Designation.*** Notice of Designation as Complex Chapter 11 Bankruptcy Case [Docket No. 3]

- ***Joint Administration Motion.*** Debtors' Emergency Motion for Entry of an Order Directing Joint Administration of Related Chapter 11 Cases [Docket No. 2]

- ***DIP Motion.*** Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Authorizing the Use of Cash Collateral, (IV) Granting Liens and Superpriority Claims, (V) Modifying the Automatic Stay, and (VI) Scheduling a Final Hearing [Docket No. 20]

- ***Cash Management Motion.*** Debtors' Emergency Motion for Entry of Interim and Final Orders Authorizing the Debtors to (I) Continue to Operate their Cash Management System,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Sable Permian Resources, LLC (5172); SPR Stock Holdings, LLC (2065); Sable Permian Resources Operating, LLC (3212); SPR Holdings, LLC (3611); SPRH Finance Corporation (1390); Sable Permian Resources Corporation (9049); Sable Permian Resources Finance, LLC (6841); SPR Finance Corporation (0359); and Sable Land Company, LLC (7101). The location of the Debtors' main corporate headquarters and the Debtors' service address is: 700 Milam Street, Suite 3100, Houston, TX 77002.

(II) Honor Certain Prepetition Obligations Related Thereto, (III) Maintain Existing Business Forms, and (IV) Perform Intercompany Transactions [Docket No. 22]

- *Utilities Motion.* Debtors' Emergency Motion for Entry of an Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests [Docket No. 10]

- *Employee Wages Motion.* Debtors' Emergency Motion for Entry of an Order Authorizing the Debtors to (I) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (II) Continue Employee Benefit Programs [Docket No. 12]

- *Royalty Motion.* Debtors' Emergency Motion for Entry of an Order Authorizing the Payment of Mineral Payments and Working Interest Disbursements [Docket No. 13]

- *Joint Interest Billings Motion*. Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Payment of Working Interest Costs, Joint Interest Billings, Marketing Expenses, and 503(b)(9) Claims and (II) Confirming Administrative Expense Priority Status of Outstanding Orders [Docket No. 14]

- *Insurance Motion.* Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue Their Insurance Coverage, (B) Pay All Insurance Obligations, (C) Maintain Their Surety Bonds, and (D) Pay All Bonding Obligations, and (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers [Docket No. 19]

- *Taxes Motion.* Debtors' Emergency Motion for Entry of an Order Authorizing the Payment of Certain Prepetition Taxes [Docket No. 15]

- *Consolidated Creditor List Motion.* Debtors' Emergency Motion for Entry of Order (I) Authorizing the Debtors to File a Consolidated List of Creditors and a Consolidated List of the Debtors' Thirty (30) Largest Unsecured Creditors, (II) Authorizing the Debtors to Redact Certain Personal Identification Information, and (III) Approving the Form and Manner of Notifying Creditors of the Commencement of These Chapter 11 Cases and Other Information [Docket No. 16]

- *Schedules Extension Motion.* Debtors' Emergency Motion for Entry of an Order Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs [Docket No. 17]

- *Prime Clerk Retention Application.* Debtors' Emergency Application for Entry of an Order Authorizing the Debtors to Employ and Retain Prime Clerk LLC as Claims, Noticing and Solicitation Agent [Docket No. 18]

**Electronic Appearances**

On March 24, 2020, through the entry of General Order 2020-10, the Court invoked the *Protocol for Emergency Public Health or Safety Conditions* (the "Protocol"), which is set forth in the Court's General Order 2020-04. The Protocol is available at: https://www.txs.uscourts.gov/sites/txs/files/Bankruptcy%20General%20Order%202020-04%20Adoption%20of%20Contingency%20Plan_0.pdf.

Pursuant to the Protocol, all persons will appear telephonically and also may appear via video at this hearing using the Court's electronic conference systems.

The Court will simultaneously use two technology methods to conduct electronic hearings. One method will provide audio communication. The other will provide video access to exhibits and materials presented to the Court. If a party wants to both view the documents presented to the Court and hear the proceeding, the party must 1) dial in through the audio system, and 2) log into the Court's video via join.me.

