**<u>EXHIBIT A</u>**

**Declaration of Timothy A. ("Tad") Davidson II**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |
|---|---|
| **In re:** | §   **Chapter 11** |
|  | § |
| **SABLE PERMIAN RESOURCES, LLC**, *et al.*, | §   **Case No. 20-33193 (MI)** |
|  | § |
| **Debtors.**[1] | §   **(Jointly Administered)** |
|  | § |
|  | § |

### DECLARATION OF TIMOTHY A. ("TAD") DAVIDSON II
### IN SUPPORT OF THE APPLICATION TO EMPLOY AND RETAIN
### HUNTON ANDREWS KURTH LLP AS CO-COUNSEL TO
### THE DEBTORS AND DEBTORS IN POSSESSION

I, Timothy A. ("Tad") Davidson II, hereby declare under penalty of perjury:

1. I am a partner of the law firm of Hunton Andrews Kurth LLP ("Hunton Andrews Kurth" or the "Firm"), an international law firm with approximately 1,050 lawyers in twenty offices, domestic and abroad, including offices in Houston, Texas located at 600 Travis Street, Suite 4200, Houston, Texas 77002, and I am the lead attorney from Hunton Andrews Kurth working on the above-captioned chapter 11 cases (collectively, the "Chapter 11 Cases").  I am an attorney-at-law, duly admitted and in good standing to practice in the State of Texas, the United States Court of Appeals for the Third Circuit, the United States Bankruptcy Courts for the Southern District of Texas, the Northern District of Texas, the Eastern District of Texas and the Western District of Texas.  There are no disciplinary proceedings pending against me.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Sable Permian Resources, LLC (5172); SPR Stock Holdings, LLC (2065); Sable Permian Resources Operating, LLC (3212); SPR Holdings, LLC (3611); SPRH Finance Corporation (1390); Sable Permian Resources Corporation (9049); Sable Permian Resources Finance, LLC (6841); SPR Finance Corporation (0359); and Sable Land Company, LLC (7101).  The location of the Debtors' main corporate headquarters and the Debtors' service address is:  700 Milam Street, Suite 3100, Houston, TX 77002.

2.      I am fully familiar with the facts hereinafter stated, and am authorized to make this declaration (the "Declaration") on behalf of Hunton Andrews Kurth.  The information contained in this Declaration is of my own personal knowledge or derived from reviews performed by me or at my direction of the file in these Chapter 11 Cases, unless otherwise noted.

3.      I submit this Declaration in support of the *Application to Employ and Retain Hunton Andrews Kurth LLP as Co-Counsel for the Debtors and Debtors in Possession* (the "Application") and to provide certain disclosures under sections 327, 328 and 1103(a) of title 11 of the United States Code (the "Bankruptcy Code"), rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy Local Rules"), and the Procedures for Complex Chapter 11 Cases in the United States Bankruptcy Court for the Southern District of Texas (the "Complex Case Procedures").

4.      I have read and am fully familiar with the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, and the Complex Case Procedures, and the Firm and I are sufficiently competent to handle whatever might be foreseeably expected of the Debtors' co-counsel in these Chapter 11 Cases.

**A.  Hunton Andrews Kurth's Disinterestedness**

5.      To the best of my knowledge, each of the partners, counsel and associates of Hunton Andrews Kurth do not have any conflicts or other relationships that might cause Hunton Andrews Kurth not to be disinterested or to hold or represent an interest adverse to the Debtors.

6.      Hunton Andrews Kurth and certain of its partners, counsel and associates may have in the past represented, may currently represent and likely in the future will represent parties-in-interest to the Debtors in connection with matters unrelated to the Debtors, these Chapter 11 Cases, or such entities claims against or interests in the Debtors.

7.     Hunton Andrews Kurth obtained from the Debtors and their representatives the names of the individuals and entities that may be parties in interest in these Chapter 11 Cases, and such parties are listed on **Schedule 1** attached hereto.  Hunton Andrews Kurth has searched its electronic database for connections with the persons and entities on **Schedule 1**.  Hunton Andrews Kurth maintains and systematically updates its conflicts check system in the regular course of business of the Firm, and it is the regular practice of the firm to make and maintain these records. The conflict check system maintained by Hunton Andrews Kurth is designed to include every matter on which the Firm is now or has been engaged, the entity for which the Firm is now or has been engaged, and in each instance, the identity of related parties and adverse parties and the attorney in the Firm that is knowledgeable about the matter.  It is the policy of Hunton Andrews Kurth that no new matter may be accepted or opened within the Firm without completing and submitting to those charged with maintaining the conflict check system information necessary to check each such matter for conflicts, including the identity of the prospective client, as well as related and adverse parties.  Accordingly, the database is regularly updated for every new matter undertaken by Hunton Andrews Kurth.

8.     A list of the parties-in-interest that Hunton Andrews Kurth submitted to its conflict database, under my direction and supervision, is attached hereto as **Schedule 1**.  Such list includes, among others:

a)  the Debtors and non-debtor affiliates of the Debtor;

b)  restructuring professionals and other significant professionals for the Debtors;

c)  all known lenders of the Debtors;

d)  bondholders of the Debtors;

e)  equity holders and members of equity groups;

f)  counterparties to major contracts;

    g)  major suppliers and vendors;

    h)  parties to litigation;

    i)  current and former officers and directors of the Debtors

    j)  ordinary course professionals;

    k)  insurers and issuers of surety bonds

    l)  taxing and other significant governmental authorities;

    m) competitors;

    n) significant customers;

    o) United States Bankruptcy Judges in the Southern District of Texas, Houston Division, the Clerk of Court and Deputy-in-Charge; and

    p) the United States Trustee and key staff members.

9.    To the best of my knowledge, and except as may be disclosed in this Declaration and in **Schedule 2**, (i) Hunton Andrews Kurth has no connection with any of the parties listed in **Schedule 1**; (ii) Hunton Andrews Kurth is not a creditor, an equity security holder or an insider of the Debtors; (iii) no Hunton Andrews Kurth attorneys are or were, within two years of the Petition Date, a director, officer or employee of the Debtors; (iv) Hunton Andrews Kurth does not hold or represent any interest materially adverse to the Debtors' estates or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with or interest in, the Debtors, or for any other reason.

10.    Listed on **Schedule 2** to this Declaration are the results of Hunton Andrews Kurth's connections searches.[2]  Based on the searches conducted to date and described herein, to the best

---

[2]  On **Schedule 2**, the term "Current Firm Client" means a client in an open matter to whom time was posted in the twelve (12) months before the Petition Date, and the term "Former Firm Client" means a client (other than a Current Firm Client) for whom time was posted within the thirty-six (36) months before the Petition Date.  As a general matter, the Firm discloses connections with Former Firm Clients for whom time was posted in the last thirty-six (36) months, but does not disclose connections if time was billed more than thirty-six (36) months before the Petition Date.

of my knowledge, neither I, Hunton Andrews Kurth nor any partner, counsel or associate of the Firm, has any connection with the Debtors, their creditors or any other parties-in-interest, except as disclosed or otherwise described herein.   With respect to the connections disclosed on **Schedule 2**, all work performed for the Current and Former Firm Clients listed therein was on matters unrelated to the Debtors or these Chapter 11 Cases.

11.     Pursuant to Bankruptcy Rule 2016(b), Hunton Andrews Kurth has not shared nor agreed to share (i) any compensation it has received or may receive with another party or person in connection with these Chapter 11 Cases, other than with the partners, counsel, associates and contract attorneys associated with Hunton Andrews Kurth, or (ii) any compensation another person or party has received or may receive in connection with these Chapter 11 Cases.

**B.  Compensation Received by Hunton Andrews Kurth from the Debtors**

12.     Hunton Andrews Kurth agrees to charge the Firm's standard hourly rates for work of this nature and for this type of matter, plus its customary reimbursements as charged to bankruptcy and non-bankruptcy clients.   Hunton Andrews Kurth professionals and para-professionals are billed as follows:

   a)  Partners: $845 - $930

   b)  Associates: $500 - $650

   c)  Paraprofessionals: $285 - $395

13.     Prepetition, the Debtors paid Hunton Andrews Kurth $150,000.00 and $165,000.00 as advance payment retainers.  Prepetition, Hunton Andrews Kurth invoiced the company and the company paid $449,840.90 in fees and $15,453.00 in expenses.  Hunton Andrews Kurth still holds $285,599.00 on account.

14.     Hunton Andrews Kurth will not draw on this retainer or the on account amounts post-petition without Court approval.

15.     As of the Petition Date, the Debtors did not owe Hunton Andrews Kurth any amounts for legal services rendered prior to the Petition Date.

### C.  Professional Compensation

16.     Through the Application, the Debtors request an order authorizing the employment and retention of Hunton Andrews Kurth as their attorneys, pursuant to section 327(a) of the Bankruptcy Code, on rates, terms and conditions consistent with what Hunton Andrews Kurth normally charges non-chapter 11 debtors and for legal services with respect to similarly complex corporate, securities, and litigation matters.

17.     Hunton Andrews Kurth intends to apply for compensation for professional services rendered on an hourly basis and reimbursement of expenses incurred in connection with these Chapter 11 Cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, the Complex Case Procedures, the guidelines established by the office of the United States Trustee for the Southern District of Texas, and any other applicable procedures or orders of the Court.

18.     The Debtors also have agreed to reimburse Hunton Andrews Kurth, subject to the Court's approval, for all actual out-of-pocket expenses incurred by Hunton Andrews Kurth on the Debtors' behalf.  The Firm's disbursement policies pass through all out-of-pocket expenses at actual cost or at estimated actual costs when the actual cost is not readily ascertainable.  Hunton Andrews Kurth will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to other clients of Hunton Andrews Kurth.  Hunton Andrews Kurth will make every effort to minimize expenses in these Chapter 11 Cases.

19.     Hunton Andrews Kurth will maintain detailed, contemporaneous records of time and any actual and necessary expenses incurred in connection with the rendering of the legal services described by project category.

20.     Hunton Andrews Kurth will submit interim and final applications for compensation in accordance with any interim compensation order entered in these Chapter 11 Cases, sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, and any further order of the Court in these Chapter 11 Cases.

### D.  Statement Regarding U.S. Trustee Guidelines

21.     Hunton Andrews Kurth intends to make a reasonable effort to comply with the U.S. Trustee's request for information and additional disclosures as set forth in Appendix B to the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "UST Guidelines"), which became effective on November 1, 2013, both in connection with this Application and any fee applications to be filed by Hunton Andrews Kurth in these Chapter 11 Cases.

