**Fill in this information to identify the case:**

Debtor name Sable Permian Resources, LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number (If known): 20-33193

☒ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☒ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Creditor's name**
HALLIBURTON ENERGY SERVICES, INC.

**Describe debtor's property that is subject to a lien**
Oil, gas and other mineral property

Column A: $ Undetermined — Column B: $ Undetermined

**Creditor's mailing address**
125 W MISSOURI STE 300
MIDLAND, TX 79701

**Describe the lien**
Mechanics Lien

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
- ☒ No
- ☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
- ☒ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- ☒ No
- ☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**2.2 Creditor's name**
IMAGENET CONSULTING LLC

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement.

Column A: $ Undetermined — Column B: $ Undetermined

**Creditor's mailing address**
913 N BROADWAY AVE
OKLAHOMA CITY, OK73102

**Describe the lien**
Texas UCC Financing Statement Number 19-0011684101 dated 04/02/2019.

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
- ☒ No
- ☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
- ☒ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- ☒ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $ 30,153,118.45 + undetermined amounts

Debtor Sable Permian Resources, LLC
Name

Case number *(if known)* 20-33193

## Part 1: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of claim** Do not deduct the value of collateral

*Column B* **Value of collateral that supports this claim**

**2.3**

**Creditor's name**
SABLE LAND COMPANY, LLC

**Describe debtor's property that is subject to a lien**

Column A: $30,153,118.45 — Column B: $ Undetermined

**Creditor's mailing address**
700 MILAM STREET
SUITE 3100
HOUSTON, TX 77002

**Describe the lien**
Intercompany Payable for JOA

**Creditor's email address, if known**

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.4**

**Creditor's name**
SELECT ENERGY SERVICES, LLC

**Describe debtor's property that is subject to a lien**
Oil, gas and other mineral property

Column A: $ Undetermined — Column B: $ Undetermined

**Creditor's mailing address**
PO BOX 203997
DALLAS, TX 75320

**Describe the lien**
Mechanics Lien

**Creditor's email address, if known**

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Debtor Sable Permian Resources, LLC
Name

Case number *(if known)* 20-33193

**Part 1: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of claim** Do not deduct the value of collateral

*Column B* **Value of collateral that supports this claim**

**2.5** **Creditor's name**
U.S. WELL SERVICES, LLC

**Creditor's mailing address**
1360 POST OAK BLVD
SUITE 1800
HOUSTON, TX 77056

**Describe debtor's property that is subject to a lien**
Oil, gas and other mineral property

**Describe the lien**
Mechanics Lien

Column A: $ Undetermined
Column B: $ Undetermined

**Creditor's email address, if known**

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**As of the petition date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Debtor Sable Permian Resources, LLC
Name

Case number *(if known)* 20-33193

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no other need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| HALLIBURTON ENERGY SERVICES, INC.<br>C/O DORE ROTHBERG MCKAY, P.C.<br>17171 PARK ROW<br>SUITE 160<br>HOUSTON, TX 77084 | Line 1 | |
| SELECT ENERGY SERVICES, LLC<br>C/O DORE ROTHBERG MCKAY, P.C.<br>17171 PARK ROW<br>SUITE 160<br>HOUSTON, TX 77084 | Line 4 | |
| U.S. WELL SERVICES, LLC<br>ATTN: MATT BERNARD<br>770 SOUTH POST OAK LN.<br>SUITE 405<br>HOUSTON, TX 77056 | Line 5 | |

**Fill in this information to identify the case and this filing:**

Debtor Name Sable Permian Resources, LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number (*If known*): 20-33193

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☒ Amended *Schedule* D
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/8/2020
MM / DD / YYYY

✘ /s/ Anthony C. Duenner
Signature of individual signing on behalf of debtor

Anthony C. Duenner
Printed name

Vice President, Corporate Development
Position or relationship to debtor