

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
11/19/2020

| | | |
|---|---|---|
| IN RE: | § | |
| **SABLE PERMIAN RESOURCES, LLC,** *et al* | § | **CASE NO: 20-33193** |
| | § | |
| **SPR STOCK HOLDINGS, LLC** | § | **CASE NO: 20-33195** |
| | § | |
| **SABLE PERMIAN RESOURCES OPERATING, LLC** | § | **CASE NO: 20-33196** |
| | § | |
| **SPR HOLDINGS, LLC** | § | **CASE NO: 20-33197** |
| | § | |
| **SPRH FINANCE CORPORATION** | § | **CASE NO: 20-33198** |
| | § | |
| **SABLE PERMIAN RESOURCES CORPORATION** | § | **CASE NO: 20-33199** |
| | § | |
| **SABLE PERMIAN RESOURCES FINANCE, LLC** | § | **CASE NO: 20-33200** |
| | § | |
| **SPR FINANCE CORPORATION** | § | **CASE NO: 20-33201** |
| | § | |
| **SABLE LAND COMPANY, LLC,** | § | **CASE NO: 20-33202** |
| | § | **Jointly Administered Order** |
| Debtors. | § | |
| | § | **CHAPTER 11** |
| | § | |

## ORDER FOR REPLY

The Official Committee of Unsecured Creditors has filed a motion concerning pre-petition insider compensation. The Committee seeks to file its motion under seal. The Court is concerned about whether this type of a motion should be filed under seal. It appears to concern a matter of public interest concerning insider payments. It does not appear to contain proprietary information.

Not later than noon on November 25, 2020, any party in interest may file a reply in which that party advocates for or against allowing the Committee's motion to be filed under seal. Replies should include case law with reasoned explanations as to whether an agreement to seal the motion is relevant under 11 U.S.C. § 107.

SIGNED 11/19/2020

_____
Marvin Isgur
United States Bankruptcy Judge