## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| **In re:** | § | Chapter 11 |
|  | § |  |
| **SABLE PERMIAN RESOURCES, LLC,** | § | Case No. 20-33193 (MI) |
| *et al.,* | § |  |
|  | § | (Jointly Administered) |
| **Debtors.**[1] | § |  |

## EMERGENCY MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR STATUS CONFERENCE

---

**EMERGENCY RELIEF HAS BEEN REQUESTED.**

**IF YOU OBJECT TO THE REQUESTED RELIEF OR IF YOU BELIEVE THAT EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU MUST FILE A WRITTEN RESPONSE PRIOR TO THE BELOW DATE BY WHICH RELIEF IS REQUESTED. OTHERWISE, THE COURT MAY TREAT THE REQUEST AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

**RELIEF IS REQUESTED AS SOON AS REASONABLY PRACTICABLE.**

---

The Official Committee of Unsecured Creditors (the "Committee") of Sable Permian Resources, LLC, and its affiliated debtors and debtors in possession (the "Debtors"), by its undersigned counsel, hereby files this motion (the "Motion"), pursuant to section 105 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), seeking entry of an order, substantially in the form attached as **Exhibit A** hereto (the "Proposed Order"), setting a status conference on the scheduling of hearings regarding (i) the *Corrected Emergency Motion of Official Committee of Unsecured Creditors for Order Granting Committee Derivative Standing to*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Sable Permian Resources, LLC (5172); SPR Stock Holdings, LLC (2065); Sable Permian Resources Operating, LLC (3212); SPR Holdings, LLC (3611); SPRH Finance Corporation (1390); Sable Permian Resources Corporation (9049); Sable Permian Resources Finance, LLC (6841); SPR Finance Corporation (0359); and Sable Land Company, LLC (7101). The location of the Debtors' main corporate headquarters and the Debtors' service address is: 700 Milam Street, Suite 3100, Houston, TX 77002.

*Pursue and, if Appropriate, Settle Claims Against Certain Current or Former Directors and Officers and Granting Related Relief Pursuant to Bankruptcy Code Sections 105, 544, 547, 548, 550, 1103, and 1109*[2] (the "Standing Motion") and (ii) the Debtors' yet-to-be filed disclosure statement.  In support of the Motion, the Committee respectfully states as follows:

## RELIEF REQUESTED

1.     The Committee respectfully requests entry of an order setting a scheduling conference on the Standing Motion and the Debtors' hearing on approval of their disclosure statement as soon as practicable pursuant to section 105(d)(1) of the Bankruptcy Code.

## BACKGROUND

2.     On Friday, November 13, 2020, the Committee received notice that the Debtors intended to present their disclosure statement for conditional approval on December 8, 2020.

3.     On the evening of Monday, November 16, 2020, the Committee received a draft copy of the Debtors' proposed plan.

4.     On the evening of Tuesday, November 17, 2020, the Committee received a draft copy of the Debtors' proposed disclosure statement.

5.     The Committee filed the Standing Motion on the evening of Wednesday, November 18, 2020.  It requested the Court consider the Standing Motion on an emergency basis, due to the Debtors' proposed truncated timeline for approval of their disclosure statement.

6.     Since then, the Debtors, the Committee, and other parties in interest have been actively engaged in mediation with Chief Judge David R. Jones – the appointed Judicial Mediator

---

[2]     ECF No. 569

in these chapter 11 cases – in an attempt to resolve a number of issues in these cases in a consensual manner.

7.     As of today, November 30, 2020, the Debtors have not yet filed their disclosure statement or their motion for conditional approval of such disclosure statement, and the Court has not yet set the Standing Motion for hearing.  The Committee understands that the Debtors plan on filing their proposed plan, disclosure statement, and motion for conditional approval in the near future, and setting a hearing on conditional approval of the disclosure statement for December 8, 2020.

## BASIS FOR RELIEF

8.     Section 105(d)(1) of the Bankruptcy Code provides that the Court "shall hold such status conferences as are necessary to further the expeditious and economical resolution of the case".

9.     At present, it appears the Debtors are attempting to truncate the solicitation process – over the Committee's objection – and seek conditional approval of their disclosure statement on one week's formal notice.

