

ENTERED
12/01/2020

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | Chapter 11 |
| **SABLE PERMIAN RESOURCES, LLC,** *et al.*, | § § § | Case No. 20-33193 (MI) |
| **Debtors.**[1] | § § § | (Jointly Administered) |

**ORDER GRANTING <u>EMERGENCY</u> MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS <u>FOR A STATUS CONFERENCE</u>**
**[Relates to ECF N<u>) 585]</u>**

Upon the *Emergency Motion of Official Committee of Unsecured Creditors for a Status Conference*, and for cause shown, it is ordered that a status conference in the above captioned cases is set for December 8, 2020 at 1:30 p.m.

Signed: December 01, 2020

Marvin Isgur
United States Bankruptcy Judge

Date: _____, 2020
Houston, Texas

THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Sable Permian Resources, LLC (5172); SPR Stock Holdings, LLC (2065); Sable Permian Resources Operating, LLC (3212); SPR Holdings, LLC (3611); SPRH Finance Corporation (1390); Sable Permian Resources Corporation (9049); Sable Permian Resources Finance, LLC (6841); SPR Finance Corporation (0359); and Sable Land Company, LLC (7101).  The location of the Debtors' main corporate headquarters and the Debtors' service address is:  700 Milam Street, Suite 3100, Houston, TX 77002.