IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § Chapter 11 |
| SABLE PERMIAN RESOURCES, LLC, *et al.*, | § Case No. 20-33193 (MI) |
| Debtors.[1] | § (Jointly Administered) |

**DEBTORS' AGENDA OF MATTERS SET FOR HEARING
ON DECEMBER 8, 2020, AT 1:30 P.M. (PREVAILING CENTRAL TIME)**

1. Debtors' Motion for Entry of an Order Extending Their Exclusive Periods to File and Solicit a Plan [Docket No. 503]

    **Status:**    This matter is going forward on a contested basis.

    **Response:**

    a. Response of the Official Committee of Unsecured Creditors to Debtors' Motion for Entry of Order Extending Exclusive Periods to File and Solicit Plan [Docket No. 550]

    **Related Documents:**

    a. Affidavit of Service for Mailings for the Period from October 19, 2020 through October 25, 2020 [Docket No. 509]

    b. Notice of Hearing [Docket No. 577]

    c. Debtors' Reply in Support of Their Motion for Entry of an Order Extending Their Exclusive Periods to File and Solicit a Plan [Docket No. 611]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Sable Permian Resources, LLC (5172); SPR Stock Holdings, LLC (2065); Sable Permian Resources Operating, LLC (3212); SPR Holdings, LLC (3611); SPRH Finance Corporation (1390); Sable Permian Resources Corporation (9049); Sable Permian Resources Finance, LLC (6841); SPR Finance Corporation (0359); and Sable Land Company, LLC (7101). The location of the Debtors' main corporate headquarters and the Debtors' service address is: 700 Milam Street, Suite 3100, Houston, TX 77002.

2. Order Granting Emergency Motion of Official Committee of Unsecured Creditors for a Status Conference [Docket No. 590]

   **Status:** This matter is going forward as a status conference.

   **Related Documents:**

   a. Emergency Motion of Official Committee of Unsecured Creditors for a Status Conference [Docket No. 585]

   b. Response of Debtors to the Emergency Motion of Official Committee of Unsecured Creditors for a Status Conference [Docket No. 586]

   c. Notice of Status Conference [Docket No. 600]

3. Emergency Motion for Entry of an Order (I) Scheduling Combined Hearing on (A) Adequacy of the Disclosure Statement and (B) Confirmation of the Plan; (II) Fixing Deadline to Object to the Disclosure Statement and Plan; (III) Approving (A) Solicitation Procedures and Ballots, (B) Form and Manner of Notice of Combined Hearing and Objection Deadline, (C) Notice of Non-Voting Status and Opt-Out Release Form, (D) Effective Date Cash Out Materials, (E) Deadline for Rule 3018(a) Motions, and (F) Litigation and Discovery Schedule; (IV) Approving Procedures for Assumption of Contracts and Leases; (V) Approving Assignment Objection Procedures and Rights Objections Procedures; (VI) Conditionally Approving Disclosure Statement; and (VII) Granting Related Relief [Docket No. 593]

   **Status:** This matter is going forward on a contested basis.

   **Related Documents:**

   a. Joint Plan of Reorganization and Liquidation for Sable Permian Resources, LLC and its Affiliate Debtors Under Chapter 11 of the Bankruptcy Code [Docket No. 591]

   b. Disclosure Statement for Joint Plan of Reorganization and Liquidation for Sable Permian Resources, LLC and its Affiliate Debtors Under Chapter 11 of the Bankruptcy Code [Docket No. 592]

   c. Affidavit of Service of Docket No. 593 [Docket No. 610]

*[Remainder of Page Left Blank Intentionally]*

| | |
|---|---|
| Dated:   December 7, 2020<br>            Houston, Texas | Respectfully submitted, |

| | |
|---|---|
| George A. Davis (*pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>885 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 906-1200<br>Facsimile:  (212) 751-4864<br>Email:  george.davis@lw.com<br><br>– and –<br><br>Caroline A. Reckler (*pro hac vice*)<br>Jeramy D. Webb (*pro hac vice*)<br>Brett V. Newman (*pro hac vice*)<br>Jonathan C. Gordon (*pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>Telephone: (312) 876-7700<br>Facsimile:  (312) 993-9667<br>Email:  caroline.reckler@lw.com<br>            jeramy.webb@lw.com<br>            brett.newman@lw.com<br>            jonathan.gordon@lw.com<br><br>– and –<br><br>Jeffrey E. Bjork (*pro hac vice*)<br>Christina M. Craige (*pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071<br>Telephone: (213) 485-1234<br>Facsimile:  (213) 891-8763<br>Email:  jeff.bjork@lw.com<br>Email:  chris.craige@lw.com<br><br>*Co-Counsel for the Debtors*<br>*and Debtors in Possession* | */s/ Timothy A. ("Tad") Davidson II*<br>Timothy A. ("Tad") Davidson II<br>(TX Bar No. 24012503)<br>Joseph P. Rovira<br>(TX Bar No. 24066008)<br>Ashley L. Harper<br>(TX Bar No. 24065272)<br>**HUNTON ANDREWS KURTH LLP**<br>600 Travis Street, Suite 4200<br>Houston, Texas  77002<br>Tel:      (713) 220-4200<br>Fax:     (713) 220-4285<br>Email:   taddavidson@huntonak.com<br>             josephrovira@huntonak.com<br>             ashleyharper@huntonak.com<br><br>*Co-Counsel for the Debtors*<br>*and Debtors in Possession* |

## CERTIFICATE OF SERVICE

    I certify that on December 7, 2020, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

                                              /s/ Timothy A. ("Tad") Davidson II
                                              Timothy A. ("Tad") Davidson II