IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| SABLE PERMIAN RESOURCES, LLC, *et al* | § § § | Case no. 20-33193 (MI) |
| Debtors.¹ | § § § § | (Jointly Administered) |

**AGENDA OF MATTERS SET FOR HEARING ON DECEMBER 8, 2020 AT 9 AM (PREVAILING CENTRAL TIME)**

Pursuant to Complex Case Procedure 57, Movant files this Agenda for Matters set for hearing on December 8, 2020 at 9 am.

1. Excalibur's Emergency Motion for Leave to File Exhibit List Out of Time. D. 609, as corrected D. 615.

    Status: The motion is uncontested. It is going forward by order of the Court.

    Related documents:

    Notice of Hearing. D. 615.

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Sable Permian Resources, LLC (5172); SPR Stock Holdings, LLC (2065); Sable Permian Resources Operating, LLC (3212); SPR Holdings, LLC (3611); SPRH Finance Corporation (1390); Sable Permian Resources Corporation (9049); Sable Permian Resources Finance LLC (6841); SPR Finance Corporation (0359); and Sable Land Company, LLC (7101).

2. Excalibur's Motion to Compel 1) Payment of January and February 2020 Royalties and 2) Segregation of Suspended Royalties. D. 572.

   Status: Although Debtors appear to have admitted non-opposition to Item 1 in their Objection, they stated a desire to proceed in Court on the issue. As to Item 2, the Plan provides a Carve Out Reserve. The Plan is ambiguous, however, regarding whether amounts owed to Excalibur in the State Court Proceeding fall within the definition of moneys designated for the Carve Out Reserve.

   Response: Objection by Debtors. D. 565, Objection by Committee of Unsecured Creditors. D. 566.

   Related filings:

   Notice of Hearing. D. 601.

   Excalibur's Reply in Support of Motion. D. 597.

Dated: December 7, 2020.

Respectfully submitted,

**Yocom Rine Law Offices**

/s/ Jana Rine

_____

Jana Rine
SBN 11081400
2150 S. Central Expressway
Suite 200
McKinney, Texas 75070
972-439-2761
jrine@yocomrinelaw.com

*Attorney for Excalibur Energy Company*

**Certificate of Service**

I certify that a copy of the foregoing document was served on December 7, 2020 via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on all parties registered to receive electronic notices.

/s/ Jana Rine

_____

Jana Rine