**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | §    Chapter 11 |
| | § |
| **SABLE PERMIAN RESOURCES, LLC**, *et al.*, | §    Case No. 20-33193 (MI) |
| | § |
| Debtors.[1] | §    (Jointly Administered) |
| | § |

**DEBTORS' NOTICE OF FILING OF
PLAN SUPPORT LETTER AGREEMENT**

**PLEASE TAKE NOTICE** that on December 1, 2020, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the *Joint Plan of Reorganization and Liquidation for Sable Permian Resources, LLC and Its Affiliate Debtors Under Chapter 11 of the Bankruptcy Code* (the "Plan") [Docket No. 591].

**PLEASE TAKE FURTHER NOTICE** that subsequent to the filing of the Plan, the Debtors; the Official Committee of Unsecured Creditors (the "Committee"); JPMorgan Chase Bank, N.A., in its capacities as DIP Credit Facility Agent and RBL Credit Facility Agent ("JPM"); the Debtors' senior management ("Management"); and Sable Management, LLC engaged in negotiations regarding the terms of the Plan.

**PLEASE TAKE FURTHER NOTICE** that as a result of those negotiations, the Debtors, the Committee, JPM, Management, and Sable Management, LLC have reached an agreement upon the terms of the Plan as reflected in the letter attached here as Exhibit 1.

*[Remainder of Page Left Blank Intentionally]*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Sable Permian Resources, LLC (5172); SPR Stock Holdings, LLC (2065); Sable Permian Resources Operating, LLC (3212); SPR Holdings, LLC (3611); SPRH Finance Corporation (1390); Sable Permian Resources Corporation (9049); Sable Permian Resources Finance, LLC (6841); SPR Finance Corporation (0359); and Sable Land Company, LLC (7101). The location of the Debtors' main corporate headquarters and the Debtors' service address is: 700 Milam Street, Suite 3100, Houston, TX 77002.

US-DOCS\119790479.1

Dated:   December 9, 2020
       Houston, Texas

George A. Davis (*pro hac vice*)
**LATHAM & WATKINS LLP**
885 Third Avenue
New York, NY 10022
Telephone: (212) 906-1200
Facsimile:  (212) 751-4864
Email:   george.davis@lw.com

– and –

Caroline A. Reckler (*pro hac vice*)
Jeramy D. Webb (*pro hac vice*)
Brett V. Newman (*pro hac vice*)
Jonathan C. Gordon (*pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile:  (312) 993-9667
Email:   caroline.reckler@lw.com
       jeramy.webb@lw.com
       brett.newman@lw.com
       jonathan.gordon@lw.com

– and –

Jeffrey E. Bjork (*pro hac vice*)
Christina M. Craige (*pro hac vice*)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile:  (213) 891-8763
Email:   jeff.bjork@lw.com
Email:   chris.craige@lw.com

*Co-Counsel for the Debtors*
*and Debtors in Possession*

Respectfully submitted,

/s/ Timothy A. ("Tad") Davidson II
Timothy A. ("Tad") Davidson II
(TX Bar No. 24012503)
Joseph P. Rovira
(TX Bar No. 24066008)
Ashley L. Harper
(TX Bar No. 24065272)
**HUNTON ANDREWS KURTH LLP**
600 Travis Street, Suite 4200
Houston, Texas  77002
Tel:     (713) 220-4200
Fax:     (713) 220-4285
Email:   taddavidson@huntonak.com
       josephrovira@huntonak.com
       ashleyharper@huntonak.com

*Co-Counsel for the Debtors*
*and Debtors in Possession*

2

## CERTIFICATE OF SERVICE

I certify that on December 9, 2020, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

/s/ Timothy A. ("Tad") Davidson II
Timothy A. ("Tad") Davidson II

US-DOCS\119790479.1