

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
12/10/2020

| | | |
|---|---|---|
| **In re:** § § **SABLE PERMIAN RESOURCES, LLC,** § *et al.*, § § **Debtors.**[1] § § | | Chapter 11 Case No. 20-33193 (MI) (Jointly Administered) |

**ORDER GRANTING <u>EMERGENCY</u> MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO FILE UNDER SEAL ITS EMERGENCY MOTION FOR DERIVATIVE STANDING TO PURSUE AND, IF APPROPRIATE, SETTLE CLAIMS AGAINST CERTAIN CURRENT OR FORMER DIRECTORS AND OFFICERS AND GRANTING RELATED RELIEF PURSUANT TO BANKRUPTCY CODE SECTIONS 105, 544, 547, 548, 550, 1103 AND 1109**
**[Relates to ECF No. __568__ ]**

Upon the *Emergency Motion of Official Committee of Unsecured Creditors to File Under Seal Its Emergency Motion for Derivative Standing to Pursue and, if Appropriate, Settle Claims Against Certain Current or Former Directors and Officers and Granting Related Relief Pursuant to Bankruptcy Code Sections 105, 544, 547, 548, 550, 1103, and 1109* (the "<u>Motion to Seal</u>")[2], and the Court having jurisdiction to consider the Motion to Seal and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion to Seal and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined the factual

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Sable Permian Resources, LLC (5172); SPR Stock Holdings, LLC (2065); Sable Permian Resources Operating, LLC (3212); SPR Holdings, LLC (3611); SPRH Finance Corporation (1390); Sable Permian Resources Corporation (9049); Sable Permian Resources Finance, LLC (6841); SPR Finance Corporation (0359); and Sable Land Company, LLC (7101). The location of the Debtors' main corporate headquarters and the Debtors' service address is: 700 Milam Street, Suite 3100, Houston, TX 77002.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion to Seal.

bases set forth in the Motion to Seal establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. Pursuant to 11 U.S.C. §§ 105(a) and 107(b) and Federal Rules of Bankruptcy Procedure 9018 and 9037, the Committee is authorized to file the Standing Motion under seal.

2. The sealed Standing Motion shall not be disseminated to anyone other than: (a) the Court; (b) the Debtors; (c) JPMorgan Chase Bank, N.A., as the Prepetition RBL Agent; (d) other parties to the Protective Order that request a copy; and (e) the Office of the U.S. Trustee, without further order of the Court.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. The Committee is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion to Seal.

5. The Court shall retain jurisdiction to resolve any dispute regarding the terms of this Order.

Signed: December 10, 2020

_____
Marvin Isgur
United States Bankruptcy Judge