**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | § Chapter 11 |
| | § |
| SABLE PERMIAN RESOURCES, LLC., *et al.*, | § Case No. 20-33193 (MI) |
| | § |
| Debtors. [1] | § (Jointly Administered) |
| | § |

## NOTICE OF ANNUAL RATE INCREASE BY JENNER & BLOCK LLP

### [Relates to Docket No. 426]

On August 27, 2020, the above-captioned debtors and debtors in possession filed an application to retain and employ Jenner & Block LLP ("Jenner") as Counsel for the Debtors and Debtors in Possession, acting at the direction of the Chief Restructuring Officer [Docket No. 363] (the "Retention Application"). On September 21, 2020, the Court entered an order authorizing the retention and employment of Jenner [Docket No. 426] (the "Retention Order").

This notice is being provided in accordance with paragraph 5 of the Retention Order attached to the Retention Application, which requires Jenner to provide ten business days' notice to the Debtors, the U.S. Trustee, and any official committee before any increases in the hourly rates of Jenner professionals are implemented.

In the ordinary course of Jenner's business and in keeping with Jenner's established billing practices and procedures, Jenner's standard billing rates were adjusted firm-wide on January 1, 2021. Specifically, effective as of January 1, 2021, Jenner's billing rates for

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Sable Permian Resources, LLC (5172); SPR Stock Holdings, LLC (2065); Sable Permian Resources Operating, LLC (3212); SPR Holdings, LLC (3611); SPRH Finance Corporation (1390); Sable Permian Resources Corporation (9049); Sable Permian Resources Finance, LLC (6841); SPR Finance Corporation (0359); and Sable Land Company, LLC (7101).  The location of the Debtors' main corporate headquarters and the Debtors' service address is:  700 Milam Street, Suite 3100, Houston, TX 77002.

professionals and paraprofessionals who may work on matters related to the Chapter 11 Cases shall range as follows:

| Billing Category | Range |
|---|---|
| Partners | $900 to $1,500 |
| Of Counsel/Counsel/Special Counsel | $660 to $1,350 |
| Associates | $560 to $895 |
| Staff Attorneys/Dept. Counsel | $465 to $770 |
| Discovery Attorneys | $280 to $280 |
| Paralegals | $235 to $405 |

Dated:  January 12, 2021

Respectfully,

*/s/ Vincent E. Lazar*
Vincent E. Lazar (admitted *pro hac vice*)
**JENNER & BLOCK LLP**
353 North Clark Street
Chicago, IL 60654
Telephone:  (312) 222-9350
Facsimile:  (312) 527-0484
Email: vlazar@jenner.com

*Counsel for the Debtors and Debtors in Possession, acting at the direction of the CRO*