

ENTERED
03/05/2021

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **SABLE PERMIAN RESOURCES,** | § | |
| **LLC, et al.,** | § | Case No. 20-33193 (MI) |
| | § | |
| Debtors.[1] | § | |
| | § | (Jointly Administered) |

**ORDER GRANTING RYAN LLC'S MOTION FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL**

Upon the unopposed motion (the "**Motion**") filed by Ryan, LLC ("**Ryan**") seeking approval of the withdrawal and substitution of counsel, and upon consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and the Court having determined that there exists just cause for the relief granted herein; and upon the record of the hearing before the Court, and any responses to the Motion having been withdrawn, resolved, or overruled on the merits; and after due deliberation and sufficient cause appearing therefore, it is hereby:

**ORDERED AND ADJUDGED** that:

1. ~~The Motion is hereby **GRANTED** as set forth herein.~~

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Sable Permian Resources, LLC (5172); SPR Stock Holdings, LLC (2065); Sable Permian Resources Operating, LLC (3212); SPR Holdings, LLC (3611); SPRH Finance Corporation (1390); Sable Permian Resources Corporation (9049); Sable Permian Resources Finance, LLC (6841); SPR Finance Corporation (0359); and Sable Land Company, LLC (7101). The location of the Debtors' main corporate headquarters and the Debtors' service address is: 700 Milam Street, Suite 3100, Houston, TX 77002.

    2.    Bell Nunnally & Martin, LLP is hereby withdrawn as counsel of record for Ryan in the above-referenced bankruptcy case.

    3.    Rochelle McCullough, LLP is hereby substituted as counsel of record for Ryan in the above-referenced bankruptcy case for all purposes.

Signed: March 05, 2021

_____
Marvin Isgur
United States Bankruptcy Judge