Hearing appearances should be made electronically and in advance of the hearing. You may make your electronic appearance by:

1) Going to the Southern District of Texas website;

2) Selecting "Bankruptcy Court" from the top menu;

3) Selecting "Judges' Procedures and Schedules";

4) Selecting "View Home Page" for Judge Marvin Isgur;

5) Under "Electronic Appearance" select "Click here to submit electronic appearance;"

6) Select Sable Permian Resources, LLC, et al. from the list of electronic appearance links, and

7) After selecting Sable Permian Resources, LLC, et al. from the list, complete the required fields and hit the "Submit" button at the bottom of the page.

Submitting your appearance electronically in advance of the hearing will negate the need to make an appearance on the record at the hearing.

**Audio Communication**

Audio communication will conducted by use of the Court's regular dial-in number: **832-917-1510**. At the start of the call, the caller will be asked to enter a six-digit conference code. The six-digit conference code for this hearing is Judge Isgur's conference room number: **954554**. Each caller shall be responsible for its own long-distance charges.

Parties are encouraged to review the Judge Isgur's procedures for telephonic appearances located at https://www.txs.uscourts.gov/sites/txs/files/Court%20Procedures%20February%2012%2C%202020.pdf.

Attorneys, witnesses, and parties-in-interest wishing to participate in the hearing must connect to each hearing by audio communication. Any person who wishes to attend the hearing may also dial in to the audio conference dial-in number.

Each person who speaks at the electronic hearing should be prepared to restate that person's name each time that the person speaks in order to assist any transcriber of the audio recording.

**Video Communication**

The Debtors will offer evidence and demonstrative exhibits from a remote location. Parties may participate in electronic hearings by use of an internet connection. The internet site is

www.join.me. A join.me application is available for download to computers. Persons connecting by mobile device will need to download the free join.me application.

Once connected to join.me, a participant must select "Join a Meeting." The code for joining this hearing before Judge Isgur is "JudgeIsgur". In the next screen, participants should enter their name in the lower left-hand corner. Then, click "Notify" to join the conference.

In addition to seeking the admission of certain exhibits, the Debtors will provide the Court with an overview of the case through a PowerPoint presentation. Any exhibit offered by the Debtors will be filed on the Court's docket. Any party may also obtain an electronic copy of the exhibits by request to counsel to the Debtors.

If any party wishes to offer exhibits, it is recommended that these exhibits be filed on CM/ECF. Each exhibit should be filed as a separate attachment to an Exhibit List in compliance with BLR 9013-2.

Witnesses presented by the Debtor will appear via audio and video connection. Any person wishing to examine the witness will be permitted to do so during the hearing.

All documents filed in these chapter 11 cases are available free of charge by visiting https://cases.primeclerk.com/SPR, by calling (844) 627-8453, or by email at SableInfo@primeclerk.com. Copies of any pleadings may be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of Page Intentionally Left Blank*]

Dated: June 25, 2020
       Houston, Texas

George A. Davis (*pro hac vice* pending)
**LATHAM & WATKINS LLP**
885 Third Avenue
New York, NY 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: george.davis@lw.com

– and –

Caroline A. Reckler (*pro hac vice* pending)
Jeramy D. Webb (*pro hac vice* pending)
Brett V. Newman (*pro hac vice* pending)
Jonathan C. Gordon (*pro hac vice* pending)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9667
Email: caroline.reckler@lw.com
       jeramy.webb@lw.com
       brett.newman@lw.com
       jonathan.gordon@lw.com

– and –

Jeffrey E. Bjork (*pro hac vice* pending)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email: jeff.bjork@lw.com

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

Respectfully submitted,

*/s/ Timothy A. ("Tad") Davidson II*
Timothy A. ("Tad") Davidson II
(TX Bar No. 24012503)
Joseph P. Rovira
(TX Bar No. 24066008)
Ashley L. Harper
(TX Bar No. 24065272)
**HUNTON ANDREWS KURTH LLP**
600 Travis Street, Suite 4200
Houston, Texas 77002
Tel: (713) 220-4200
Fax: (713) 220-4285
Email: taddavidson@huntonak.com
       josephrovira@huntonak.com
       ashleyharper@huntonak.com

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

I certify that on June 25, 2020, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

<i>/s/ Timothy A. ("Tad") Davidson II</i><br>
Timothy A. ("Tad") Davidson II