22.     The following is provided in response to the request for additional information set forth in Paragraph D.1 of the UST Guidelines:

| | |
|---|---|
| **Question:** | Did Hunton Andrews Kurth agree to any variations from, or alternatives to, Hunton Andrews Kurth's standard or customary billing arrangements for this engagement? |
| Response: | No. |
| **Question:** | Do any of the Hunton Andrews Kurth professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case? |
| Response: | No. |
| **Question:** | If you represented the Debtors in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition.  If Hunton Andrews Kurth's billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference. |
| Response: | Hunton Andrews Kurth's billing rates and material financial terms for its prepetition engagement of the Debtors are set forth in the Engagement Letter. Hunton Andrews Kurth's billing rates and material financial terms for Hunton Andrews Kurth's representation of the Debtors have not changed postpetition. |

**Question:**      Has your client approved your prospective budget and staffing plan, and, if so for what budget period?

Response:      Hunton Andrews Kurth has provided the Debtors with a budget which is reflected in the budget attached to the DIP Order for the time period set forth therein.

### E.  Specific Disclosures

23.    Based on the search conducted to date and described herein, to the best of my knowledge and insofar as I have been able to ascertain, (i) Hunton Andrews Kurth is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates, and (ii) Hunton Andrews Kurth has no connection to the Debtors, the Debtors' creditors, or other parties in interest, except as may be disclosed herein.


[*Remainder of Page Intentionally Left Blank*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 13th day of July, 2020 at Houston, Texas.

_/s/ Timothy A. ("Tad") Davidson II_

Timothy A. ("Tad") Davidson II

## SCHEDULE 1

## Potential Parties in Interest[1]

**1.    Debtors**

Sable Land Company, LLC
Sable Permian Resources, LLC
Sable Permian Resources Operating, LLC
SPR Finance Corporation
SPR Holdings, LLC

SPR Stock Holdings, LLC
SPRH Finance Corporation
Sable Permian Resources Corporation
Sable Permian Resources Finance, LLC

**2.    5% or More Equity Holders**

Centaurus Capital LP
EMG AE Permian Holdings, LLC
EMG Fund IV Sable Holdings, LLC
EMG PRES Equity Holdings, LLC
Laura and John Arnold Foundation

OnxyPoint Permian Preferred Holdings LLC
OnyxPoint Permian Equity Aggregator LLC
OnyxPoint Permian Preferred Holdings LLC
PRES Initial Capital Aggregator, LLC
PRES New Equity, LLC

**3.    Former Names of Debtors**

AEPB Acquisition Company, LLC
AEPB Finance Corporation
AEPB Holdings, LLC
AEPB Stock Holdings, LLC
AEPH Finance Corporation
American Energy - Permian Basin, LLC
American Energy Permian Basin Holdings, LLC
American Energy Permian Corporation
American Energy Permian Holdings, LLC
Permian Resources Corporation
Permian Resources Holdings, LLC

Permian Resources Operating, LLC
Permian Resources, LLC
PR Finance Corporation
PR Stock Holdings, LLC
PRES Holdings, LLC
PRH Finance Corporation
Sable Acquisition Company, LLC
Sable Permian Resources Land, LLC
Sable Permian Resources Holdings, LLC
SPH Finance Corporation
SPR Finance Corporation

**4.    Bankruptcy Professionals**

Alvarez & Marsal
Evercore
Hunton Andrews Kurth

Katten Muchin Rosenman LLP
Latham & Watkins
Prime Clerk

**5.    Ordinary Course Professionals**

Bracewell LLP

Ernst & Young LLP

---

[1]   This list (and the categories contained herein) are for purposes of a conflicts check only and should not be relied upon by any party as a list of creditors or for any other purpose.  As listing a party once allows our conflicts specialists to run a check on such party, we have attempted to remove duplicate entries where possible. Accordingly, a party that otherwise would fall under multiple categories is likely to be listed under only one category.

Gray Reed & McGraw LLP
Kiefaber & Oliva LLP
The Kuiper Law Firm PLLC
Merit Advisors LLC

PricewaterhouseCoopers LLP
Ryan LLC
Ryder Scott Company LLP

**6.      Banks / Lenders / Administrative Agents / Trustees**

Aberdeen Asset Management, Inc. (U.S.)
AllianceBernstein, L.P. (U.S.)
Allianz Global Investors U.S., LLC
American Express National Bank
Apollo Capital Management, L.P.
Aristeia Capital, LLC
Avenue Capital Management II, L.P.
Bank of America, NA
Barclays Capital, Inc.
BlackRock Advisors, LLC
BlueCrest Capital Management (New York),
    L.P.
BMO Asset Management, Inc.
BNY Mellon Asset Management North
    America Corporation
Capital Research and Management
    Company (U.S.)
Citadel Securities, LLC
Credit Suisse AG, Cayman Islands Branch
DBX Advisors, LLC
Eaton Vance Management

EIG Global Energy Partners
Flow Traders U.S. Institutional Trading
    LLC
Goldman Sachs Lending Partners LLC
Highland Capital Management, L.P.
J.P. Morgan Securities, LLC
JPMorgan Chase
Manulife Asset Management (U.S.), LLC
Nokota Management, L.P
Northern Trust Investments, Inc.
PIMCO – Pacific Investment Management
    Company
Rimrock Capital Management, LLC
State Street Global Advisors (SSgA)
T. Rowe Price Associates, Inc.
UBS Securities, LLC
UMB Bank, National Association
Wellington Management Company, LLP
Wilmington Trust, N.A.
Wright Express

**7.      Other Significant Creditors**

American Express National Bank
Apollo Capital Management, L.P.
Bank of America, NA
Blackrock Advisors, LLC
Capital Research and Management
    Company (U.S.)
Credit Suisse AG, Cayman Islands Branch
Goldman Sachs Lending Partners LLC
JPMorgan Chase
UMB Bank, National Association
Nokota Management, L.P
Rimrock Capital Management, LLC
Wilmington Trust, N.A.
Wright Express
Aberdeen Asset Management, Inc. (U.S.)
AllianceBernstein, L.P. (U.S.)
Allianz Global Investors U.S., LLC
Aristeia Capital, LLC

Avenue Capital Management II, L.P.
Barclays Capital, Inc.
BlackRock Advisors, LLC
BlueCrest Capital Management (New York)
BMO Asset Management, Inc.
BNY Mellon Asset Management North
    America Corporation
Capital Research and Management
    Company (U.S.)
Citadel Securities, LLC
DBX Advisors, LLC
Eaton Vance Management
EIG Global Energy Partners
Flow Traders U.S. Institutional Trading,
    LLC
Highland Capital Management, L.P.
J.P. Morgan Securities, LLC
Manulife Asset Management (U.S.), LLC

Northern Trust Investments, Inc.
PIMCO – Pacific Investment Management
    Company
State Street Global Advisors (SSgA)

T. Rowe Price Associates, Inc.
UBS Securities, LLC
Wellington Management Company, LLP

**8.      Current Directors & Officers**

Adam Brock
Anthony Duenner
Bill Flores
Brian Broussard
Craig Landry
Doss R. Bourgeois
Gregory Patrinely
James C. Flores
Jeffery A. Ball
John Raymond
John Vaske
John Wombwell
Kenneth Cunningham

Laura L. Tyson
Manon Kebedeaux
Neal Shear
Peter Kravitz
Randy Vines
Richard Alario
Robert Lundell
Robert Reeves
Ross Pilcik
Rowdy Lemoine
Scott Trackwell
Shaia Hosseinzadeh
Stephen Laperouse

**9.      Former Directors & Officers**

Aubrey McClendon
Emily Bolian
Jeffrey L. Mobley
Jerald J. Stratton
John Raymond
Kayla D. Baird
Laura L. Manwell

Michael France
Nancy Williams
Paul R. Ingram
Ryan A. Turner
Winston Talbert
Wright Williamso

**10.    Insurance and Surety Bonds**

AIG
Argonat Insurance Company
Berkley National Insurance Company
Chubb
Endurance American Insurance Co.
Freedom Specialty
Ironhorse Specialty Insurance Company
Markel International Insurance Company
    Limited
National Union Fire Insurance Co.

Nationwide
Old Republic
Starr Aviation Agency, Inc.
Starr Indemnity & Liability
Syndicate ASC 1414 at Lloyds
Texas Railroad Commission
Texas Series of Lockton Companies, LLC
Underwriters at Lloyds of London
US Speciality Insurance Company
XL Specialty Insurance Company

**11.    Top 30 Creditors**

Archrock Services LLP
Cathryn Cope Kessler
Chevron USA Inc.
Csp-Permian LLC
Deborah Bloxom

EJM Ranch LP Life Tenant for the Life of Elta
Joyce McAfee
Excalibur Energy Company
Gravity Oilfield Services LLC
Halliburton

James C Nall
Kerr Mgree Oil & Gas Onshore LP
Lynn Gay Weatherby
Marathon Oil (West Texas) LP
Mayberta Kay W Becknell Trust
OCM Permian Holdings LP
Gate Guard Services LP
Pilot Water Solutions LLC
Produced Water Transfer
Richard G Mayer
RS Energy Group Inc.
Select Energy Services

Sonora Barnhart Ranches Ltd.
Texas Scottish Rite Hospital for Crippled
    Children
TMT West Resources LP
Tom S Bloxom
University Lands
US Well Services LLC
Venegas Construction LLC
V-F Petroleum Inc.
Wd Von Gonten Laboratories LLC
WTG Fuels Inc.
Championx LLC

## 12.    Interest Owners (Royalty and Other Revenue Parties)

Agnes Elizabeth Ruhmann Steinmann
Albert F Petersilge Trus
Amy C Weatherby Hendrick as Her
    Separate Property
Amy E Larson
Anadarko E&P Onshore LLC
Annah Bennie Gst Trust
Annie Louise Ruhmann Brown
Barrco Oil And Gas LLC
Billie Jo David
Billie Jo David as Her Separate Property
Black Stone Mineral Company LP
BNSF Railway Company
Boothe Family Partners
Bp America Production Company
Brown Royalties Inc
Bryan Bennie Gst Trust
Bungartz Family Trust
Burlington Resources Oil And Gas
Company LP
Capstan Properties LP
Charles J Hughes
Cherry Creek Minerals LLC
Chevron Advantage Inc
Clarence Shannon
Conejos Oil Account
Conova Ruth Thomas
D S Hitt Jr
David L Davis
David Lake Johnson
Deborah Bloxom
Deborah Bloxom Sole Trustee
Desert Partners IV LP

Diversified Rox Minerals LLC
Don C Dennis
Ejm Ranch LP
Ejm Ranch LP Life Tenant For The Life Of
    Elta Joyce Mcafee
Elizabeth Karen Bennie
Elizabeth Karen Bennie And Timothy
    Bennie Life Tenant
Ellis Rudy Ltd
Emily Ann Weatherby
Emily Ann Weatherby As Her Separate
    Property
Energen Resources Corporation
Ernestine Cogan
Estate Of Margaret B Reed
Estate Of Sarah A Link
Estimated Suspense Midland Basin
Excalibur Energy Company
Ford Trust
Frances Elizabeth Fulton Trust
Elizabeth K Zoch
Francine Louise Friend
Frank J Robinson
Geodyne Resources Inc.
George A Hansen & Kathy S Hansen Living
    Trust
Gonzales Royalties Inc
H H Linthicum & Suzanne Russell
    Linthicum
H H Linthicum Estate
Helene I Kendall
Heritage Resources - Permian Basin
    Minerals, LLC