10.     Further, the Committee believes the Standing Motion should be considered by the Court *before* or at the same time as approval of the Debtors' disclosure statement.  On the timeline currently proposed by the Debtors, this would require the Court to hear the Standing Motion on or before December 8, 2020.  To be clear, the Committee's request to expedite consideration of the Standing Motion is entirely driven by the Debtors' intent to also move the case on an expedited schedule.  The Committee is unclear why such an expedited schedule needs to be adopted at this time given that the DIP financing's maturity date will be extended to mid-February 2021.

11.     In light of the Debtors' proposed timeline, the Committee requests the Court set a status conference to schedule dates for briefing and hearings.  A scheduling conference would be

beneficial to all parties in interest, as it would assist the Debtors, the Committee, and all interested parties in reaching a consensual scheduling of the pending matters.

12.     Accordingly, the Committee submits good cause exists to set a status conference as soon as practicable.

**<u>EMERGENCY CONSIDERATION</u>**

13.     Pursuant to Bankruptcy Local Rule 9013-1, the Committee respectfully requests the Court consider this motion on an emergency basis prior to its consideration of the Standing Motion or the Debtors' eventual motion to conditionally approve their disclosure statement.  If the requested relief is not granted before then, scheduling of such matters may engender unnecessary litigation.

14.     The Debtors have informed the Committee they are opposed to the relief requested in this Motion, and request that, in any event, any emergency status conference be held no earlier than 48 hours after the Motion's filing.

[*Remainder of page left intentionally blank.*]

WHEREFORE, the Committee respectfully requests that the Court hear the motion on an emergency basis, set a scheduling conference as soon as practicable, and grant any other relief as is just and proper.

Dated: November 30, 2020

*/s/  Broocks M. Wilson*
_____

James T. Grogan (TX Bar No. 24027354)
Broocks M. Wilson (TX Bar No. 24102655)
**PAUL HASTINGS LLP**
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone:    (713) 860-7300
Facsimile:    (713) 353-3100
E-mail:        jamesgrogan@paulhastings.com
             mackwilson@paulhastings.com

-and-

Luc A. Despins (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:    (212) 318-6000
Facsimile:    (212) 319-4090
E-mail:        lucdespins@paulhastings.com

-and-

Justin E. Rawlins (admitted *pro hac vice*)
Aaron M. Gober-Sims (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
515 South Flower Street, Twenty-Fifth Floor
Los Angeles, California 90071
Telephone:    (213) 683-6000
Facsimile:    (213) 627-0705
E-mail:        justinrawlins@paulhastings.com
             aarongobersims@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*

## **CERTIFICATE OF ACCURACY**

      I certify that the foregoing statements are true and accurate to the best of my knowledge. This statement is being made pursuant to Bankruptcy Local Rule 9013-1(i).

                                */s/ Broocks M. Wilson*

                                Broocks M. Wilson

## **CERTIFICATE OF SERVICE**

      I certify that on November 30, 2020, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                */s/ Broocks M. Wilson*

                                Broocks M. Wilson

**EXHIBIT A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | Chapter 11 |
| | § | |
| **SABLE PERMIAN RESOURCES, LLC,** | § | Case No. 20-33193 (MI) |
| ***et al.*,** | § | |
| | § | (Jointly Administered) |
| **Debtors.**[1] | § | |
| | § | |

**ORDER GRANTING <u>EMERGENCY</u> MOTION OF OFFICIAL COMMITTEE OF
UNSECURED CREDITORS <u>FOR A STATUS CONFERENCE</u>
[Relates to ECF No. _____]**

Upon the *Emergency Motion of Official Committee of Unsecured Creditors for a Status Conference*, and for cause shown, it is HEREBY ORDERED THAT:

1.      A status conference in the above captioned cases is set for _____

_____, 2020, at _____ a.m./p.m., and will be conducted by telephone and video conference.

Date: _____, 2020
Houston, Texas

                        THE HONORABLE MARVIN ISGUR
                        UNITED STATES BANKRUPTCY JUDGE

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Sable Permian Resources, LLC (5172); SPR Stock Holdings, LLC (2065); Sable Permian Resources Operating, LLC (3212); SPR Holdings, LLC (3611); SPRH Finance Corporation (1390); Sable Permian Resources Corporation (9049); Sable Permian Resources Finance, LLC (6841); SPR Finance Corporation (0359); and Sable Land Company, LLC (7101).  The location of the Debtors' main corporate headquarters and the Debtors' service address is:  700 Milam Street, Suite 3100, Houston, TX 77002.