Hicks Family Trust
J Don Wiet
James C Nall
James M Mccoy
Jean Cleveland Thacher Trust
Jeffery Lee Weatherby
Joe & Jessie Crump Memorial Fund
Joe Dean Weatherby
Johnson-Johnson Studio Ltd
Joy J Browne
Judson Land And Minerals LP
Julie Ann Antweil Trust
Ken Van Egdom
Kerr Mcgee Oil & Gas Onshore LP
Kerrie L Whitson
Kimbell Art Foundation
Kodiak Production Inc
Lake Robertson III 1969 Descendant's Trust
Larry D Finch Trustee
Larry Kalas
Leora Hickman
Leslie Miller Revocable Trust
Lexington Oil Company
Lori K Winter
Lucy Hinde Trust
Lynn Gay Weatherby
Lyra Properties LLC
M H Reed
Maberta Kay Weatherby Becknell Trust
Maberta W Becknell Johnnie S Weatherby
    & Theron Karman
Magic Dog Oil & Gas Ltd
Map2001-Net
Marathon Oil (West Texas) LP
Margaret Emma Richardson
Margaret Trout Van Schaick Trust
Marjean Martin Murphy Living Trust
Mark A Philpy
Mayberta Kay W Becknell Trust
Metcalfe Family Enterprise Ltd
Michael K Davis
Miramar Properties LLC
Murphey West Mineral Partnership
Noble Energy Inc
Paige Weatherby Life Tenant
Pam Dennis Dial

Patricia G Libby Living Trust
Penroc Oil Corp
Permavest Texas LLC
Permian Leasehold Acquisitions LP
Preston Minerals Inc
Printz Brother Co
R&R Royalty Ltd
Ralph R Ogden
Rancho Oil Company
Richard G Mayer
Robertson Minerals LLC
Roy Michael Shahan For Life
RPS Platform LLC
San Angelo Standard Inc
Sandra L Maddox
Sara W Turman
Sarah Link Grimes
Scherer Family Properties LP
Shirley B Wynn
Siegenthaler Enterprises
Sigrid Martin Coats Trust
Sonora Barnhart Ranches Ltd
Southern Methodist University
Southland Royalty Company
Steve Wayne Coats Trustee
Steven M Browne
Strategic Pipeline Income Fund
Stringer Family Interest LP
Survivors Trust Created Under The Abbey
    Trust
Tamarack Petroleum Company Inc
TD Minerals LLC
Texas Hill Production LP
Texas Pacific Land Trust
The Frank Short Moffett Trust Agreement
The Ft Worth Natl Bank Ft Worth Tx Trust
The Maberta Kay Weatherby Becknell Trust
Theron Karman Weatherby Trust
Thomas Bruce Klesel
Thomas E Rodman
Tmt West Resources LP
Tom Shankle Bloxom
V-F Petroleum Inc
Virginia Lee Stroud
Well Suspense Royalty
Wiley Oil & Gas LP

Willie Lou Carr
Xto Holdings LP
Ze Real Estate LP

## 13.    Utilities

AT&T
City Of San Angelo
Cogent
Comcast
Concho Valley Electric Cooperative Inc.
ConferTel
Engie Resources LLC
Frontier Communication
GKG.net
GoDaddy.com
Granite Communications
Indiana Paging Network

LiquidFish
QuoteMedia
Reliant Energy Retail Services LLC
Sling TV
Southwest Texas Electric Cooperative Inc.
TierPoint
TrustComm Inc
Venture/ConvergeOne
Verizon
VGI Technology
Youtube TV

## 14.    Customers

Accelerate Resources Operating LLC
Alldale Minerals LP
Angle Oil Company
Apache Deepwater LLC
Ashland Asset Holding Company LLC
Bendel Ventures LP 1
Bendel Ventures LP1
Black Mountain Exploration
Bluestone Natural Resources II
Castello Enterprises Inc.
Collins Permian LP
Colt WTX Resources LLC
Columbus Oilfield Exploration Co.
Compadre Royalty LLC
Conocophillips Company
Cortez Permian LLC
Crump Family Patrship Ltd.
David H Paine
Dennis E Sledge
Discovery Natural Resources LLC
Double Eagle Lone Star
Emkey Gt LLC
Endeavor Energy Resources LP
Energy Production Corporation
Este Ltd.
Fifth Natural Resources LLC

Finley Resources Inc.
Flatland GP II LLC
Flatland II - TN Sidecar LLC
Flatland II TN Sidecar LLC
Flatland Mineral Fund II LP
Gooden-Charlston Petrol LLC
Hanley Petroleum LLC
Hawkins Exploration Inc.
Hyde Oil & Gas Corp
Jack R Beattie
James K Higgins Family Tr
Jean L Danielson
Legal Suspense – Loftin
LHAH Properties LLC
Lorric Production LLC
Map2001-Net
Mark L Branum
Mt Si Oil & Gas LLC
OCM Permian Holdings LP
P O & G Resources LP
Palo Petroleum Inc.
Parsley De Lone Star LLC
Patco Energy Ltd.
Permian Resources Leasehold Acquisitions
    LP (Ocm)
Permian Resources Leasehold Acquisitions

LP (Sprl)
Pioneer Natural Resources Company
PLM - 1 Inc.
Rodney Ray Mcilveene
Rubicon Oil & Gas II LP
Sally C Paine
Sally O Tucker
Shortrip Holdings LLC
Southwest Royalties Inc..
Stable Working Interest LLC
Steve Hook

TBO Cattle Company LLC
TBO Oil & Gas LLC
TO Production LLC
Weatherl Energy Investments LP
Wesley M Paine
William L Guzzetti
Winston Kirkland Farquhar
Wisenbaker Energy LLC
WPX Energy Permian LLC

## 15.    Suppliers and Vendors

1099 Pro Inc.
3111 Water Corporation
3ES Innovation Inc.
5J Oilfield Services LLC
8 Mile SWD 1 LP
A2D Technologies Inc.
Absolute Pipeline Integrity LLC
Accelerate Resources Operating LLC
Accessdata Group Inc.
Accudata Systems Inc.
Accurate Measurement Controls Inc.
Accurate NDE & Inspection LLC
Acme Truck Line Inc.
Acock Consulting LLC
ACS Flooring Group Inc.
Acuren Inspection Inc.
Adam Hernandez
Adams Resources Exploration Corp.
ADP
Advance Hydrocarbon Corporation
Advanced Energy Services Inc.
Advanced Integrated Services Inc.
AES Drilling Fluids LLC
Affirm Oilfield Services LLC
AIC Title Service LLC
Akin Gump Strauss Hauer & Feld LLP
Alan B And Jean M Nelson
Alario Performance Management Inc.
Alberto Villanueva
Allied International Emergency LLC
Allied Wireline Services LLC
Ally-It
Altitude Energy Partners Inc.

Alvarez & Marsal Taxand LLC
Amber Bonney
American Arbitration Association Inc.
American Eagle Logistics LLC
American Energy - Utica Minerals, LLC
American Funds Insurance Series - Asset
Allocation Fund/Viaa
American Funds Insurance Series - Global
Bond Fund/VIGBF
American Funds Insurance Series-High
Income Bond Fund-VIHIB
American High-Inc.ome Trust/AHIT
American Red Cross
American Sales And Service Inc.
American Stock Transfer & Trust Company
LLC
Amex - Documentation Only
Amshot Solutions LLC
Amy Lee
Anchor Drilling Fluids USA Inc.
Andrew Morgan
Angus Measurement Services LP
Angus Proving Services LLC
Ann Gett
Anthony Casbon
Aon (Bermuda) Ltd..
Aon Risk Services, Inc..
Apache Corporation
Aperio
Apex Surface Care
Apollo Perforators Inc..
Aqua Pulsar Energy Services
Aqua Terra Permian LLC

Aramark Refreshment Services
ARC Energy Equipment LLC
ARC Energy Service & Supply
Ardent Services LLC
Argus Media Inc.
Arrowhead Rental Services LLC
Arsenal Casing Technologies LLC
Arthur Garza
AT&T
AT&T Mobility
Atchafalaya Measurement Inc.
A-Tech Inc.
Atmos Energy Corporation
Aubrey Stewart
Austin Graham Smith
Aveda Transportation And Energy Services
Avsource
AWC Inc.
Axis Pressure Control Services LLC
Axis Well Services LLC
B & R Tools And Service Inc.
B And R Septic Service
B&L Equipment Rentals Inc.
Baker Hughes Oilfield Operations Inc.
Bank Of America
Bar Lazy V Partnership
Barbers Hill Independent School District
Barree & Associates LLC
Barry L. Moore
Basic Energy Services LP
Basin Well Logging Wireline Service Inc.
Bass Law
Bedrock Petroleum Consultants LLC
Ben McNabb
Benchmark Filing & Shelving Systems Inc.
Bendel Ventures LP 1
Best SWD 1 LP
Beta Land Services LLC
Beyondtrust Corporation
BHL Boresight Inc.
Bhs Inc.
Bi Data Experts LLC
Big B Crane LLC
Big Brothers Big Sisters Lone Star
Big Iron Oilfield Services Inc.
Big Lake Anchor & Electric

Big Lake Gas Plant LP
Big Lake Pump & Supply Inc.
Billy Eggermeyer Farms
Bk Equipment LLC
Black Hawk Energy Services Ltd.
Black Jack Energy Services LLC
Black Star Energy Services LLC
Blackhawk Specialty Tools LLC
Blacklight Research LLC
Blackrock
Block 59 LLP
Bloomberg Finance LP
Blue Marble Geographics
Blue Quail Energy Services LLC
Blue Streak Transportation Inc.
Bluejack Energy Solutions LLC
Bluewater Energy Services LLC
BMC Group VDR, LLC
BNA
Boa Midland Acquisition LP
Bobcat Group LLC
BOKF NA
Bold Energy III LLC
Boothe Family Partners
Border States Electric Supply
Bosshamer Glass Company Inc..
Boulder Energy Solutions
Bracewell LLP
Brady Lunceford
Brandon Bertrand
Bravo Restorations LLC
Brenda Hoffman
Brent Philip
Brian Broussard
Brian Ramirez
Brian Reitinger
Brian Terrebonne
Brian Voyles
Brinkerhoff Inspection Inc. DBA SMOB
Britain Electric Company
Broadridge Investor Communication
Solutions Inc..
Brunswick Press Inc.
Bryan Betemps
Bryan Burkett
BTA Oil Producers LLC

BTGAP LLC
Buckshot Welding and Fabrication LLC
Bud Griffin Customer Support Inc.
Bug Express Pest Control
Bureau Veritas Commodities and Trade Inc.
Burner Fire Control Inc.
Burnett Specialists
Butch's Rat Hole & Anchor Service Inc.
Byrd Oilfield Services LLC
Byron Olson
C H Fenstermaker & Associates LLC
C&J Spec Rent Services Inc.
C&J Well Services Inc. fka Nabors
Completion & Production Services Co
C2 Pipeline Service LLC
Cactus Fuel LLC
Cactus Wellhead LLC
Cagle Fishing & Rental Tools Ltd.
Cain Electrical Supply
Cajun Energy Services And Rentals LLC
Callon Petroleum Operating Company
Calpine Energy Solutions
Caltex Energy Group LLC
Caltex Oil Tools LLC
Campbell Riley Bates
Candace Smith
Canrig Drilling Technology Ltd.
Capital Petroleum Consultants Inc.
Capital World Bond Fund/WBF
Capitol Services Inc.
Caprock Electric
Carol F Whitehead
Carolyn Bertrand
Carrizo (Utica) LLC
Casedhole Solutions
Cathedral Energy Services Inc.
Cathey Ranch Inc.
Cathryn Cope Kessler
Cavalry Energy Services Inc.
CDK Perforating LLC
Center for Work Rehabilitation Inc.
Century Graphics & Sign Inc.
Cerk Security LLC
Certarus USA Ltd..
Certent Inc..
Cessac Worksite Services Inc.

CFI Mechanical Inc.
CGG Services US Inc.
CGI Technologies and Solutions Inc.
Chad Christian Scow
Champions CInc.o Pipe & Supply
Charger Shale Oil Operating LLC
Chemical Weed Control Inc..
Chemspec International Inc..
Chevron Phillips Chemical Company LP
Chicotech Services LLC
Chief Services
Chris Richey
Christian Garcia
Christopher Vincent
Chucks Dozer Service Inc.
Cintas Corporation No 2 Loc 440
Cintas First Aid & Safety
Cisco Equipment Rentals
Citrix Sharefile
City of San Angelo
CK Associates LLC
Clariant Corporation
Clay Sewalt
Clay Smades
Clements Fluids South Texas Ltd.
Cmerek Supply Inc. DBA Texstar
Containers
CNX Resources Corporation
Coastal Flow Liquid Measurement Inc.
Coates Ranch Co
Cockrell Resources, Inc..
Cogency Global Inc..
Cogent Communications Inc..
Cogent Midstream Westex
Cokinos Energy Corporation
College of William and Mary Foundation
Geology Dept
Collier Consulting Inc..
Commercial Ice Machine Company
Commercial Renovators Inc..
Complete Energy Services Inc..
Complete Pipe Services LLC
Complete Vacuum And Rentals LLC
Completion Equipment Rental Inc..
Completion Service Group LLC
Completion Specialists Inc..

Comptroller of Public Accounts
Concho Valley Electric Cooperative Inc..
Concho Valley Roustabout LLC
Conduit Resources Inc..
Confertel
Connexa Energy LLC
Connie Conques
Conocophillips Company
Conquest Completion Services LLC
Contek Solutions LLC
Convergeone, Inc..
Corelogic Spatial Solutions
Corey Landry
Corley Walters
Corporate Care
COT Oilfield Services LLC
Cottons Inspection Service Inc.
Council Of Petroleum Accountants Societies Inc. Copas
County Line Fresh Water Station LLC
Covenant Testing Technologies LLC
Craig Longcore
Crain Brothers Inc.
Cravath Swaine & Moore LLP
Crawford Electric Supply Company Inc.
Credit Suisse USA Inc.
Crescent Consulting LLC
Crest Printing LLC
Crest Pumping Technologies LLC
Cretic Energy Services LLC
Crockett County Tax Assessor Collector, Michelle Medley Ctop
CSA Materials Inc.
CT Corporation
Cudd Pressure Control Inc.
Cudd Pumping Services Inc.
Culligan of West Texas Inc.
Cutter Drilling Systems
Cutter Drilling Systems LP
D F King and Company Inc.
Damon Hebert
Dan Blocker Petroleum Consultants Inc.
Daniel Backry
Danlin Industries Corporation
Danos LLC
Darrell and Danielle Halfmann

Datacom LLC
David Bacon Incorporated DBA DBI
David Boone Oilfield Consulting Inc.
David G Kennedy
David Guillory
David Macias Jr.
David P Watson
David R Doran
David W Wallace
Davis - Lynch
Davis and Jones LLC DBA Debt Recovery Resources
Davis Gas Processing Inc.
Davis Polk and Wardwell LLP
De Nora Neptune LLC
Deborah Hayes
Decoty Coffee Company
Deepwater Rental & Supply
Deepwell Energy Services LLC
Delinda Spurgin
Dell Marketing LP
Delma Ashley
Deloitte & Touche LLP
Delta Dental
Dem Well Head Services LLC
Derrick Corporation
Dialog Wireline Services LLC
Diamond Hydraulics Inc.
Dickman Davenport Inc.
Discount Electronics
Discovery Benefits
Discovery Natural Resources LLC
Discovery Operating Inc.
DLS LLC
DMS Solutions Inc.
DNOW LP
Dodson Court Reporting & Legal Video Inc.
Don L & Gwyn Sparks Family LP
Don-Nan Pump & Supply Co. Inc.
Dorado Construction Group
Doss Bourgeois
DOT Sales Company
Double Aa Energy Services LLC
Double T Oilfield Services LLC
Doug Bowman
Doug McDonald

Dow Golub Remels & Gilbreath PLLC
Downhole Technology LLC
Dragon Products Ltd.
Drilformance LLC
DrillChem Drilling Solutions LLC
Drilling Tools International Inc.
Drillinginfo Inc.
DTC Energy Group Inc.
Duncan Aviation Inc.
DXP Enterprises Inc.
Dynasty Wireline Services LLC
Eagle Automation
Eagle Automation
Eagle Propane & Fuels
Earle P Martin III
Earth Science Agency LLC
Earthstone Operating LLC
East Texas Oilfield Supply Co.
Echometer Company
Eco Waste Enterprises LLC
Edge Manufacturing & Technology LLC
Edge Specialty Services Inc.
Edgewood Partners Insurance Center
Effective Compensation Inc.
eFileCabinet
El Dorado Resources LLC
Electra Link Inc.
Elisia Mccall
Elizabeth Romero Young
Elliott Electric Supply Inc.
Ellis Arceneaux
Elmer Worth Prescott
Elsa Hamilton
EMG Fund III Management LP
EMG OPCO LP
Emily Bolian
Emmet, Marvin & Martin, LLP
Encore Pipe & Construction LLC
Encore Wellhead Systems LLC
Endeavor Energy Resources LP
Enduring Resources II LLC
EnE Consultants LLC
Energent Group Software LLC
Energy First Engineering & Consulting LLC
Energy Lease Services Inc. Dba Energy
    Waste

Energy Personnel International
Energy Solutions Technology LLC
Energy Technologies LLC
Ener-Tel Services I, LLC
Engie Resources LLC
Enovate Energy Group
Ensign US Southern Drilling LLC
Entec Solutions LLC
Enterprise Fm Trust
Entrec Cranes & Heavy Haul Inc.
Enventure Global Technology Inc.
Enviro Tek LLC
Environmental Disposal System
Environmental Systems Research Institute
    Inc.
EOG Resources Inc.
Epic Lift Systems LLC
Equipmentsharecom Inc.
Eric Wang
Ernst & Young LLP
Essential Logistics LLC
Ethos Consulting
Euclid Transactional LLC
Evercore Group LLC
Evergreen Chemical Solutions LLC
Excalibur Rentals Inc.
Express Calibration And Instruments LLC
Express Energy Services Operating LP
Expro Americas LLC
Exterran Energy Solutions LP
F2 Oilfield Services LLC
FDF Energy Services
FDF Energy Services LLC
FDL Operating LLC
FESCO Ltd.
Fidelity Investments Charitable Gift Fund
Fidelity Security Life Insurance Company
Fieldbridge Energy LLC
Fierro & Fierro Systems Inc.
FileTrail Inc.
Firetron Inc.
Fishing Tool
Fitch Ratings Inc.
Flameco Industries Incorporated
Flatland Trucking Inc.
Flatrock Compression Ltd.

Flexsteel USA LLC
Flogistix LP
Flotek Chemistry LLC
Flowco Production Solutions LLC
Flowers Davis P L L C
Flowmaster Inc.
Flow-Zone LLC
Fluid Daddy, LLC  DBA Five Star Fluids
Fluid Delivery Solutions LLC
Four Six Services LLC
Frac Shack America Inc.
Francis Amy Whitehead Perry
Frank Sattler
Frank Sylvia
Franklin Mountain Permian III LP
Franks International
Franks Tanks & Trucking LLC
Freeport-McMoran Oil & Gas LLC
Frenkel Benefits LLC
Frontier Communications
Frontier Communications Of Texas
FTI Consulting Inc.
FTI Consulting Inc.
Fulcrum Technology Solutions LLC
Furniture Basix LLP
G3 Drilling And Blasting Inc.
Galvotec Corrosion Services LLC
Gardner Reynolds
Gary Bush
Gary Halfmann Farms Inc.
Gary Olson & Associates Inc.
Gas Analytical Services Inc.
GE Oil & Gas Wireline Services Inc.
Geodynamics Inc.
George C Neale
George C Tucker
Geotab USA Inc.
Gererdo Perez
GK Techstar LLC
Glen Balusek
Glen Verrette
Global Laser Inc.
Global Vessel & Tank LLC
Goldman Sachs
Goodnight Midstream
GOT Services

GR Lift LP
GR Wireline LP
Graco Fishing & Rental Tools Inc.
Granite Telecommunications LLC
Grant Thornton LLP
Grassland Properties LLC
Gray Reed & McGraw LLP
Great Plains Analytical Services Inc.
Great White Pressure Control LLC
Greatamerica Financial Services Corp.
Greenhill & Co. LLC
Greenwell Energy Solutions LLC
Gregg Hollabaugh
Gregory Patrinely
Greyson Thompson
Grider Trucking Partners LLC
Groupe Sharegate Inc.
Guardian
Gulf Coast Aviation
Gulf Coast Entertainment
Gwen Faulk
Gx5 Services LLC
H & S Swd LLC
H&S Rental & Services LLC
Hanby Enterprises LLC DBA Hanby
    Environmental
Hang Bower
Harris County Tax Assessor Collector
Hart Energy Mapping & Data Services LLC
HCH Legal LLC
Heather Benedict
Hi Tech Tubular Service LLC
Hireright LLC
HIS Mechanical LLC
Holland & Knight LLP
Holland Services
Holt Crushing LLC
Holt Swd Inc.
Hoot Johnson Construction Inc.
Houlihan Lokey Inc.
Houston Pennzoil Place LP
Houston Public Media Foundation
Houstons Courier
HRK Consulting Inc.
HSPG & Associates PC
Hughes Oilfield Transporation Inc.

Hunter Pyle
Hunter Ross
Hunter Ward
Hunton Andrews Kurth LLP
Hy-Bon Engineering Co. Inc.
I&E Technologies
Ice Cream Party Inc.
IE Smart Systems LLC
IHS Global Inc.
Imagenet Consulting LLC
Impulse Downhole Tools USA Ltd.
Incompass Logistics LLC
Indeco Industrial Electric Company
Independence Oilfield Chemicals LLC
Indiana Paging Network
Industrial Hose and Oilfield Supply LLC
Industry Safe Inc.
Infinity Lock Systems LLC
Information Requirements Clearinghouse
Infrastructure Networks Inc.
Innovex Downhole Solutions Inc.
Inspectorate America Corporation
Instanext, Inc..
Instrument & Valve Services Company
Integrity Services LLC
Interfaith Ministries for Greater Houston
Intrepid Electric Inc.
Intrepid Partners LLC
Inventure Design LLC
IOS/PCI LLC
Ipreo LLC
Irion County Clerk
Iron Horse Tools LLC
Ironclad Energy LLC
Irth Solutions LLC
IS&T Consulting Group LLC
J Frank Stringer
J R Dawson Company
Jack & Zoe Ham Enterprises LLC
Jackson and Company
James A Aiken
James Holmes PLLC
James P Turner
James Reade Dawson
James Robert Rumsey
Jan Fowler

Janett S Weaver
Jason Barrett
Jason L Chatham
Javelina Field Services LLC
Jeffrey Mcculloch
Jenn Energy Services LLC
Jet Professionals LLC
Jet Specialty Inc.
JF Ranch Co
JFA Construction LLC
Jim Elkins
Jimmy Bailey
JJM Inc.
JKTS Corporation
JMC Transport Service LLC
Joanna L Jackson
Joe Peschier
John B Sparks
John E Meador Construction Inc.
John Stanford
Johnny Kade Mitchell
Johnny Pat Watkins
Jonathan Fitzsimons
Jonathan Rebenack
Jory L Bernard LLC
Joseph Luttrell
Joseph Sachitano
Josh Willoughby
Justin Gutierrez
J-W Power Company
Kaleb Boone Hill
Karla Ross
Karr Limousine Services Inc.
Kase Construction Inc.
Kasey Ketelhut
Katten Muchin Rosenman LLP
Kayden Industries Inc.
Keith Hale
Keith Montgomery
Kelsey Mitsdarffer
Keluarga LP
Kendrick Oil Company
Kenneth T Pruett
Kevin Kershaw
Key Energy Services LLC A Subsidiary of
    Key Energy Services

Kiefaber & Oliva LLP
Kimberly C Spreen
Kimberly Hayes
Kirbos Office Systems LLC
Kirkland & Ellis LLP
KLX Energy Services LLC
KMT Kinder Morgan
Knight Oil Tools LLC
Knighten Industries
Knowledgeleader
Knox Oil Field Supply Inc.
Kodiak Gas Services LLC
Kris Terry & Associates Inc.
Kruse Enterprises LLC
KSW Oilfield Rental LLC
Kuiper Wheat & Associates LLP
Kutter Joe Weatherby
KW International LLC
Kyle Sellers
L J Bloxom No. 2 Ltd.
L&L Brothers LLC
L&L Oilfield Services LLC
Lacho's Aircraft Cleaning Service
Landmark Graphics Corp.
Landon Gauthier
Landtel Communications
Laredo Petroleum Inc.
Larry Estrada
Latitude Geographics Group Ltd.
Latzel Drilling LLC
Latzel Water
Laurie Koehler
Ldiscovery LLC
Leam Drilling Systems LLC
Lee Alcock
Lee Graphics
Legacy Parking Company LLC
Legacy Pressure Control Inc.
Legacy Reserves Operating LP
LexisNexis Risk Solutions
LFT Panels Inc.
LH Chaney Materials Inc.
Liberty Pump & Supply Company
Light Tower Rentals Inc.
Lightning Oilfield Services Inc.
Lilly Construction Inc.

LimoLink Inc.
Linda Lannom
LinkedIn Corporation
Liquidfish
Little Oil & Gas LLC
LMK Resources Inc.
Loadbalancer.Org, Inc.
Location Illuminator Technologies LLC
Lockton Companies
Locus Bio-Energy Solutions LLC
Logan Stone
Logic Solutions Group, LLC
Logicalis Inc.
Lone Star Avgroup Inc.
Lone Star Instrumentation & Electric Corp
Lone Star Tank Rental Inc.
Lone Star Trucking
Lonestar Airways
Long String Pipe & Supply LLC
Longnecker & Associates Inc.
Longshot Specialties LLC
Lotus LLC
Louisiana Crane & Construction LLC
Louisiana Department of Revenue
Louisiana Valve Source LLC
Lower Colorado River Authority
LQT Industries LLC
Lucas Moss
Lucid Energy Westex LLC
Lufkin Industries LLC
Luke Duke
Lyle Zeke Zeringue
Lynda Gutierrez
M & J Caliber Construction Services LLC
M3P Directional Services Ltd.
Magnetic Variation Services LLC
Magnum Oil Tools International Ltd.
Mailfinance Inc.
Majestic Petroleum Services LLC
Majestic Rentals LLC
Mallard Completions LLC
Manon Kebodeaux
Manual Atayde
Manuel Atayde
Marcos Guajardo Jr..
Marcus Hill

Maria Pacheco
Mario Argueta
Mark B Oliver
Markit Group Limited
Marlene Venable
Mary Broussard
Matthew Fontenot
Maverick Field Services LLC
Mayer Ranch Co. LLC
MBA Energy & Industrial LLC
McClinton Energy Group LLC
McGriff Seibels & Williams Of Texas Inc.
Melton & Melton LLP
Memie Drymalla
Mercer (US) Inc.
Merrill Communications LLC
Merrill Lynch Accounts Receivable
Mesh MSP
Metro
Meyer Energy Services LLC
MG Cleaners LLC
MG&G Pump And Supply Company Inc.
MGP Marketing LLC
MHBS Inc.
M-I LLC
Michael Abila
Michael Carpenter
Michael Daiy
Michael King
Michael Lopez
Michael Moore
Microsoft Corporation
Midcentral Energy Partners LP
Mid-Central Energy Services LLC
Midland County Appraisal District
Milestone Environmental Services LLC
Milford
Mission Flares & Combustion LLC
Missouri Basin Well Service Inc. DBA MBI
    Energy Services Inc.
Mitch Masterson
Mitchell Analytical Laboratory Inc.
MK Transfer LLC
MLS Welding LLC
MMZ Oil Holdings LLC
Mobius Risk Group LLC

Moblize Inc.
Modular Space Corporation
Momentum Pressure Control LLC FKA
    Snubco USA LLC
Monahans Nipple-Up Service
Montgomery B Noelke Jr. Estate
Moody's Investors Service Inc.
Moores Pump & Services Inc.
Morgan Stanley Capital Group Inc.
Motley Services LLC
MPS Group Inc.
MRC Global Inc.
MS Directional LLC
Mtn Holley Swd LLC
Mtn Steelsk Swd LLC
Mtn Venado Grande Swd LLC
Mulholland Energy Services LLC
Multilift Welltec LLC
Murphy-West Land LLC
Murray Resources Ltd.
N W Hickman Charitable Trust
Nabors Drilling Technologies USA Inc.
    DBA Nabors Drilling Solutions
Nalco Company LLC
Nami Greater Houston
Nancy Tierce
Nancy Williams
National Oilwell DHT LP
National Oilwell DHT LP DBA MD Totco
National Oilwell Varco LP
National Oilwell Varco LP Completion
    Tools
National Petroleum Council
National Union Fire Insurance Company of
    Pittsburgh PA
Natural Gas Services Group Inc.
Navex Global Inc.
Neal A Shear
Neil Purvis
Neofunds By Neopost
Neopost USA Inc.
Netherland Sewell & Associates Inc.
Neuralog
New Benefits Ltd.
New Prospect Company
New Tech Global Environmental LLC

New Tech Global Ventures LLC
New Tex Trucking LLC
Nexline Energy Services, LLC
NGL Solids Solutions LLC
NGL Water Solutions Permian LLC
Nicholas Tracy
Nichols Oil Tools LLC
Nickel Rock LLC
Nicole Cottam
Nighthawk Completion Services LLC
Nitro Downhole LLC
Nokota Capital Master Fund, LP
Nolan County Appraisal District
Nova Mud Inc.
NRGX Technologies Ltd.
NSC Consulting
Nykol Rodriguez
Nyse Market Inc.
OCM Permian Holdings LP
ODonnell Snider Construction LLC
Oil Patch Water & Sewer Services LLC
Oil Price Information Services LLC
Oilfield Production Consultants (Opc) USA
    LLC
Oilfield Production Contractors Inc.
Oilfield Service Professionals Inc.
Olivas Transport Service Inc.
Omni Air & Nitrogen Ltd.
Onesource Managed Services LLC
Onestream Software LLC
Onyxpoint Global Management LP
OP Permian Basin I LLC
Optimum Disposal LLC
Optiv Security Inc.
Optum Bank Inc.
Oracle America Inc.
Orbit Construction
Orlando Ibarra
Oscar G Chavez
P2 Energy Solutions
Packers Plus Energy Services USA Inc.
Palo Petroleum
Parsley Energy LP
Pason Systems USA Corporation
Patriot Automation & Control LLC
Patterson-UTI

Paul Vidrine
Paul,Weiss,Rifkind,Wharton & Garrison
    LLP
Peak Completion Technologies Inc.
Peak Oilfield Services LLC
Peloton Computer Enterprises Inc.
Penncomp LLC
Perella Weinberg Partners LP
Perficient Inc.
Perla Urrecha
Permian Enterprises Ltd.
Permian Trucking & Rentals LLC
Perry H Phipps
Petra Consultants Inc.
Petro Amigos Supply Inc.
Petro Guardian LLC
Petro Mechanical Services LLC
Petro Waste Environmental LP
Petroleum Comptroller Services Inc.
Petroleum Experts Inc.
Petroquip
Petroquip Energy Services LLC
Petroskills LLC
Petrosmith Equipment LP
PFM Hosting Inc.
Phoenix Services LLC
Pilot Thomas Logistics LLC
Pinnergy Ltd.
Pioneer Contract Services Inc.
Pipeco Services
Plains Marketing LP
Planning Thru Completion LLC
Plant Interscapes Inc.
Plaster & Wald Consulting Corp
Platinum Parking Company
Platinum Petroleum Services LLC
Platinum Pipe Rentals LLC
Platinum Vapor Control LP
Platts
PLS Inc.
Polyflow LLC
Ponderosa Advisors LLC Dba B3
Porter Hedges LLP
Powersat Communications USA LP
PR Newswire Association LLC
PR Newswire Association LLC

Pradon Construction & Trucking
Precision Compression LLC
Precision Drilling Company LP
Precision Energy Services Inc.
Precision H Construction
Precision Pressure Data Inc.
Precision Pump & Valve II LLC
Precision Pump & Valve LLC
Preferred Oilfield Services LLC
Premier Equipment Rental Inc.
Premier Flow Control LLC
Premier Parking Company Inc.
Premium Oilfield Services LLC
Premium Tools LLC
PricewaterhouseCoopers LLC
Prime Capital Investment Advisors LLC
Prime Clerk LLC
Prime Operating Company
Prime Pack Energy Services
Priority Artificial Lift Services LLC
Pro Directional
Pro Oil And Gas Services LLC
Probity Swd LLC
Process Piping Materials Inc.
Process Solutions & Products LLC
Procom Audio Visual
Produced Water Transfer
Profire Energy Inc.
Prostar Services Inc. d/b/a Parks Coffee
Province Inc.
Provisions Energy & Marine Support
Proworx Inc.
Prudential Group Insurance
Pruitt Tool & Supply Co Inc.
PTC Inc.
Pyramid Tubular Products LLC
QES Pressure Control LLC
QES Wireline LLC
Quail Tools LP
Quality Energy Services Inc.
Quality Powerline LLC
Quick Connectors Inc.
Quorum Business Solutions (USA) Inc.
R & B Brothers LLC
R3 Petroleum Contractors LLC
R360 Es Holdings Inc.

Railroad Commission of Texas
Rajaee Matthews
Raleigh Baird
Randy George Swich
Randy Vines
Ranger Energy Services LLC
Rathole Drilling Inc.
Raymond Frisby
RDL Transportation Inc.
Reagan County Clerk
Reagan County Fire & Ems
Reagan County Ranch LLC
Reagan County Tax Office
Reagan Memorial Hospital
Rebecca J Hunt
Red D Arc Inc.
Red Diamond Energy Services Inc.
Red Dog Systems Inc.
Red River Specialties
Redline Hot Shot & Transportation
Redzone Coil Tubing LLC
Refrigeration Valves & Systems
   Corporation
Reliable Wireline LLC
Reliant Energy Retail Services LLC
Remote Dba Experts LLC
Renegade Services
Renegade Well Services
Rental Xpress LLC
Repeat Precision LLC
Republic Services
Riachuelo Limited Partnership
Richard D Shoemate
Richards Body Shop Inc.
Richards Energy Compression LLC
Rico Packer Service Inc.
Rimkus Consulting Group Inc.
Rimrock Services LLC
Ritz Safety LLC
Robert Half International Inc.
Robert K Reeves
Robert Lundell
Robert Newton
Robert Watson
Robertson Petroleum Group LLC
Robin Veariel

Rockstim Consulting LLC
Rogue Pressure Services Ltd.
Rolfson Oil LLC
Rolled Stone Consulting LLC
Ronald Dale Scott
Ropes & Gray LLP
Rosalie Richardson
Rosemount Inc.
Ross & Lloyd Construction LLC
Ross A Sigur
Ross Ortego
Roywell LLC
RPA Advisors LLC
Ruari Mallon
Rusco Operating LLC
Rush Wellsite Services LLC
RWDY Inc.
Ryan LLC
Ryan Rodriguez
Ryan Smith
Ryan Willis
Ryder Scott Company LP
S Chaney
S&S Fishing & Rentals Inc.
S-3 Pump Service Inc.
Sable Land Company, LLC
Sable Permian Resources LLC
Safe Software Inc.
Safety First Aircraft Maintenance Services
    LLC
Safety Solutions LLC
Samantha Leone
San Angelo Transfer Co
Sand Revolution II LLC
Sandbox Logistics LLC
Sandbox Transportation LLC
Sandra Wilson
Sanjan LLC
Santa Rosa Well Service LLC
Sara Cadena
SBM Earthmoving & Construction LLC
Scan X LLC
Scheele Engineering Corporation
Schenck & Company
Schleicher County District Clerk
Schlumberger

School Time & Athletic Silk Screening LLC
Schwab Charitable Fund
Schwab Retirement Plan Services Inc.
Scientific Drilling International Inc.
Scorpion Slickline Service
Scott A Hackworth
Scott Douglass & Mcconnico LLP
Scott Measurement Service Inc.
Scs Technologies LLC
Seaboard International Inc.
Seaboard International Inc. FKA Mathena
    Inc.
Sean Velasquez
Seitel Data Ltd.
Seitel Solutions Ltd.
Sem Operating Company LLC
Sempcheck Services Inc.
SFI Oil & Gas Production Systems LLC
SH Permian Minerals LLC
Shane Godeaux
Shannon Strickland
Shawcor Composite Production Systems
Shell Trading US Company
Shelley Chavanne
Sherra Small
Sherry Porter
Sherwood Architecural Services
Short Bit & Tool Co.
Shu Gultek
Siemens Industry Inc.
Sierra Hamilton LLC
Sierra Springs
Simons Petroleum LLC
Simpson Thacher & Bartlett LLP
Slater Controls Inc.
Smith International Inc.
Smith Laydown And Casing Services LLC
Softchoice Corporation
Solaris Oilfield Site Services Operating LLC
Soliz Optimum Energy Inc.
Soliz Optimum Transports Inc.
Sonora-Barnhart Ranches Ltd.
Sooner Pipe LLC
South Texas Aggregates Inc.
Southern Petroleum Laboratories Inc.
Southwest Electric Co.

Southwest Texas Electric Cooperative Inc.
Southwestern Assemblies Of God
    University
SP Plus Corporation
Spade Services LLC
Sparq1200 LLC
Spartan Flow Control Services LLC
Spartan Thru Tubing Services LLC
Spartek Systems Inc.
Spindletop Charities Inc.
Splunk Inc.
SPR Finance Corporation
Spring Branch Isd
Sprint Energy Services LP
Stabil Drill Specialties LLC
Standard & Poor's
Standard Energy Services
Standard Tubular Services Inc.
Stargel Office Solutions
State Bar of Texas
State of Texas
Stealth Oilwell Services LLC
Steffes Solutions LLC
Stellar Drilling Fluids LLC
Stellar Oilfield Rentals LLC
Stephen Laperouse
Stephen Pickles
Stephens Inc.
Steven Martin Welch
Stinger Disposal
Stonebridge
Strategic Energy Products LLC
Strawberry Swd
Stric-Lan Companies LLC
Stuart Doss
Stuart Petroleum Testers Inc.
Suddenlink Communications
Summit Esp LLC
Sun Coast Resources Inc.
Sunbelt Rentals Inc.
Superior Optimization Ltd.
Superior Performance Inc.
Syed Alis Shah
Sylvia Rangel
T & K Services Inc.
T & R Holt Holdings Ltd.

T & R Holt Holdings Ltd.
T And J Valve
T&C Tank Rentals & Anchor Service LLC
T&M Line Locators LLC
T4C Cross Texas Homes
Tall City Well Service Co. LP
Tam International Us
Tanner Services LLC
Targa Midstream Services LLC
Targa Pipeline Mid-Continent Westex LLC
Taurex Drill Bits LLC
Tax Assessor Collector - Michelle Medley
    Ctop
TDJ Oilfield Services LLC
Techneaux Technology Services LLC
Tejas Hot Shot Service & Transportation
    LLC
Telvent DTN LLC
Temasek International LLC
Tercel Oilfield Products USA LLC
Terra Guidance LLC
Terra Oilfield Services LLC
Terra Oilfield Solutions
Texans for Lawsuit Reform
Texas Comptroller of Public Accounts
Texas Department of Transportation
Texas Disposal Systems Inc.
Texas Energy Services LLC
Texas Excavation Safety System Inc.
Texas General Land Office
Texas Litho
Texas Pacifico Transportation Ltd.
Texas Southern Crane Services LLC
Texas T Oilfield Services
Textron Aviation Inc.
The Association of Former Students of
    Texas A&M University
The Cavins Corporation
The Chico Company
The Depository Trust Company
The Easycopy Company
The Grand Opera House Of The South Inc.
The Income Fund Of America/IFA
The Integration Group of Americas Inc.
The Kuiper Law Firm PLLC
The National Multiple Sclerosis Society

The One It Geek LLC
The Optimization Group
The Sparks Foundation Inc.
The Total Source
The Ultimate Software Group Inc.
The University of Texas System
The Whitestar Corporation
Thomas Bloodworth
Thomas Energy Services LLC d/b/a Thomas
    Tools/Thomas Tubing Smith
    International Inc.
Thomas F Aikend
Thomas G Hollister
Thompson Hine LLP
Thru Tubing Solutions Inc.
Thurmond Mcglothlin Inc.
Thycotic Software LLC
Tierney Regulatory Group LLC
Tierpoint LLC
Tim Bertrand
Tim Teagarden
Timothy Mehn
TIPRO
TMCO Operating LLC
TMT Ranch LP
TNT Crane & Rigging Inc.
Tobin & Associates Inc.
Todd Broderick
Todpat LLC
Tom Green Appraisal District
Tom Nguyen
Tom Thorp Transports Inc.
Tomax Drilling Technology LLC
Tommy Holt
Tornado Production Services LLC
Toshiba Financial Services
Total Leather Care
Total Production Supply LLC
Total Safety US Inc.
Total Valve & Equipment LLC
Tractbuilder LLC
Tracy Bryant
Transzap Inc.
Transzap, Inc..
TRC Services Of Texas Inc.
Trent Fontenot

Treto Trucking LLC
TRG The Response Group LLC
Trigg Water Resources LLC
Trinity Environmental Swd I LLC
Tri-Point Oil & Gas Production Systems
    LLC
Trisun Energy Services LLC
True Tecs LLC
Trustcomm Inc.
Tuboscope
TVPX Aircraft Registration Service LLC
TXU Energy
Tyler Massey
Uline Inc.
Ulterra Drilling Technologies LP
Unit Drilling Company
United Parcel Services, Inc..
United States Treasury
United String Up Company
United Vision Logistics
Unitedhealthcare Insurance Company Inc.
Universal Valve Company Inc.
University Of Chicago
University Of Wisconsin Foundation
Upton County Appraisal District
US Legal Support Inc.
USA Compression
USFS LLC
Valdez Oil Services LLC
Valve Sales Inc.
Vanzandt Controls LLC
Varnell Consulting Inc.
Vaughn Energy Services Inc.
Vaughn Energy Services/VES Survey
    International
Venatus Management LLC
Vendor Tree Consulting
Venture Technologies Inc.
Verizon Wireless
Versatile Oil Tools LLC
Vinson & Elkins LLP
Virginia Dawn Manning
Virtus Oil Tools LLC
Visicom Group Inc.
VT Interests LLC  Dba Vibration
    Technology

W M Oilfield Services Inc.
W&W Energy Services Inc..
W&W Logistics Inc.
Wade Richardson Estate
Wade's Inspection Services Inc.
Waggoner Osborne Land Services
Walter Allen Willoughby
War Horse Services LLC
Wasser Holt 1 LLC
Waste Management Holdings Inc.
Water Logistics LLC
Waterfleet LLC
Watson Professional Group Inc.
Wayne Enterprises Inc.
Wayne H Bellows
Wayne Manuel
Wayne Wicks & Associates Inc.
Wayne Wicks Security Advisors Inc.
WB Supply LLC
WDS Global Partners LLC
Weatherford US LP
Weil Gotshal & Manges LLP
Well Data Labs Inc.
Well Foam Inc.
Wellbore Fishing & Rental Tools LLC
Wells Fargo Bank NA
Welltec Inc.
Wellthy Inc..
West Company Of Midland LLC
West Rock Energy Services (USA) Inc.
West Texas Builders
West Texas Transports
Western Falcon LLC
Western Global

WEX Bank
WG Consulting LLC
Whitco Supply LLC
Wholesale Electric Supply Company of
    Houston Inc.
William Flores Jr.
William L Guzzetti
William Thomas Phillips Inc.
Williams & Wyatt Construction Inc. DBA
    4W Welding
Williams Scotsman Inc.
Willie A Estes
Willis Graves & Associates Inc.
Willis Towers Watson US LLC
Wilmington Trust NA
Wilson College
Winpark Management
Winston Talbert
Wolf Pack Rentals LLC
Wood Group PSN Inc.
Workiva Inc.
World Affairs Council Of Greater Houston
World Software Corporation
Wright Williamson
WTG Exploration Inc.
WTG South Permian Midstream, LLC
WTH Trucking LLC
Xerox Business Solutions Southwest
Xpertflo
XTS
Yellowjacket Oilfield Services LLC
Yocham Consulting LLC
Zealous Energy Services LLC
Zeeco Inc.

**16.     Government/Regulatory Agencies**

Crocket County Tax Office
Ector County Appraisal District
Harris County Tax Assessor/Collector
Irion County Clerk
Midland Central Appraisal District
Nolan County Appraisal District

Reagan County Tax Office
Schleicher County Tax Office
Sheldon Independent School District
Spring Branch ISD Tax Office
Tom Green Appraisal District
Upton County Appraisal District

**17.     Bankruptcy Judges for the Southern District of Texas**

The Honorable Christopher M. Lopez
The Honorable David R. Jones, Chief Judge
The Honorable Eduardo V. Rodriguez

The Honorable Jeffrey P. Norman
The Honorable Marvin Isgur

**18.     Staff for The Honorable Marvin Isgur and Chief Judge David R. Jones**

| | |
|---|---|
| Albert Alonzo | Jeannie Andresen |
| Daniela Mondragon | LinhThu Do |
| Elizabeth Miller | Tyler Laws |
| James McIntyre | Vriana Portillo |

**19.     United States Trustee for the Southern District of Texas (and Key Staff Members)**

| | |
|---|---|
| Alicia McCullar | Hector Duran |
| Barbara Griffin | Jacqueline Boykin |
| Christy Simmons | Linda Motton |
| Clarissa Waxton | Luci Johnson-Davis |
| Diane Livingstone | Patricia Schmidt |
| Glenn Otto | Stephen Statham |
| Gwen Smith | |

**20.     Clerk of Court and Deputy for the Southern District of Texas**

David J. Bradley (Clerk of Court)
Darlene Hansen (Deputy-in-Charge)

**21.     Additional Notice Parties**

| | |
|---|---|
| Alpha Oil & Gas LLC | Riverbend Oil and Gas, L.L.C. |
| Arch Energy Partners LLC | Rockport Energy Resources, LLC |
| Archrock Partners Operating, LLC | Silver Forge Capital Partners, LP |
| Earthstone Energy, Inc. | Texas Taxing Authorities |
| Fulcrum Energy Capital | The Energy & Minerals Group Fund III, LP |
| Hibernia Resources III, LLC | TOC Energy Resources, LLC |
| Merit Energy Company | Veritas Energy, LLC |
| Moontower Resources, LLC | Whiteface Capital LLC |
| Paloma Resources, LLC | Wildfire Energy |
| Presidio Petroleum, LLC | |

## SCHEDULE 2

## Parties in Interest Connections List[1]

| Name of Entity Searched | Role | Relationship with the Firm |
|---|---|---|
| AEPB Acquisition Company, LLC | Former Names of Debtors | Affiliate of Former Firm Client |
| AEPB Finance Corporation | Former Names of Debtors | Affiliate of Former Firm Client |
| Alvarez & Marsal | Restructuring and Other Significant Professionals | Affiliate of Former Firm Client |
| Alvarez & Marsal Tax and LLC | Restructuring and Other Significant Professionals | Affiliate of Former Firm Client |
| American Energy – Utica Minerals, LLC | Suppliers, Vendors and Other Parties | Affiliate of Former and Current Firm Clients |
| American Energy Permian Corporation | Company and Affiliated Entities | Affiliate of Current and Former Firm Clients |
| Anadarko E&P Onshore | Interest Owners (Royalty and Other Revenue Parties | Current Firm Client |
| Apache Corporation | Suppliers, Vendors and Other Parties | Current Firm Client |
| Apollo Capital Management, L.P. | Banks/Lenders/UCC Lien Parties/Administrative Agents | Affiliate of Current and Former Firm Clients |
| Atmos Energy Corporation | Suppliers, Vendors and Other Parties | Current Firm Client |
| Bank of America, NA | Banks/Lenders/UCC Lien Parties/Administrative Agents | Current Firm Client |
| Barbers Hill Independent School District | Suppliers, Vendors and Other Parties | Former Firm Client |
| Basic Energy Services LP | Suppliers, Vendors and Other Parties | Affiliate of Current Firm Client |
| Blackrock | Suppliers, Vendors and Other Parties | Current Firm Client |
| Blackrock Advisors, LLC | Banks/Lenders/UCC Lien Parties/Administrative Agents | Affiliate of Current Firm Client |
| Bloomberg Finance LP | Suppliers, Vendors and Other Parties | Affiliate of Current Firm Client |
| BNA | Suppliers, Vendors and Other Parties | Affiliate of Current Firm Client |
| BNSF Railway Company | Interest Owners (Royalty and Other Revenue Parties | Affiliate of Current Client |
| BOKF NA | Suppliers, Vendors and Other Parties | Affiliate of Former Firm Client |
| BP America Production Company | Interest Owners (Royalty and Other Revenue Parties | Affiliate of Current Firm Client |

---

[1]   All work performed for the Current and Former Clients listed here was on matters unrelated to the Debtors or these Chapter 11 Cases.

| Name of Entity Searched | Role | Relationship with the Firm |
|---|---|---|
| Bureau Veritas Commodities and Trade Inc | Suppliers, Vendors and Other Parties | Affiliate of Current Firm Client |
| C&J Well Services Inc. (f/k/a Nabors Completion & Production Services Co.) | Suppliers, Vendors and Other Parties | Affiliate of Current Frim Client |
| Calpine Energy Solutions | Suppliers, Vendors and Other Parties | Affiliate of Former Firm Client |
| Caltex Energy Group LLC | Suppliers, Vendors and Other Parties | Affiliate of Firm Former Client |
| Caltex Oil Tools LLC | Suppliers, Vendors and Other Parties | Affiliate of Former Firm Client |
| Canrig Drilling Technology Ltd | Suppliers, Vendors and Other Parties | Affiliate of Current and Former Firm Clients |
| Cathedral Energy Services Inc | Suppliers, Vendors and Other Parties | Former Firm Client |
| Champions Cinco Pipe & Supply | Suppliers, Vendors and Other Parties | Affiliate of Current Firm Client |
| Chevron Advantage Inc | Suppliers, Vendors and Other Parties | Current Firm Client |
| Chevron Phillips Chemical Company LP | Interest Owners (Royalty and Other Revenue Parties | Current Firm Client |
| Chevron USA Inc | Customers | Current Firm Client |
| Cintas Corporation No 2 Loc 440 | Suppliers, Vendors and Other Parties | Affiliate of Former Firm Client |
| Cintas First Aid & Safety | Suppliers, Vendors and Other Parties | Affiliate of Former Firm Client |
| Citrix Sharefile | Suppliers, Vendors and Other Parties | Affiliate of Current Firm Client |
| College of William and Mary Foundation Geology Dept | Suppliers, Vendors and Other Parties | Affiliate of Current Firm Client |
| Comcast | Suppliers, Vendors and Other Parties | Affiliate of Current Firm Client |
| ConocoPhillips Company | Customers | Former Firm Client |
| Convergeone, Inc. | Suppliers, Vendors and Other Parties | Current Firm Client |
| Credit Suisse AG, Cayman Islands Branch | Banks/Lenders/UCC Lien Parties/Administrative Agents | Current Firm Client |
| Credit Suisse USA Inc | Suppliers, Vendors and Other Parties | Current Firm Client |
| Davis Polk and Wardell LLP | Suppliers, Vendors and Other Parties | Current Firm Client |
| Deloitte & Touche LLP | Suppliers, Vendors and Other Parties | Affiliate of Current Firm Client |
| Discovery Natural Resources LLC | Customers | Affiliate of Current Firm Client |
| Doss R. Bourgeois | Director/Officer | Current Firm Client |
| Double Eagle Lone Star | Customers | Affiliate of Former Firm Client |

| Name of Entity Searched | Role | Relationship with the Firm |
|---|---|---|
| DrillChem Drilling Solutions Inc | Suppliers, Vendors and Other Parties | Former Firm Client |
| Earle P Matin III | Suppliers, Vendors and Other Parties | Current Firm Client |
| Energen Resources Corporation | Interest Owners (Royalty and Other Revenue Parties | Affiliate of Current Firm Client |
| Engie Resources LLC | Utilities | Affiliate of Current Firm Client |
| Ensign US Southern Drilling LLC | Suppliers, Vendors and Other Parties | Affiliate of Current Firm Client |
| EOG Resources Inc | Suppliers, Vendors and Other Parties | Current Firm Client |
| Ernst & Young LLP | Suppliers, Vendors and Other Parties | Current Firm Client |
| Evercore Group LLC | Suppliers, Vendors and Other Parties | Affiliate of Current Firm Client |
| Express Energy Services Operating LP | Suppliers, Vendors and Other Parties | Current Firm Client |
| Expro Americas LLC | Suppliers, Vendors and Other Parties | Current Firm Client |
| Fidelity Investments Charitable Gift Fund | Suppliers, Vendors and Other Parties | Affiliate of Current Firm Client |
| Finley Resources Inc | Customers | Current Firm Client |
| Fitch Ratings Inc | Suppliers, Vendors and Other Parties | Affiliate of Former Firm Client |
| Flotek Chemistry LLC | Suppliers, Vendors and Other Parties | Affiliate of Current Firm Client |
| Flowmaster Inc | Suppliers, Vendors and Other Parties | Affiliate of Former Firm Client |
| Flow-Zone LLC | Suppliers, Vendors and Other Parties | Affiliate of Current and Former Firm Clients |
| FTI Consulting Inc | Suppliers, Vendors and Other Parties | Current Firm Client |
| GE Oil & Gas Wireline Services Inc | Suppliers, Vendors and Other Parties | Current Firm Client |
| Geotab USA Inc | Suppliers, Vendors and Other Parties | Former Firm Client |
| Goldman Sachs | Suppliers, Vendors and Other Parties | Current Firm Client |
| Goldman Sachs Lending Partners LLC | Banks/Lenders/UCC Lien Parties/Administrative Agents | Current Firm Client |
| Harris County Tax Assessor/Collector | Governmental/Regulatory Agencies | Current Firm Client |
| Independence Oilfield Chemcials LLC | Suppliers, Vendors and Other Parties | Affiliate of Former Firm Client |
| Instrument & Valve Services Company | Suppliers, Vendors and Other Parties | Affiliate of Current Firm Client |

| Name of Entity Searched | Role | Relationship with the Firm |
|---|---|---|
| IOS/PCI LLC | Suppliers, Vendors and Other Parties | Affiliate of Current Firm Client |
| IPREO LLC | Suppliers, Vendors and Other Parties | Current Firm Client |
| IS&T Consulting Group LLC | Suppliers, Vendors and Other Parties | Affiliate of Current Firm Client |
| Jeffrey L. Mobley | Director/Officer | Current Firm Client |
| Jet Professionals LLC | Suppliers, Vendors and Other Parties | Affiliate of Current Firm Client |
| John Wombwell | Director/Officer | Current Firm Client |
| JPMorgan Chase | Banks/Lenders/UCC Lien Parties/Administrative Agents | Current Firm Client |
| Katten Muchin Rosenman LLP | Suppliers, Vendors and Other Parties | Current Firm Client |
| Kerr McGee Oil & Gas Onshore LP | Interest Owners (Royalty and Other Revenue Parties | Affiliate of Current and Former Firm Clients |
| Key Energy Services LLC | Suppliers, Vendors and Other Parties | Affiliate of Former Firm Client |
| Legacy Reserves Operating LP | Suppliers, Vendors and Other Parties | Affiliate of Former Firm Client |
| LexisNexis | Utilities | Affiliate of Current Firm Client |
| Lone Star Trucking | Suppliers, Vendors and Other Parties | Affiliate of Current Firm Client |
| Lower Colorado River Authority | Suppliers, Vendors and Other Parties | Current Firm Client |
| Lucid Energy Westex LLC | Suppliers, Vendors and Other Parties | Current Firm Client |
| Lufkin Industries LLC | Suppliers, Vendors and Other Parties | Affiliate of Current Firm Client |
| Magnetic Variation Services LLC | Suppliers, Vendors and Other Parties | Affiliate of Former Firm Client |
| Mark B. Oliver | Suppliers, Vendors and Other Parties | Current Firm Client |
| Markel Internation Insurance Company Limited | Insurance and Surety Bonds | Affiliate of Current Firm Client |
| McGriff Seibels & William of Texas Inc | Suppliers, Vendors and Other Parties | Affiliate of Current Firm Client |
| Mercer (US) Inc | Suppliers, Vendors and Other Parties | Affiliate of Current Firm Client |
| Merrill Lynch Accounts Receivable | Suppliers, Vendors and Other Parties | Current Firm Client |
| M-I LLC | Suppliers, Vendors and Other Parties | Affiliate of Current Firm Client |
| Modular Space Corporation | Suppliers, Vendors and Other Parties | Former Firm Client |

4

| Name of Entity Searched | Role | Relationship with the Firm |
|---|---|---|
| Moody's Investors Service Inc | Suppliers, Vendors and Other Parties | Current Firm Client |
| Morgan Stanley Captial Group | Suppliers, Vendors and Other Parties | Current Firm Client |
| MS Directional LLC | Suppliers, Vendors and Other Parties | Affiliate of Former Firm Client |
| Multilift Welltec LLC | Suppliers, Vendors and Other Parties | Affiliate of Current Firm Client |
| Nabors Drilling Technologies USA | Suppliers, Vendors and Other Parties | Affiliate of Current Firm Client |
| National Oilwell DHT LP | Suppliers, Vendors and Other Parties | Affiliate of Current and Former Firm Clients |
| National Oilwell Varco LP | Suppliers, Vendors and Other Parties | Affiliate of Current and Former Firm Clients |
| National Oilwell Varco LP Competition Tools | Suppliers, Vendors and Other Parties | Affiliate of Current and Former Firm Clients |
| NGL Water Solutions Permian LLC | Suppliers, Vendors and Other Parties | Affiliate of Current Firm Client |
| Noble Energy Inc | Interest Owners (Royalty and Other Revenue Parties | Current Firm Client |
| Oil Price Information Services LLC | Suppliers, Vendors and Other Parties | Affiliate of Current Firm Client |
| Parsley Energy LP | Suppliers, Vendors and Other Parties | Affiliate of Former Firm Client |
| Patterson-UTI | Suppliers, Vendors and Other Parties | Affiliate of Former Firm Client |
| Phoenix Services LLC | Suppliers, Vendors and Other Parties | Current Firm Client |
| Precision Energy Services Inc | Suppliers, Vendors and Other Parties | Affiliate of Current Firm Client |
| Premier Flow Control LLC | Suppliers, Vendors and Other Parties | Former Firm Client |
| PricewaterhouseCoopers LLC | Suppliers, Vendors and Other Parties | Current Firm Client |
| Pruitt Tool & Supply Co Inc | Suppliers, Vendors and Other Parties | Current Firm Client |
| PTC Inc | Suppliers, Vendors and Other Parties | Current Firm Client |
| Pyramid Tubular Products LLC | Suppliers, Vendors and Other Parties | Current Firm Client |
| Quail Tools LP | Suppliers, Vendors and Other Parties | Affiliate of Current Firm Client |
| Reliant Energy Retail Services LLC | Utilities | Certain subsidiaries of NRG Energy Inc (the parent company of Reliant Energy Retail Services) are Former |

| Name of Entity Searched | Role | Relationship with the Firm |
|---|---|---|
| | | Firm Clients on matters unrelated to the Debtors |
| Republic Services | Suppliers, Vendors and Other Parties | Current Firm Client |
| Robert Half International | Suppliers, Vendors and Other Parties | Current Firm Client |
| Robert Reeves | Director/Officer | Former Firm Client |
| Ropes & Gray LLP | Suppliers, Vendors and Other Parties | Current Firm Client |
| Rosemount Inc | Suppliers, Vendors and Other Parties | Affiliate of Current Firm Client |
| RPA Advisors LLC | Suppliers, Vendors and Other Parties | Former Firm Client |
| Ryan LLC | Suppliers, Vendors and Other Parties | Current Firm Client |
| Sable Land Company, LLC | Debtor | Current Firm Client |
| Sable Permian Resources Corporation | Debtor | Current Firm Client |
| Sable Permian Resources Finance, LLC | Debtor | Current Firm Client |
| Sable Permian Resources, LLC | Debtor | Current Firm Client |
| Sable Permina Resources Operating, LLC | Debtor | Current Firm Client |
| Schlumberger | Suppliers, Vendors and Other Parties | Affiliate of Current Firm Client |
| Sheldon Independent School District | Governmental/Regulatory Agencies | Current Firm Client |
| Shell Trading US Company | Suppliers, Vendors and Other Parties | Affiliate of Current Firm Client |
| Siemens Industry Inc | Suppliers, Vendors and Other Parties | Affiliate of Current Firm Client |
| Sling TV | Utilities | Affiliate of Current Firm Client |
| Smith International Inc | Suppliers, Vendors and Other Parties | Affiliate of Current Firm Client |
| Solaris Oilfield Site Services Operating LLC | Suppliers, Vendors and Other Parties | Affiliate of Current Firm Client |
| Southwest Royalties Inc | Customers | Affiliate of Current Firm Client |
| SPR Finance Corporation | Debtor | Current Firm Client |
| SPR Holdings, LLC | Debtor | Current Firm Client |
| SPR Stock Holdings LLC | Debtor | Current Firm Client |
| SPRH Finance Corporation | Debtor | Current Firm Client |
| Spring Branch ISD | Suppliers, Vendors and Other Parties | Current Firm Client |
| Spring Branch ISD Tax Office | Governmental/Regulatory Agencies | Affiliate of Current Firm Client |

| Name of Entity Searched | Role | Relationship with the Firm |
|---|---|---|
| Stephens Inc | Suppliers, Vendors and Other Parties | Former Firm Client |
| Sunbelt Rentals Inc | Suppliers, Vendors and Other Parties | Current Firm Client |
| Temasek International LLC | Suppliers, Vendors and Other Parties | Affiliate of Current Firm Client |
| Tercel Oilfield Products USA LLC | Suppliers, Vendors and Other Parties | Former Firm Client |
| Texas Comptroller of Public Accounts | Governmental/Regulatory Agencies | Former Firm Client |
| The University of Texas System | Suppliers, Vendors and Other Parties | Current Firm Client |
| Thomas Energy Services LLC DBA Thomas Tools/Thomas Tubing Smith International Inc | Suppliers, Vendors and Other Parties | Affiliate of Current Firm Client |
| Thompson Hine LLP | Suppliers, Vendors and Other Parties | Current Firm Client |
| Thru Tubing Solutions Inc | Suppliers, Vendors and Other Parties | Affiliate of Former Firm Client |
| Total Safety US Inc | Suppliers, Vendors and Other Parties | Afilliate of Current Firm Client |
| Tri-Point Oil & Gas Production Systems, LLC | Suppliers, Vendors and Other Parties | Former Firm Client |
| Tuboscope | Suppliers, Vendors and Other Parties | Affiliate of Current and Former Firm Clients |
| TXU Energy | Suppliers, Vendors and Other Parties | Affiliate of Current Firm Client |
| United Parcel Service Inc | Suppliers, Vendors and Other Parties | Current Firm Client |
| UnitedHealthcare Insurance Company Inc | Suppliers, Vendors and Other Parties | Affiliate of Current Firm Client |
| USA Compression | Suppliers, Vendors and Other Parties | Current Firm Client |
| Venture/ConvergeOne | Suppliers, Vendors and Other Parties | Current Firm Client |
| Verizon (voice/data Big Lake, San Angelo, SCADA) | Suppliers, Vendors and Other Parties | Affiliate of Current Firm Client |
| Verizon Wireless | Suppliers, Vendors and Other Parties | Affiliate of Current Firm Client |
| Wayne H. Bellows | Suppliers, Vendors and Other Parties | Former Firm Client |
| Weatherford US LP | Suppliers, Vendors and Other Parties | Current Firm Client |
| Wells Fargo Bank NA | Suppliers, Vendors and Other Parties | Current Firm Client |

| Name of Entity Searched | Role | Relationship with the Firm |
|---|---|---|
| William L. Guzzetti | Suppliers, Vendors and Other Parties | Current Firm Client |
| Williams Scotsman Inc | Suppliers, Vendors and Other Parties | Affiliate of Former Firm Client |
| Willis Towers Watson US LLC | Suppliers, Vendors and Other Parties | Current Firm Client |
| XTO Holdings LLC | Suppliers, Vendors and Other Parties | Affiliate of Current Firm Client |
| YouTube TV | Utilities | Affiliate of Current Client |