IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SABLE PERMIAN RESOURCES, LLC, | § | NO. 20-33193 |
| | § | |
| Debtor. | § | |

## NOTICE OF PERFECTION, CONTINUATION OR MAINTENANCE OF LIENS

PLEASE TAKE NOTICE that TANNER SERVICES, LLC ("Tanner Services"), the holder of Liens Against Mineral Properties Pursuant to §§ 56.021 and 56.023, TEX. PROP. CODE (the "Oil Well Liens"), hereby submit this Notice of Perfection, Continuation or Maintenance of Liens pursuant to 11 U.S.C. §362(b)(3) and §546(b)(2), and hereby perfect, maintain and continue the Oil Well Liens as more particularly described below:

1.    True and correct copies of seventeen (17) Affidavits of Subcontractor for Mechanic's and Materialman's Liens recorded by Tanner Services, which were recorded on August 27, 2020, under document numbers 2020-135205, 2020-135206, 2020-135207, 2020-135208, 2020-135209, 2020-135210, 2020-135211, 2020-135212, 2020-135213, 2020-135214, 2020-135215, 2020-135216, 2020-135217, 2020-135218, 2020-135219, 2020-135220, and 2020-135221[1], with the County Clerk of Reagan County, Texas, are attached hereto as Exhibit "A" and are incorporated herein by reference.

---

[1] The Affidavits of Subcontractor for Mechanic's and Materialman's Lien were recorded with a certain Exhibits "A" containing two (2) pages of invoices. These invoices are attached hereto.

**EXHIBIT "A"**

2.    Tanner Services intends to enforce its interests in the property that secures the Liens Against Mineral Properties Pursuant to §§ 56.021 and 56.023, TEX. PROP. CODE.

3.    The total amount due Tanner Services as of August 27, 2020, was the aggregate principal sum of $187,843.82.

4.    Tanner Services hereby reserves all of the rights with respect to its Liens Against Mineral Properties Pursuant to §§ 56.021 and 56.023, TEX. PROP. CODE.

5.    Under applicable non-bankruptcy law, Tanner Services is required to file suit to foreclose its liens within two (2) years after the last day a claimant may file the lien affidavit under Section 53.052 of the Texas Property Code or within one (1) year after completion, termination, or abandonment of the work under the original contract under which the lien is claimed, whichever is later. § 53.158, TEX. PROP. CODE. Pursuant to 11 U.S.C. § 546(B), Tanner Services hereby gives notice in lieu of commencement of such an action to perfect, maintain, or continue perfection of Tanner Services' Liens Against Mineral Properties Pursuant to §§ 56.021 and 56.023, TEX. PROP. CODE. Tanner Services requests adequate protection of its Liens Against Mineral Properties Pursuant to §§ 56.021 and 56.023, TEX. PROP. CODE.

**PLEASE TAKE FURTHER NOTICE** that all proceeds of any sale of any of the property securing the Liens Against Mineral Properties Pursuant to §§ 56.021 and 56.023, TEX. PROP. CODE constitutes cash collateral under § 363(a) of the Bankruptcy Code and may not be used unless each entity that has an interest in such cash collateral consents. Tanner Services does not

consent to the use of its cash collateral and demands segregation and an accounting of its cash collateral in accordance with section 363(c)(4) of the Bankruptcy Code.

Respectfully submitted this 2nd day of September, 2020.

By:  */s/ Jeffrey D. Stewart*
Jeffrey D. Stewart
State Bar No. 24047327
jstewart@wellscuellar.com
440 Louisiana, Suite 718
Houston, Texas 77002
(713) 222-1281 Telephone
(713) 237-0570 Fax

OF COUNSEL:

WELLS & CUELLAR, P.C.
440 Louisiana, Suite 718
Houston, Texas 77002
(713) 222-1281 Telephone
(713) 237-0570 Fax

Attorneys for
TANNER SERVICES, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Notice of Perfection, Continuation or Maintenance of Liens** has been served upon all parties in interest via the Electronic Case Filing System or via United States First Class mail, postage prepaid, this the 2nd day of September, 2020.

*/s/ Jeffrey D. Stewart*

8013x037.pss

| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF REAGAN | § |

### AFFIDAVIT OF SUBCONTRACTOR FOR
### MECHANICS' AND MATERIALMAN'S LIEN

Before me, the undersigned authority, personally appeared Douglas R. Summerlin on

behalf of TANNER SERVICES, LLC, hereinafter referred to as "Claimant," who upon his oath

deposed and stated the following:

"1.   My name is Douglas R. Summerlin, and I am the Chief Legal Counsel of Tanner Services, LLC, hereinafter referred to as 'Claimant.'

"2.   My business address is: 302 Unatex Road, Eunice, Louisiana 70535.

"3.   Tanner Services, LLC is a subcontractor that has performed services and/or provided materials to the property on which this lien is being claimed.

"4.   I have personal knowledge of the facts set forth in this Affidavit. I am competent and authorized to make this Affidavit.

"5.   Claimant furnished labor and materials/goods/services for improvements to the following described mineral property: **(Well identification)University 48 Well No. 0701H; (Legal Description)University Lands Survey, Abstract A-U319, Section 7, Block 48 in Reagan County, Texas; API No. 42-383-37672.**

"6.   The owner, or reputed owner, and the owner's address of the above-described mineral property is Sable Permian Resources, LLC, c/o its Registered Agent, C T Corporation System, 1999 Bryan St., Ste. 900, Dallas, Texas 75201-3136.

"7.   Tanner Services, LLC (Subcontractor) has performed labor or furnished material to Enduring Resources, LLC (Operator), who was performing services for Sable Permian Resources, LLC(Leaseholder), to improve the above-described mineral property and hereby claims a lien on the property, leasehold interest, and/or improvements to secure the amount of moneys owed to Tanner Services, LLC as stated in this affidavit.

### EXHIBIT "A"

"8.    The labor and materials/goods/services that Tanner Services, LLC has performed on the above-described mineral property may be described as follows, and as stated in the attachment to this affidavit:

   *    Mobilized labor, equipment, and supervision to the location to remove existing 152,000 sq. ft. of pit liner, haul to landfill, and perform additional trackhoe work;

"9.    After allowing all just credits and offsets, the amount of **$106,229.06** remains unpaid and is due and owing. See Exhibit "A" hereto which is incorporated into this Affidavit by reference.

"10.   The materials/goods/services and/or labor were furnished to **Sable Permian Resources, LLC** at the above-described mineral property.

"11.   Tanner Services, LLC has given the appropriate notices required by the Texas Property code on August 17, 2020, to the operator, Enduring Resources, LLC, and to the reputed mineral owner of record.

"12.   I hereby assert a lien on the mineral property, leasehold interest, premises and improvements to secure payment of the amount owed and claimed as described above. A lien is *not* claimed on the fee title to the property."

TANNER SERVICES, LLC

By: _____
Douglas R. Summerlin  its Chief Legal Counsel

THE STATE OF LOUISIANA     §
                           §
PARISH OF ST. LANDRY       §

     Before me, the undersigned authority, on day personally appeared DOUGLAS R. SUMMERLIN, known to me, who stated that he is an agent and duly authorized representative of TANNER SERVICES, LLC, and as such is authorized to execute the foregoing Affidavit for and on behalf of Claimant TANNER SERVICES, LLC, and acknowledges the foregoing to be the act and deed of such limited liability company, and that he signed the same in the capacity stated herein and swore that the facts therein are true and correct.

     SUBSCRIBED AND SWORN TO BEFORE ME, and acknowledged before me the undersigned authority, on this _18_ day of August, 2020.

BEVERLY FRANCHEBOIS
Notary Public
State of Louisiana
My Commission is For Life
Notary I.D. No.13144

Notary Public, State of LOUISIANA
# 13144



**TANNER**
*SERVICES, LLC*

P.O. BOX 1434 · EUNICE, LA 70535 · 337-457-0267

| | INVOICE NO. | MD2V546 |
|---|---|---|

Sable Permian Resources
Pennzoil Place
700 Milam Street  Suite 3100
Houston, TX 77002
Attn: Accounts Payable

| INVOICE DATE | February 28  2020 |
|---|---|
| ORDER NO. | 45 South Frac Pit |
| APPROVAL | Big Lake, TX |
| LOCATION | |
| OUR REF. NO. | MD-20-0003-D-1 |

| DATE | TICKET NO. | | |
|---|---|---|---|

### Midland, TX Yard

Mobilize labor, equipment, materials, and supervision to location to perform
the following services

1/30/20-
2/28/2020

Item 1) Remove existing 152,000 sq. ft. pit liner, haul to landfill, and additional trackhoe work    $47,888.00

| | | | | | |
|---|---|---|---|---|---|
| Taxes | | | | | $239.44 |
| Reagan County | 0.50% | ,on | $47,888.00 | on(y) | $2,993.00 |
| Texas State | 6.25% | (on | $47,888.00 | on(y) | |
| | | | | **Invoice Total** | **$51,120.44** |

CUSTOMER SIGNATURE:_____     DATE:_____

*THANK YOU*

## EXHIBIT "A"

Delinquent accounts will have an added charge of 1 1/2% per month on unpaid balance. In addition, if placed in hands of an attorney for collection there will be an additional charge of 25% on amount of unpaid balance and interest at attorney's fees.

Revised #PTS-7006



## TANNER SERVICES, LLC

P.O. BOX 1434 • EUNICE, LA 70535 • 337-457-0267

| INVOICE NO. | VS04647 |
|---|---|

Sable Permian Resources
Pennzoil Place
700 Milam Street, Suite 3400
Houston, TX 77002
Attn: Accounts Payable

| INVOICE DATE | March 12, 2020 |
|---|---|
| ORDER NO. | 46 North Frac Pit |
| APPROVAL | Big Lake, TX |
| LOCATION | |
| OUR REF. NO. | MD-20-0002-E-1 |

| DATE | TICKET NO. |
|---|---|

### Midland, TX Yard

Mobilize labor, equipment, materials, and supervision to location to perform the following services:

| 1/29/20- 3/11/2020 | Item 1) Remove existing 152,200 sq. ft. pit liner, haul to landfill  and additional trackhoe work | | | | | $51,624.00 |
|---|---|---|---|---|---|---|
| | Taxes | | | | | $258.12 |
| | Reagan County | 0.50% | (on | $51,624.00 | only) | $3,226.50 |
| | Texas State | 6.25% | (on | $51,624.00 | only) | |
| | | | | | **Invoice Total** | **$55,108.62** |

CUSTOMER SIGNATURE _____ DATE _____

*THANK YOU*

Delinquent accounts will have an added charge of 1 1/2% per month on unpaid balance. In addition, if placed in hands of an attorney for collection there will be an additional charge of 25% on amount of unpaid balance and interest as attorney's fees.

Reorder #T15-7008

**FILED**

AT 1:08:18 PM

on August 27, 2020

INS. NO. 2020-135205

**STATE OF TEXAS**
**COUNTY OF REAGAN**

I hereby certify that this instrument was FILED on the date and at the time stamped hereon by me and was duly RECORDED in the Volume and Page of the Official Public Records of Reagan County, Texas.

County Clerk, Reagan County, Texas

**OFFICIAL PUBLIC RECORDS**

Vol. 391      Page 304
Recorded August 27, 2020

COUNTY CLERK, REAGAN COUNTY, TEXAS

By _____ Deputy

THE STATE OF TEXAS       §
      §
COUNTY OF REAGAN       §

## AFFIDAVIT OF SUBCONTRACTOR FOR
## MECHANICS' AND MATERIALMAN'S LIEN

Before me, the undersigned authority, personally appeared Douglas R. Summerlin on behalf of TANNER SERVICES, LLC, hereinafter referred to as "Claimant," who upon his oath deposed and stated the following:

"1.    My name is Douglas R. Summerlin, and I am the Chief Legal Counsel of Tanner Services, LLC, hereinafter referred to as 'Claimant.'

"2.    My business address is: 302 Unatex Road, Eunice, Louisiana 70535.

"3.    Tanner Services, LLC is a subcontractor that has performed services and/or provided materials to the property on which this lien is being claimed.

"4.    I have personal knowledge of the facts set forth in this Affidavit. I am competent and authorized to make this Affidavit.

"5.    Claimant furnished labor and materials/goods/services for improvements to the following described mineral property: **(Well identification)University 48 Well No. 0702H; (Legal Description)University Lands Survey, Abstract A-U319, Section 7, Block 48 in Reagan County, Texas; API No. 42-383-37759.**

"6.    The owner, or reputed owner, and the owner's address of the above-described mineral property is Sable Permian Resources, LLC, c/o its Registered Agent, C T Corporation System, 1999 Bryan St., Ste. 900, Dallas, Texas 75201-3136.

"7.    Tanner Services, LLC (Subcontractor) has performed labor or furnished material to Enduring Resources, LLC (Operator), who was performing services for Sable Permian Resources, LLC(Leaseholder), to improve the above-described mineral property and hereby claims a lien on the property, leasehold interest, and/or improvements to secure the amount of moneys owed to Tanner Services, LLC as stated in this affidavit.

"8.   The labor and materials/goods/services that Tanner Services, LLC has performed on the above-described mineral property may be described as follows, and as stated in the attachment to this affidavit:

   *   Mobilized labor, equipment, and supervision to the location to remove existing 152,000 sq. ft. of pit liner, haul to landfill, and perform additional trackhoe work.

"9.   After allowing all just credits and offsets, the amount of **$106,229.06** remains unpaid and is due and owing. See Exhibit "A" hereto which is incorporated into this Affidavit by reference.

"10.  The materials/goods/services and/or labor were furnished to **Sable Permian Resources, LLC** at the above-described mineral property.

"11.  Tanner Services, LLC has given the appropriate notices required by the Texas Property code on August 17, 2020, to the operator, Enduring Resources, LLC, and to the reputed mineral owner of record.

"12.  I hereby assert a lien on the mineral property, leasehold interest, premises and improvements to secure payment of the amount owed and claimed as described above. A lien is *not* claimed on the fee title to the property."

TANNER SERVICES, LLC


By: _Douglas R. Summerlin_____

Douglas R. Summerlin  its Chief Legal Counsel

THE STATE OF LOUISIANA          §
                                §
PARISH OF ST. LANDRY            §

      Before me, the undersigned authority, on day personally appeared DOUGLAS R. SUMMERLIN, known to me, who stated that he is an agent and duly authorized representative of TANNER SERVICES, LLC, and as such is authorized to execute the foregoing Affidavit for and on behalf of Claimant TANNER SERVICES, LLC, and acknowledges the foregoing to be the act and deed of such limited liability company, and that he signed the same in the capacity stated herein and swore that the facts therein are true and correct.

      SUBSCRIBED AND SWORN TO BEFORE ME, and acknowledged before me the undersigned authority, on this ___18___ day of August, 2020.

BEVERLY FRANCHEBOIS
Notary Public
State of Louisiana
My Commission is For Life
Notary I.D. No.13144

Notary Public, State of LOUISIANA
# 13144

# TANNER TS SERVICES, LLC

P.O. BOX 1434 · EUNICE, LA 70535 · 337-457-0267

| | |
|---|---|
| INVOICE NO. | MD21540 |

| | |
|---|---|
| Sable Permian Resources | |
| Pennzoil Place | |
| 700 Milam Street  Suite 3100 | |
| Houston, TX 77002 | |
| Attn: Accounts Payable | |

| | |
|---|---|
| INVOICE DATE | February 22, 2020 |
| ORDER NO. | 48 South Frac Pit |
| APPROVAL | Big Lake, TX |
| LOCATION | |
| OUR REF. NO. | MD-20-0003-D-1 |

| DATE | TICKET NO. |
|---|---|
| | |

### Midland, TX Yard

Mobilize labor, equipment, materials, and supervision to location to perform the following services

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/30/20-2/28/2020 | Item 1) Remove existing 152,000 sq. ft. pit liner, haul to landfill, and additional trackhoe work | | | | | $47,938.00 |
| | Taxes | | | | | $239.44 |
| | Reagan County | 0.50% | (on | $47,938.00 | only) | |
| | Texas State | 6.25% | (on | $47,938.00 | only) | $2,993.00 |
| | | | | | Invoice Total | $51,170.44 |

CUSTOMER SIGNATURE_____        DATE_____

*THANK YOU*

# EXHIBIT "A"

Delinquent accounts will have an added charge of 1 1/2% per month on unpaid balance. In addition, if placed in hands of an attorney for collection there will be an additional charge of 25% on amount of unpaid balance and interest as attorney's fees.

Reorder #PTS-7008

# TANNER TS SERVICES, LLC

P.O. BOX 1434 · EUNICE, LA 70535 · 337-457-0267

| INVOICE NO. | VB24517 |
|---|---|

| | |
|---|---|
| Sable Permian Resources | |
| Pennzoil Place | |
| 700 Milam Street, Suite 3100 | |
| Houston, TX 77002 | |
| Attn: Accounts Payable | |

| INVOICE DATE | March 12, 2020 |
|---|---|
| ORDER NO. | 48 North Frac Pit |
| APPROVAL | |
| LOCATION | Big Lake, TX |
| OUR REF. NO. | MD-20-0002-D-1 |

| DATE | TICKET NO. |
|---|---|

### Midland, TX Yard

Mobilize labor, equipment, materials, and supervision to location to perform the following services:

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/29/20-2/11/2020 | Item 1) Remove existing 152,300 sq. ft. pit liner, haul to landfill and additional trackhoe work | | | | | $51,624.00 |
| | Taxes | | | | | |
| | Reagan County | 0.50% | (on | $51,624.00 | only) | $258.12 |
| | Texas State | 6.25% | (on | $51,824.00 | only) | $3,226.50 |
| | | | | | Invoice Total | $55,108.62 |

CUSTOMER SIGNATURE_____   DATE:_____

**\*THANK YOU\***

Delinquent accounts will have an added charge of 1 1/2% per month on unpaid balance. In addition, if placed in hands of an attorney for collection there will be an additional charge of 25% on amount of unpaid balance and interest as attorney's fees.

Reorder #PTS-2008

**FILED**

AT 1:08:48 PM

on August 27, 2020

INS. NO. 2020-135206

**STATE OF TEXAS**
**COUNTY OF REAGAN**

I hereby certify that this instrument was FILED on the date and at the time stamped hereon by me and was duly RECORDED in the Volume and Page of the Official Public Records of Reagan County, Texas.

County Clerk, Reagan County, Texas

**OFFICIAL PUBLIC RECORDS**

Vol. 391    Page 310
Recorded August 27, 2020

COUNTY CLERK, REAGAN COUNTY, TEXAS

By

Deputy

Case 20-33193   Document 375-1   Filed in TXSB on 09/03/20   Page 13 of 102
Case 20-33193   Document 375-1   Filed in TXSB on 09/03/20   Page 17 of 106
2020-13    07 Vol: 391 Page: 316
8/27/2020 1:09:18 PM

THE STATE OF TEXAS        §
                              §

COUNTY OF REAGAN      §

## AFFIDAVIT OF SUBCONTRACTOR FOR
## MECHANICS' AND MATERIALMAN'S LIEN

Before me, the undersigned authority, personally appeared Douglas R. Summerlin on behalf of TANNER SERVICES, LLC, hereinafter referred to as "Claimant," who upon his oath deposed and stated the following:

"1.      My name is Douglas R. Summerlin, and I am the Chief Legal Counsel of Tanner Services, LLC, hereinafter referred to as 'Claimant.'

"2.      My business address is: 302 Unatex Road, Eunice, Louisiana 70535.

"3.      Tanner Services, LLC is a subcontractor that has performed services and/or provided materials to the property on which this lien is being claimed.

"4.      I have personal knowledge of the facts set forth in this Affidavit. I am competent and authorized to make this Affidavit.

"5.      Claimant furnished labor and materials/goods/services for improvements to the following described mineral property: **(Well identification)University 48 Well No. 0702UH; (Legal Description)University Lands Survey, Abstract A-U319, Section 7, Block 48 in Reagan County, Texas; API No. 42-383-38027.**

"6.      The owner, or reputed owner, and the owner's address of the above-described mineral property is Sable Permian Resources, LLC, c/o its Registered Agent, C T Corporation System, 1999 Bryan St., Ste. 900, Dallas, Texas 75201-3136.

"7.      Tanner Services, LLC (Subcontractor) has performed labor or furnished material to Enduring Resources, LLC (Operator), who was performing services for Sable Permian Resources, LLC(Leaseholder), to improve the above-described mineral property and hereby claims a lien on the property, leasehold interest, and/or improvements to secure the amount of moneys owed to Tanner Services, LLC as stated in this affidavit.

"8.     The labor and materials/goods/services that Tanner Services, LLC has performed on the above-described mineral property may be described as follows, and as stated in the attachment to this affidavit:

    \*     Mobilized labor, equipment, and supervision to the location to remove existing 152,000 sq. ft. of pit liner, haul to landfill, and perform additional trackhoe work.

"9.     After allowing all just credits and offsets, the amount of **$106,229.06** remains unpaid and is due and owing. See Exhibit "A" hereto which is incorporated into this Affidavit by reference.

"10.    The materials/goods/services and/or labor were furnished to **Sable Permian Resources, LLC** at the above-described mineral property.

"11.    Tanner Services, LLC has given the appropriate notices required by the Texas Property code on August 17, 2020, to the operator, Enduring Resources, LLC, and to the reputed mineral owner of record.

"12.    I hereby assert a lien on the mineral property, leasehold interest, premises and improvements to secure payment of the amount owed and claimed as described above. A lien is *not* claimed on the fee title to the property."

                         TANNER SERVICES, LLC


By: _____
       Douglas R. Summerlin  its Chief Legal Counsel

THE STATE OF LOUISIANA          §
                                §
PARISH OF ST. LANDRY            §

       Before me, the undersigned authority, on day personally appeared DOUGLAS R. SUMMERLIN, known to me, who stated that he is an agent and duly authorized representative of TANNER SERVICES, LLC, and as such is authorized to execute the foregoing Affidavit for and on behalf of Claimant TANNER SERVICES, LLC, and acknowledges the foregoing to be the act and deed of such limited liability company, and that he signed the same in the capacity stated herein and swore that the facts therein are true and correct.

       SUBSCRIBED AND SWORN TO BEFORE ME, and acknowledged before me the undersigned authority, on this _18_ day of August, 2020.

BEVERLY FRANCHEBOIS
Notary Public
State of Louisiana
My Commission is For Life
Notary I.D. No.13144

Notary Public, State of LOUISIANA

#13144

# TANNER SERVICES, LLC

P.O. BOX 1434 • EUNICE, LA 70535 - 337-457-0267

INVOICE NO. MD76548

| | |
|---|---|
| Sable Permian Resources | INVOICE DATE   February 22  2020 |
| Pennzoil Place | ORDER NO.   46 South Frac R⁴ |
| 700 Milam Street  Suite 3100 | APPROVAL |
| Houston, TX 77002 | LOCATION   Big Lake, T⁴ |
| Attn: Accounts Payable | OUR REF. NO.   MD-20-0003-E-1 |

DATE        TICKET NO.

### Midland, TX Yard

Mobilize labor, equipment, materials, and supervision to location to perform
the following services

1/30/20-      Item 1) Remove existing 152,000 sq. ft  pit liner, haul to landfill, and additional trackhoe work        $47,888.00
2/28/2020

| | | | | | |
|---|---|---|---|---|---|
| Taxes | | | | | $239.44 |
| Reagan County | 0.50% | on | $47,888.00 | only) | $2,993.00 |
| Texas State | 6.26% | on | $47,888.00 | only) | |

**Invoice Total    $51,120.44**

CUSTOMER SIGNATURE:_____    DATE:_____

\*THANK YOU\*

# EXHIBIT "A"

Delinquent accounts will have an added charge of 1 1/2% per month
on unpaid balance. In addition, if placed in hands of an attorney for
collection there will be an additional charge of 25% on amount of
unpaid balance and interest as attorney's fees

Reorder #PTS-7008

# TANNER SERVICES, LLC

P.O. BOX 1434 • EUNICE, LA 70535 • 337-457-0267

| INVOICE NO. | V001597 |
|---|---|

Sable Permian Resources
Pennzoil Place
700 Milam Street, Suite 3900
Houston, TX 77002
Attn: Accounts Payable

| INVOICE DATE | March 12, 2020 |
|---|---|
| ORDER NO. | 18 North Frac Pit |
| APPROVAL LOCATION | Big Lake, TX |
| OUR REF. NO. | TS-20-0003-C-1 |

| DATE | TICKET NO. |
|---|---|

### Midland, TX Yard

Mobilize labor, equipment, materials, and supervision to location to perform the following services:

| 1/29/20-3/11/2020 | Item 1) Remove existing 152,200 sq. ft. pit liner, haul to landfill, and additional trackhoe work | | | | | $51,624.00 |
|---|---|---|---|---|---|---|
| | Taxes | | | | | |
| | Reagan County | 0.50% | (on | $51,624.00 | only) | $258.12 |
| | Texas State | 6.25% | (on | $51,624.00 | only) | $3,226.50 |

| | Invoice Total | $55,108.62 |
|---|---|---|

CUSTOMER SIGNATURE _____   DATE:_____

*THANK YOU*

Delinquent accounts will have an added charge of 1 1/2% per month on unpaid balance. In addition, if placed in hands of an attorney for collection there will be an additional charge of 25% on amount of unpaid balance and interest at attorney's fees.

Reorder #TS-7008

**FILED**

AT 1:09:18 PM

on August 27, 2020

INS. NO. 2020-135207

**STATE OF TEXAS**

**COUNTY OF REAGAN**

I hereby certify that this instrument was FILED on the date and at the time stamped hereon by me and was duly RECORDED in the Volume and Page of the Official Public Records of Reagan County, Texas.

County Clerk, Reagan County, Texas

COUNTY CLERK, REAGAN COUNTY, TEXAS

By _____ Deputy

**OFFICIAL PUBLIC RECORDS**

Vol. 391       Page 316

Recorded August 27, 2020

Case 20-33193 Document 375-1 Filed in TXSB on 09/09/20 Page 19 of 102
Case 20-33193 Document ___ Filed in TXSB on 09/06/21 Page 23 of 106
2020-1354    Vol: 391 Page: 322
8/27/2020  1:09:48 PM

THE STATE OF TEXAS      §
                        §
COUNTY OF REAGAN        §

## AFFIDAVIT OF SUBCONTRACTOR FOR
## MECHANICS' AND MATERIALMAN'S LIEN

Before me, the undersigned authority, personally appeared Douglas R. Summerlin on behalf of TANNER SERVICES, LLC, hereinafter referred to as "Claimant," who upon his oath deposed and stated the following:

"1.    My name is Douglas R. Summerlin, and I am the Chief Legal Counsel of Tanner Services, LLC, hereinafter referred to as 'Claimant.'

"2.    My business address is: 302 Unatex Road, Eunice, Louisiana 70535.

"3.    Tanner Services, LLC is a subcontractor that has performed services and/or provided materials to the property on which this lien is being claimed.

"4.    I have personal knowledge of the facts set forth in this Affidavit. I am competent and authorized to make this Affidavit.

"5.    Claimant furnished labor and materials/goods/services for improvements to the following described mineral property: **(Well identification)University 48 Well No. 0703H; (Legal Description)University Lands Survey, Abstract A-U319, Section 7, Block 48 in Reagan County, Texas; API No. 42-383-37802.**

"6.    The owner, or reputed owner, and the owner's address of the above-described mineral property is Sable Permian Resources, LLC, c/o its Registered Agent, C T Corporation System, 1999 Bryan St., Ste. 900, Dallas, Texas 75201-3136.

"7.    Tanner Services, LLC (Subcontractor) has performed labor or furnished material to Enduring Resources, LLC (Operator), who was performing services for Sable Permian Resources, LLC(Leaseholder), to improve the above-described mineral property and hereby claims a lien on the property, leasehold interest, and/or improvements to secure the amount of moneys owed to Tanner Services, LLC as stated in this affidavit.

"8.    The labor and materials/goods/services that Tanner Services, LLC has performed on the above-described mineral property may be described as follows, and as stated in the attachment to this affidavit:

    *    Mobilized labor, equipment, and supervision to the location to remove existing 152,000 sq. ft. of pit liner, haul to landfill, and perform additional trackhoe work.

"9.    After allowing all just credits and offsets, the amount of **$106,229.06** remains unpaid and is due and owing. See Exhibit "A" hereto which is incorporated into this Affidavit by reference.

"10.   The materials/goods/services and/or labor were furnished to **Sable Permian Resources, LLC** at the above-described mineral property.

"11.   Tanner Services, LLC has given the appropriate notices required by the Texas Property code on August 17, 2020, to the operator, Enduring Resources, LLC, and to the reputed mineral owner of record.

"12.   I hereby assert a lien on the mineral property, leasehold interest, premises and improvements to secure payment of the amount owed and claimed as described above. A lien is *not* claimed on the fee title to the property."

TANNER SERVICES, LLC


By: _Douglas R. Sl_____
    Douglas R. Summerlin  its Chief Legal Counsel

THE STATE OF LOUISIANA          §
                                §
PARISH OF ST. LANDRY            §

    Before me, the undersigned authority, on day personally appeared DOUGLAS R. SUMMERLIN, known to me, who stated that he is an agent and duly authorized representative of TANNER SERVICES, LLC, and as such is authorized to execute the foregoing Affidavit for and on behalf of Claimant TANNER SERVICES, LLC, and acknowledges the foregoing to be the act and deed of such limited liability company, and that he signed the same in the capacity stated herein and swore that the facts therein are true and correct.

    SUBSCRIBED AND SWORN TO BEFORE ME, and acknowledged before me the undersigned authority, on this _18_ day of August, 2020.

BEVERLY FRANCHEBOIS
Notary Public
State of Louisiana
My Commission is For Life
Notary I.D. No.13144

8013x009.dss

Notary Public, State of LOUISIANA
# 13144

# TANNER SERVICES, LLC
# TS

P.O. BOX 1434 · EUNICE, LA 70535 · 337-457-0267

| | |
|---|---|
| INVOICE NO. | MD0e048 |

| | | |
|---|---|---|
| Sable Permian Resources | INVOICE DATE | February 28, 2020 |
| Pennzoil Place | ORDER NO. | 48 South Frac Pit |
| 700 Milam Street  Suite 3100 | APPROVAL | |
| Houston, TX 77002 | LOCATION | Big Lake, TX |
| Attn: Accounts Payable | OUR REF. NO. | MD-20-0003-D-1 |

| DATE | TICKET NO. |
|---|---|

### Midland, TX Yard

Mobilize labor, equipment, materials, and supervision to location to perform
the following services                                                   $47,888.00

| | |
|---|---|
| 1/30/20-<br>2/28/2020 | Item 1) Remove existing 152,000 sq. ft. pit liner, haul to landfill, and additional trackhoe work |

| | | | | | | |
|---|---|---|---|---|---|---|
| Taxes | | | | | | $239.44 |
| Reagan County | 0.50% | (on | $47,888.00 | only) | | $2,993.00 |
| Texas State | 6.25% | (on | $47,888.00 | only ) | | |

| | |
|---|---|
| Invoice Total | $51,120.44 |

CUSTOMER SIGNATURE: _____   DATE _____

*THANK YOU*

## EXHIBIT "A"

Delinquent accounts will have an added charge of 1 1/2% per month
on unpaid balance. In addition, if placed in hands of an attorney for
collection there will be an additional charge of 25% on amount of
unpaid balance and interest as attorney's fees.

Reorder #PTS-100A

# TANNER SERVICES, LLC

P.O. BOX 1434 • EUNICE, LA 70535 • 337-457-0267

| | |
|---|---|
| INVOICE NO. | V004647 |

Sable Permian Resources
Pennzoil Place
700 Milam Street, Suite 3400
Houston, TX 77002
Attn: Accounts Payable

| | |
|---|---|
| INVOICE DATE | March 12, 2020 |
| ORDER NO. | 18 North Frac RD |
| APPROVAL | |
| LOCATION | Big Lake, TX |
| OUR REF. NO. | MC-30-0003-D-1 |

| DATE | TICKET NO. | | | | | | |
|---|---|---|---|---|---|---|---|
| | | **Midland, TX Yard** | | | | | |
| | | Mobilize labor, equipment, materials, and supervision to location to perform the following services: | | | | | |
| 1/29/20–3/11/2020 | | Item 1) Remove existing 152,300 sq. ft. pit liner, haul to landfill and additional trackhoe work | | | | | $51,624.00 |
| | | Taxes | 0.50% | (on | $51,624.00 | only) | $258.12 |
| | | Reagan County | 6.25% | (on | $51,624.00 | only) | $3,226.50 |
| | | Texas State | | | | | |
| | | | | | | **Invoice Total** | **$55,108.62** |

CUSTOMER SIGNATURE_____   DATE_____

**\*THANK YOU\***

Delinquent accounts will have an added charge of 1 1/2% per month
on unpaid balance. In addition, if placed in hands of an attorney for
collection there will be an additional charge of 25% on amount of
unpaid balance and interest as attorney's fees.

Reorder #PTS-7008

**FILED**

AT 1:09:48 PM

on August 27, 2020

INS. NO. 2020-135208

**STATE OF TEXAS**

**COUNTY OF REAGAN**

I hereby certify that this instrument was FILED on the date and at the time stamped hereon by me and was duly RECORDED in the Volume and Page of the Official Public Records of Reagan County, Texas.

County Clerk, Reagan County, Texas

**OFFICIAL PUBLIC RECORDS**

Vol. 391    Page 322
Recorded August 27, 2020

COUNTY CLERK, REAGAN COUNTY, TEXAS

By _____ Deputy

| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF REAGAN | § |

**AFFIDAVIT OF SUBCONTRACTOR FOR**
**MECHANICS' AND MATERIALMAN'S LIEN**

Before me, the undersigned authority, personally appeared Douglas R. Summerlin on

behalf of TANNER SERVICES, LLC, hereinafter referred to as "Claimant," who upon his oath

deposed and stated the following:

"1.    My name is Douglas R. Summerlin, and I am the Chief Legal Counsel of
       Tanner Services, LLC, hereinafter referred to as 'Claimant.'

"2.    My business address is: 302 Unatex Road, Eunice, Louisiana 70535.

"3.    Tanner Services, LLC is a subcontractor that has performed services and/or
       provided materials to the property on which this lien is being claimed.

"4.    I have personal knowledge of the facts set forth in this Affidavit. I am
       competent and authorized to make this Affidavit.

"5.    Claimant furnished labor and materials/goods/services for improvements to
       the following described mineral property: **(Well identification)University**
       **48 Well No. 0704H; (Legal Description)University Lands Survey,**
       **Abstract A-U319, Section 7, Block 48 in Reagan County, Texas; API No.**
       **42-383-38301.**

"6.    The owner, or reputed owner, and the owner's address of the above-described
       mineral property is Sable Permian Resources, LLC, c/o its Registered Agent,
       C T Corporation System, 1999 Bryan St., Ste. 900, Dallas, Texas 75201-
       3136.

"7.    Tanner Services, LLC (Subcontractor) has performed labor or furnished
       material to Enduring Resources, LLC (Operator), who was performing
       services for Sable Permian Resources, LLC(Leaseholder), to improve the
       above-described mineral property and hereby claims a lien on the property,
       leasehold interest, and/or improvements to secure the amount of moneys
       owed to Tanner Services, LLC as stated in this affidavit.

"8.     The labor and materials/goods/services that Tanner Services, LLC has performed on the above-described mineral property may be described as follows, and as stated in the attachment to this affidavit:

   *        Mobilized labor, equipment, and supervision to the location to remove existing 152,000 sq. ft. of pit liner, haul to landfill, and perform additional trackhoe work.

"9.     After allowing all just credits and offsets, the amount of **$106,229.06** remains unpaid and is due and owing. See Exhibit "A" hereto which is incorporated into this Affidavit by reference.

"10.    The materials/goods/services and/or labor were furnished to **Sable Permian Resources, LLC** at the above-described mineral property.

"11.    Tanner Services, LLC has given the appropriate notices required by the Texas Property code on August 17, 2020, to the operator, Enduring Resources, LLC, and to the reputed mineral owner of record.

"12.    I hereby assert a lien on the mineral property, leasehold interest, premises and improvements to secure payment of the amount owed and claimed as described above. A lien is *not* claimed on the fee title to the property."

TANNER SERVICES, LLC

By: _____
Douglas R. Summerlin  its Chief Legal Counsel

THE STATE OF LOUISIANA          §
                                §
PARISH OF ST. LANDRY            §


       Before me, the undersigned authority, on day personally appeared DOUGLAS R. SUMMERLIN, known to me, who stated that he is an agent and duly authorized representative of TANNER SERVICES, LLC, and as such is authorized to execute the foregoing Affidavit for and on behalf of Claimant TANNER SERVICES, LLC, and acknowledges the foregoing to be the act and deed of such limited liability company, and that he signed the same in the capacity stated herein and swore that the facts therein are true and correct.

       SUBSCRIBED AND SWORN TO BEFORE ME, and acknowledged before me the undersigned authority, on this _18_ day of August, 2020.


BEVERLY FRANCHEBOIS
Notary Public
State of Louisiana
My Commission is For Life
Notary I.D. No.13144

Notary Public, State of LOUISIANA
# 13144

.8013xQ11.dss



TANNER SERVICES, LLC

P.O. BOX 1434 • EUNICE, LA 70535 • 337-457-0267

| | |
|---|---|
| INVOICE NO. | MC24548 |

| | |
|---|---|
| Sable Permian Resources | |
| Pennzoil Place | |
| 700 Milam Street  Suite 3100 | |
| Houston, TX 77002 | |
| Attn: Accounts Payable | |

| | |
|---|---|
| INVOICE DATE | February 28  2020 |
| ORDER NO. | 48 South Frac Pit |
| APPROVAL | |
| LOCATION | Big Lake, TX |
| OUR REF. NO. | MC-20-0003-D-1 |

| DATE | TICKET NO. |
|---|---|

**Midland, TX Yard**

Mobilize labor, equipment, materials, and supervision to location to perform
the following services                                                                    $47,938.00

1/30/20-
2/28/2020   Item 1) Remove existing 152,000 sq. ft pit liner, haul to landfill, and additional trackhoe work

| | | | | | |
|---|---|---|---|---|---|
| Taxes | | | | | $239.44 |
| Reagan County | 0.50% | .or. | $47,938.00 | only) | $2,993.00 |
| Texas State | 6.25% | (on | $47,938.00 | only ) | |

| | |
|---|---|
| **Invoice Total** | **$51,120.44** |

CUSTOMER SIGNATURE_____   DATE_____

*THANK YOU*

EXHIBIT "A"

Delinquent accounts will have an added charge of 1 1/2% per month
on unpaid balance. In addition, if placed in hands of an attorney for
collection there will be an additional charge of 25% on amount of
unpaid balance and interest as attorney's fees.

Reorder #PTS-7006

# TANNER SERVICES, LLC

P.O. BOX 1434 · EUNICE, LA 70535 · 337-457-0267

| | |
|---|---|
| INVOICE NO. | VDC4547 |

| | |
|---|---|
| Sable Permian Resources | INVOICE DATE: March 12, 2020 |
| Pennzoil Place | ORDER NO.: 36 North Frac Pit |
| 700 Milam Street, Suite 3100 | APPROVAL |
| Houston, TX 77002 | LOCATION: Big Lake, TX |
| Attn: Accounts Payable | OUR REF. NO.: MC-20-0002-D-1 |

| DATE | TICKET NO. |
|---|---|

### Midland, TX Yard

Mobilize labor, equipment, materials, and supervision to location to perform the following services:

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/29/20- 3/11/2020 | Item 1) Remove existing 452,300 sq. ft. pit liner, haul to landfill, and additional backhoe work | | | | | $51,624.00 |
| | Taxes | 0.50% | (on | $51,624.00 | only) | $258.12 |
| | Reagan County | 9.25% | (on | $51,624.00 | only) | $3,226.50 |
| | Texas State | | | | | |
| | | | | | **Invoice Total** | **$55,108.62** |

CUSTOMER SIGNATURE _____ DATE: _____

*THANK YOU*

Delinquent accounts will have an added charge of 1 1/2% per month on unpaid balance. In addition, if placed in hands of an attorney for collection there will be an additional charge of 25% on amount of unpaid balance and interest as attorney's fees.

Reorder #TS-7008

**FILED**

AT 1:10:18 PM

on August 27, 2020

INS. NO. 2020-135209

**STATE OF TEXAS**

**COUNTY OF REAGAN**

I hereby certify that this instrument was FILED on the date and at the time stamped hereon by me and was duly RECORDED in the Volume and Page of the Official Public Records of Reagan County, Texas.

County Clerk, Reagan County, Texas

**OFFICIAL PUBLIC RECORDS**

Vol. 391    Page 328

Recorded August 27, 2020

COUNTY CLERK, REAGAN COUNTY, TEXAS

By _____ Deputy

THE STATE OF TEXAS      §
                               §

COUNTY OF REAGAN      §

## AFFIDAVIT OF SUBCONTRACTOR FOR
## MECHANICS' AND MATERIALMAN'S LIEN

Before me, the undersigned authority, personally appeared Douglas R. Summerlin on behalf of TANNER SERVICES, LLC, hereinafter referred to as "Claimant," who upon his oath deposed and stated the following:

"1.     My name is Douglas R. Summerlin, and I am the Chief Legal Counsel of Tanner Services, LLC, hereinafter referred to as 'Claimant.'

"2.     My business address is: 302 Unatex Road, Eunice, Louisiana 70535.

"3.     Tanner Services, LLC is a subcontractor that has performed services and/or provided materials to the property on which this lien is being claimed.

"4.     I have personal knowledge of the facts set forth in this Affidavit. I am competent and authorized to make this Affidavit.

"5.     Claimant furnished labor and materials/goods/services for improvements to the following described mineral property: (Well identification)University 48 Well No. 0705H; (Legal Description)University Lands Survey, Abstract A-U319, Section 7, Block 48 in Reagan County, Texas; API No. 42-383-38054.

"6.     The owner, or reputed owner, and the owner's address of the above-described mineral property is Sable Permian Resources, LLC, c/o its Registered Agent, C T Corporation System, 1999 Bryan St., Ste. 900, Dallas, Texas 75201-3136.

"7.     Tanner Services, LLC (Subcontractor) has performed labor or furnished material to Enduring Resources, LLC (Operator), who was performing services for Sable Permian Resources, LLC(Leaseholder), to improve the above-described mineral property and hereby claims a lien on the property, leasehold interest, and/or improvements to secure the amount of moneys owed to Tanner Services, LLC as stated in this affidavit.

"8.    The labor and materials/goods/services that Tanner Services, LLC has performed on the above-described mineral property may be described as follows, and as stated in the attachment to this affidavit:

*    Mobilized labor, equipment, and supervision to the location to remove existing 152,000 sq. ft. of pit liner, haul to landfill, and perform additional trackhoe work.

"9.    After allowing all just credits and offsets, the amount of **$106,229.06** remains unpaid and is due and owing. See Exhibit "A" hereto which is incorporated into this Affidavit by reference.

"10.   The materials/goods/services and/or labor were furnished to **Sable Permian Resources, LLC** at the above-described mineral property.

"11.   Tanner Services, LLC has given the appropriate notices required by the Texas Property code on August 17, 2020, to the operator, Enduring Resources, LLC, and to the reputed mineral owner of record.

"12.   I hereby assert a lien on the mineral property, leasehold interest, premises and improvements to secure payment of the amount owed and claimed as described above. A lien is *not* claimed on the fee title to the property."

TANNER SERVICES, LLC


By: _____
Douglas R. Summerlin  its Chief Legal Counsel

THE STATE OF LOUISIANA      §
                              §
PARISH OF ST. LANDRY     §

        Before me, the undersigned authority, on day personally appeared DOUGLAS R. SUMMERLIN, known to me, who stated that he is an agent and duly authorized representative of TANNER SERVICES, LLC, and as such is authorized to execute the foregoing Affidavit for and on behalf of Claimant TANNER SERVICES, LLC, and acknowledges the foregoing to be the act and deed of such limited liability company, and that he signed the same in the capacity stated herein and swore that the facts therein are true and correct.

        SUBSCRIBED AND SWORN TO BEFORE ME, and acknowledged before me the undersigned authority, on this _18_ day of August, 2020.

BEVERLY FRANCHEBOIS
Notary Public
State of Louisiana
My Commission is For Life
Notary I.D. No.13144

8013x013.dss

Notary Public, State of LOUISIANA
# 13144



P.O. BOX 1434 • EUNICE, LA 70535 • 337-457-0267

| INVOICE NO. | AHD20546 |
|---|---|

Sable Permian Resources
Pennzoil Place
700 Milam Street  Suite 3100
Houston, TX 77002
Attn: Accounts Payable

| INVOICE DATE | February 28  2020 |
|---|---|
| ORDER NO. | 48 South Frac Pit |
| APPROVAL | |
| LOCATION | Big Lake, TX |
| OUR REF. NO. | MD-20-0003-D-1 |

| DATE | TICKET NO. | | | | | |
|---|---|---|---|---|---|---|
| | | **Midland, TX Yard** | | | | |
| | | Mobilize labor, equipment, materials, and supervision to location to perform the following services | | | | |
| 1/30/20-2/28/2020 | | Item 1) Remove existing 162,000 sq. ft  pit liner, haul to landfill, and additional trackhoe work | | | | $47,888.00 |
| | | Taxes | | | | $239.44 |
| | | Reagan County | 0.50% | on | $47,888.00 | only} | |
| | | Texas State | 6.25% | {on | $47,888.00 | only} | $2,993.00 |
| | | | | | **Invoice Total** | **$51,120.44** |

CUSTOMER SIGNATURE:_____   DATE:_____

*THANK YOU*

# EXHIBIT "A"

Delinquent accounts will have an added charge of 1 1/2% per month on unpaid balance. In addition, if placed in hands of an attorney for collection there will be an additional charge of 25% on amount of unpaid balance and interest as attorney's fees.

Reorder #PTS 7006

# TANNER SERVICES, LLC

P.O. BOX 1434 · EUNICE, LA 70535 · 337-457-0267

| | |
|---|---|
| INVOICE NO. | MD2451? |

| | |
|---|---|
| INVOICE DATE | March 12, 2020 |
| ORDER NO. | JS North Frac Pit |
| APPROVAL | |
| LOCATION | Big Lake, TX |
| OUR REF. NO. | MC-20-0002-C-4 |

Sable Permian Resources
Pennzoil Place
700 Milam Street, Suite 3100
Houston, TX 77002
Attn: Accounts Payable

| DATE | TICKET NO. | | | | | |
|---|---|---|---|---|---|---|

## Midland, TX Yard

Mobilize labor, equipment, materials, and supervision to location to perform the following services:

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/29/20-3/11/2020 | Item 1) Remove existing 162,300 sq. ft. pit liner, haul to landfill and additional backhoe work | | | | | $51,624.00 |
| | Taxes | | | | | $258.12 |
| | Reagan County | 0.50% | (on | $51,624.00 | only) | $3,226.50 |
| | Texas State | 6.25% | (on | $51,624.00 | only) | |
| | | | | | **Invoice Total** | **$55,108.62** |

CUSTOMER SIGNATURE _____      DATE: _____

**\*THANK YOU\***

Delinquent accounts will have an added charge of 1 1/2% per month on unpaid balance. In addition, if placed in hands of an attorney for collection there will be an additional charge of 25% on amount of unpaid balance and interest as attorney's fees.

Reorder #TS-7006

**FILED**

AT 1:10:48 PM
on August 27, 2020
INS. NO. 2020-135210

**STATE OF TEXAS**
**COUNTY OF REAGAN**

I hereby certify that this instrument was FILED on the
date and at the time stamped hereon by me and was
duly RECORDED in the Volume and Page of the
Official Public Records of Reagan County, Texas.

County Clerk, Reagan County, Texas

**OFFICIAL PUBLIC RECORDS**

Vol. 391   Page 334
Recorded August 27, 2020

COUNTY CLERK, REAGAN COUNTY, TEXAS

By _____ Deputy

Case 20-33193   Document 975-1   Filed in TXSB on 09/09/20   Page 37 of 102
Case 20-33193   Document 1115-1   Filed in TXSB on 04/06/21   Page 41 of 106
2020-13!   1 Vol: 391 Page: 340
8/27/202u  1:11:18 PM

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF REAGAN | § |

## AFFIDAVIT OF SUBCONTRACTOR FOR
## MECHANICS' AND MATERIALMAN'S LIEN

Before me, the undersigned authority, personally appeared Douglas R. Summerlin on

behalf of TANNER SERVICES, LLC, hereinafter referred to as "Claimant," who upon his oath

deposed and stated the following:

"1.   My name is Douglas R. Summerlin, and I am the Chief Legal Counsel of Tanner Services, LLC, hereinafter referred to as 'Claimant.'

"2.   My business address is: 302 Unatex Road, Eunice, Louisiana 70535.

"3.   Tanner Services, LLC is a subcontractor that has performed services and/or provided materials to the property on which this lien is being claimed.

"4.   I have personal knowledge of the facts set forth in this Affidavit. I am competent and authorized to make this Affidavit.

"5.   Claimant furnished labor and materials/goods/services for improvements to the following described mineral property: **(Well identification)University 48 Well No. 0706H; (Legal Description)University Lands Survey, Abstract A-U319, Section 7, Block 48 in Reagan County, Texas; API No. 42-383-38056.**

"6.   The owner, or reputed owner, and the owner's address of the above-described mineral property is Sable Permian Resources, LLC, c/o its Registered Agent, C T Corporation System, 1999 Bryan St., Ste. 900, Dallas, Texas 75201-3136.

"7.   Tanner Services, LLC (Subcontractor) has performed labor or furnished material to Enduring Resources, LLC (Operator), who was performing services for Sable Permian Resources, LLC(Leaseholder), to improve the above-described mineral property and hereby claims a lien on the property, leasehold interest, and/or improvements to secure the amount of moneys owed to Tanner Services, LLC as stated in this affidavit.

"8.    The labor and materials/goods/services that Tanner Services, LLC has performed on the above-described mineral property may be described as follows, and as stated in the attachment to this affidavit:

   *    Mobilized labor, equipment, and supervision to the location to remove existing 152,000 sq. ft. of pit liner, haul to landfill, and perform additional trackhoe work.

"9.    After allowing all just credits and offsets, the amount of **$106,229.06** remains unpaid and is due and owing. See Exhibit "A" hereto which is incorporated into this Affidavit by reference.

"10.   The materials/goods/services and/or labor were furnished to **Sable Permian Resources, LLC** at the above-described mineral property.

"11.   Tanner Services, LLC has given the appropriate notices required by the Texas Property code on August 17, 2020, to the operator, Enduring Resources, LLC, and to the reputed mineral owner of record.

"12.   I hereby assert a lien on the mineral property, leasehold interest, premises and improvements to secure payment of the amount owed and claimed as described above. A lien is *not* claimed on the fee title to the property."

TANNER SERVICES, LLC

By: _____
Douglas R. Summerlin  its Chief Legal Counsel

THE STATE OF LOUISIANA          §
                                §
PARISH OF ST. LANDRY            §


      Before me, the undersigned authority, on day personally appeared DOUGLAS R. SUMMERLIN, known to me, who stated that he is an agent and duly authorized representative of TANNER SERVICES, LLC, and as such is authorized to execute the foregoing Affidavit for and on behalf of Claimant TANNER SERVICES, LLC, and acknowledges the foregoing to be the act and deed of such limited liability company, and that he signed the same in the capacity stated herein and swore that the facts therein are true and correct.

      SUBSCRIBED AND SWORN TO BEFORE ME, and acknowledged before me the undersigned authority, on this _18_ day of August, 2020.


BEVERLY FRANCHEBOIS
Notary Public
State of Louisiana
My Commission is For Life
Notary I.D. No.13144

Notary Public, State of LOUISIANA
# 13144

# TANNER SERVICES, LLC

P.O. BOX 1434 • EUNICE, LA 70535 • 337-457-0267

| | |
|---|---|
| **INVOICE NO.** | MD0548 |

Sable Permian Resources
Pennzoil Place
700 Milam Street  Suite 3100
Houston, TX 77002
Attn: Accounts Payable

| | |
|---|---|
| **INVOICE DATE** | February 29, 2020 |
| **ORDER NO.** | 48 South Frac Pit |
| **APPROVAL** | |
| **LOCATION** | Big Lake, TX |
| **OUR REF. NO.** | MD-20-0003-D-1 |

| DATE | TICKET NO. | | | | | |
|---|---|---|---|---|---|---|

Midland, TX Yard

Mobilize labor, equipment, materials, and supervision to location to perform the following services

| 1/30/20-2/28/2020 | Item 1) Remove existing 152,000 sq. ft. pit liner, haul to landfill, and additional trackhoe work | | | | | $47,888.00 |
|---|---|---|---|---|---|---|
| | Taxes | | | | | $239.44 |
| | Reagan County | 0.50% | (on | $47,888.00 | only) | $2,993.00 |
| | Texas State | 6.25% | (on | $47,888.00 | only) | |

**Invoice Total   $51,120.44**

CUSTOMER SIGNATURE:_____     DATE_____

*THANK YOU*

# EXHIBIT "A"

Delinquent accounts will have an added charge of 1 1/2% per month on unpaid balance. In addition, if placed in hands of an attorney for collection there will be an additional charge of 25% on account of unpaid balance and interest as attorney's fees.

Reorder #PTS-7006

Case 20-33193   Document 975-1   Filed in TXSB on 09/02/20   Page 41 of 102

# TANNER SERVICES, LLC

P.O. BOX 1434 · EUNICE, LA 70535 · 337-457-0267

| INVOICE NO. | V504647 |
|---|---|

| INVOICE DATE | March 12, 2020 |
|---|---|
| ORDER NO. | 16 North Frac Pit |
| APPROVAL | |
| LOCATION | Big Lake, TX |
| OUR REF. NO. | HE-20-0003-C-4 |

Sable Permian Resources
Penntzoll Place
700 Milam Street, Suite 3100
Houston, TX 77002
Attn: Accounts Payable

| DATE | TICKET NO. |
|---|---|

## Midland, TX Yard

Mobilize labor, equipment, materials, and supervision to location to perform the following services:

| DATE | | | | | | |
|---|---|---|---|---|---|---|
| 1/29/20-3/11/2020 | Item 1) Remove existing 162,000 sq. ft. pit liner, haul to landfill and additional trackhoe work | | | | | $51,624.00 |
| | Taxes | | | | | $258.12 |
| | Reagan County | 0.50% | (on | $51,624.00 | only) | |
| | Texas State | 6.25% | (on | $51,624.00 | only) | $3,226.50 |
| | | | | | Invoice Total | $55,108.62 |

CUSTOMER SIGNATURE _____  DATE _____

**\*THANK YOU\***

Delinquent accounts will have an added charge of 1 1/2% per month on unpaid balance. In addition, if placed in hands of an attorney for collection there will be an additional charge of 25% on amount of unpaid balance and interest as attorney's fees.

Reorder #PTS-7008

**FILED**

AT 1:11:18 PM

on August 27, 2020

INS. NO. 2020-135211

**STATE OF TEXAS**
**COUNTY OF REAGAN**

I hereby certify that this instrument was FILED on the date and at the time stamped hereon by me and was duly RECORDED in the Volume and Page of the Official Public Records of Reagan County, Texas.

County Clerk, Reagan County, Texas

**OFFICIAL PUBLIC RECORDS**

Vol. 391    Page 340
Recorded August 27, 2020

COUNTY CLERK, REAGAN COUNTY, TEXAS

By _____ Deputy

THE STATE OF TEXAS      §
                          §
COUNTY OF REAGAN      §

## AFFIDAVIT OF SUBCONTRACTOR FOR
## MECHANICS' AND MATERIALMAN'S LIEN

Before me, the undersigned authority, personally appeared Douglas R. Summerlin on behalf of TANNER SERVICES, LLC, hereinafter referred to as "Claimant," who upon his oath deposed and stated the following:

"1.    My name is Douglas R. Summerlin, and I am the Chief Legal Counsel of Tanner Services, LLC, hereinafter referred to as 'Claimant.'

"2.    My business address is: 302 Unatex Road, Eunice, Louisiana 70535.

"3.    Tanner Services, LLC is a subcontractor that has performed services and/or provided materials to the property on which this lien is being claimed.

"4.    I have personal knowledge of the facts set forth in this Affidavit. I am competent and authorized to make this Affidavit.

"5.    Claimant furnished labor and materials/goods/services for improvements to the following described mineral property: **(Well identification)University 48 Well No. 0707H; (Legal Description)University Lands Survey, Abstract A-U319, Section 7, Block 48 in Reagan County, Texas; API No. 42-383-38182.**

"6.    The owner, or reputed owner, and the owner's address of the above-described mineral property is Sable Permian Resources, LLC, c/o its Registered Agent, C T Corporation System, 1999 Bryan St., Ste. 900, Dallas, Texas 75201-3136.

"7.    Tanner Services, LLC (Subcontractor) has performed labor or furnished material to Enduring Resources, LLC (Operator), who was performing services for Sable Permian Resources, LLC(Leaseholder), to improve the above-described mineral property and hereby claims a lien on the property, leasehold interest, and/or improvements to secure the amount of moneys owed to Tanner Services, LLC as stated in this affidavit.

"8.   The labor and materials/goods/services that Tanner Services, LLC has performed on the above-described mineral property may be described as follows, and as stated in the attachment to this affidavit:

 *   Mobilized labor, equipment, and supervision to the location to remove existing 152,000 sq. ft. of pit liner, haul to landfill, and perform additional trackhoe work.

"9.   After allowing all just credits and offsets, the amount of **$106,229.06** remains unpaid and is due and owing. See Exhibit "A" hereto which is incorporated into this Affidavit by reference.

"10.  The materials/goods/services and/or labor were furnished to **Sable Permian Resources, LLC** at the above-described mineral property.

"11.  Tanner Services, LLC has given the appropriate notices required by the Texas Property code on August 17, 2020, to the operator, Enduring Resources, LLC, and to the reputed mineral owner of record.

"12.  I hereby assert a lien on the mineral property, leasehold interest, premises and improvements to secure payment of the amount owed and claimed as described above. A lien is *not* claimed on the fee title to the property."

TANNER SERVICES, LLC


By: _____

Douglas R. Summerlin  its Chief Legal Counsel

THE STATE OF LOUISIANA     §
                                 §

PARISH OF ST. LANDRY     §

        Before me, the undersigned authority, on day personally appeared DOUGLAS R. SUMMERLIN, known to me, who stated that he is an agent and duly authorized representative of TANNER SERVICES, LLC, and as such is authorized to execute the foregoing Affidavit for and on behalf of Claimant TANNER SERVICES, LLC, and acknowledges the foregoing to be the act and deed of such limited liability company, and that he signed the same in the capacity stated herein and swore that the facts therein are true and correct.

        SUBSCRIBED AND SWORN TO BEFORE ME, and acknowledged before me the undersigned authority, on this _18_ day of August, 2020.

BEVERLY FRANCHEBOIS
Notary Public
State of Louisiana
My Commission is For Life
Notary I.D. No.13144

Notary Public, State of LOUISIANA
# 13144

Case 20-33193   Document 975-1   Filed in TXSB on 09/02/20   Page 46 of 102



P.O. BOX 1434 • EUNICE, LA 70535 • 337-457-0267

| INVOICE NO. | MD20546 |

| | |
|---|---|
| Sable Permian Resources | INVOICE DATE February 28 2020 |
| Pennzoil Place | ORDER NO. 46 South Frac Pit |
| 700 Milam Street  Suite 3100 | APPROVAL |
| Houston, TX 77002 | LOCATION Big Lake, TX |
| Attn: Accounts Payable | OUR REF. NO. MD-20-0003-D-1 |

| DATE | TICKET NO. |

Midland, TX Yard

Mobilize labor, equipment, materials, and supervision to location to perform
the following services

1/30/20-
2/28/2020   Item 1) Remove existing 152,000 sq. ft. pit liner, haul to landfill, and additional trackhoe work $47,888.00

| | Taxes | | | | | $239.44 |
|---|---|---|---|---|---|---|
| | Reagan County | 0.50% | (or. | $47,888.00 | only) | $2,993.00 |
| | Texas State | 6.25% | (on | $47,888.00 | only) | |

Invoice Total   $51,120.44

CUSTOMER SIGNATURE:_____   DATE_____

*THANK YOU*

EXHIBIT "A"

Delinquent accounts will have an added charge of 1 1/2% per month on unpaid balance. In addition, if placed in hands of an attorney for collection there will be an additional charge of 25% on amount of unpaid balance and interest as attorney's fees.

Reorder #PTS-7006



P.O. BOX 1434 · EUNICE, LA 70535 · 337-457-0267

| INVOICE NO. | MD2454? |
|---|---|

| | |
|---|---|
| INVOICE DATE | March 12 2020 |
| ORDER NO. | 28 North Frac Pit |
| APPROVAL | Big Lake  TX |
| LOCATION | |
| OUR REF. NO. | MC-20-0002-D-1 |

Sable Permian Resources
Pennzoil Place
700 Milam Street, Suite 3100
Houston, TX 77002
Attn: Accounts Payable

| DATE | TICKET NO. |
|---|---|

### Midland, TX Yard

Mobilize labor, equipment, materials, and supervision to location to perform the following services'

1/29/20- 3/11 2020   Item 1) Remove existing 152,200 sq. ft. pit liner, haul to landfill  and additional backhoe work    $51,624.00

| | | | | | |
|---|---|---|---|---|---|
| Taxes | 0.50% | (on | $51,624.00 | only) | $258.12 |
| Reagan County | 6.25% | (on | $51,624.00 | only) | $3,226.50 |
| Texas State | | | | | |

**Invoice Total**    $55,108.62

CUSTOMER SIGNATURE _____   DATE _____

*THANK YOU*

Delinquent accounts will have an added charge of 1 1/2% per month on unpaid balance. In addition, if placed in hands of an attorney for collection there will be an additional charge of 25% on amount of unpaid balance and interest as attorney's fees.

Reorder #TS-7008

**FILED**

AT 1:11:48 PM

on August 27, 2020

INS. NO. 2020-135212

**STATE OF TEXAS**
**COUNTY OF REAGAN**

I hereby certify that this instrument was FILED on the date and at the time stamped hereon by me and was duly RECORDED in the Volume and Page of the Official Public Records of Reagan County, Texas.

County Clerk, Reagan County, Texas

**OFFICIAL PUBLIC RECORDS**

Vol. 391      Page 346

Recorded August 27, 2020

COUNTY CLERK, REAGAN COUNTY, TEXAS

By _____ Deputy

Case 20-33193   Document 875-1   Filed in TXSB on 09/03/20   Page 49 of 102
Case 21-XXXXX   Document XXX   Filed in TXSB on XX/XX/21   Page 53 of 106
2020-13__ __3  Vol: 391 Page: 352
8/27/2020  1:12:18 PM

THE STATE OF TEXAS          §
                           §
COUNTY OF REAGAN           §

## AFFIDAVIT OF SUBCONTRACTOR FOR
## MECHANICS' AND MATERIALMAN'S LIEN

Before me, the undersigned authority, personally appeared Douglas R. Summerlin on behalf of TANNER SERVICES, LLC, hereinafter referred to as "Claimant," who upon his oath deposed and stated the following:

"1.     My name is Douglas R. Summerlin, and I am the Chief Legal Counsel of Tanner Services, LLC, hereinafter referred to as 'Claimant.'

"2.     My business address is: 302 Unatex Road, Eunice, Louisiana 70535.

"3.     Tanner Services, LLC is a subcontractor that has performed services and/or provided materials to the property on which this lien is being claimed.

"4.     I have personal knowledge of the facts set forth in this Affidavit. I am competent and authorized to make this Affidavit.

"5.     Claimant furnished labor and materials/goods/services for improvements to the following described mineral property: **(Well identification)University 48 Well No. 0708H; (Legal Description)University Lands Survey, Abstract A-U319, Section 7, Block 48 in Reagan County, Texas; API No. 42-383-38207.**

"6.     The owner, or reputed owner, and the owner's address of the above-described mineral property is Sable Permian Resources, LLC, c/o its Registered Agent, C T Corporation System, 1999 Bryan St., Ste. 900, Dallas, Texas 75201-3136.

"7.     Tanner Services, LLC (Subcontractor) has performed labor or furnished material to Enduring Resources, LLC (Operator), who was performing services for Sable Permian Resources, LLC(Leaseholder), to improve the above-described mineral property and hereby claims a lien on the property, leasehold interest, and/or improvements to secure the amount of moneys owed to Tanner Services, LLC as stated in this affidavit.

"8.    The labor and materials/goods/services that Tanner Services, LLC has performed on the above-described mineral property may be described as follows, and as stated in the attachment to this affidavit:

    *    Mobilized labor, equipment, and supervision to the location to remove existing 152,000 sq. ft. of pit liner, haul to landfill, and perform additional trackhoe work.

"9.    After allowing all just credits and offsets, the amount of **$106,229.06** remains unpaid and is due and owing. See Exhibit "A" hereto which is incorporated into this Affidavit by reference.

"10.    The materials/goods/services and/or labor were furnished to **Sable Permian Resources, LLC** at the above-described mineral property.

"11.    Tanner Services, LLC has given the appropriate notices required by the Texas Property code on August 17, 2020, to the operator, Enduring Resources, LLC, and to the reputed mineral owner of record.

"12.    I hereby assert a lien on the mineral property, leasehold interest, premises and improvements to secure payment of the amount owed and claimed as described above. A lien is *not* claimed on the fee title to the property."

TANNER SERVICES, LLC

By: _____

Douglas R. Summerlin  its Chief Legal Counsel

THE STATE OF LOUISIANA          §
                                §
PARISH OF ST. LANDRY            §


       Before me, the undersigned authority, on day personally appeared DOUGLAS R. SUMMERLIN, known to me, who stated that he is an agent and duly authorized representative of TANNER SERVICES, LLC, and as such is authorized to execute the foregoing Affidavit for and on behalf of Claimant TANNER SERVICES, LLC, and acknowledges the foregoing to be the act and deed of such limited liability company, and that he signed the same in the capacity stated herein and swore that the facts therein are true and correct.

       SUBSCRIBED AND SWORN TO BEFORE ME, and acknowledged before me the undersigned authority, on this _____ day of August, 2020.


BEVERLY FRANCHEBOIS
Notary Public
State of Louisiana
My Commission is For Life
Notary I.D. No.13144

Notary ~~Public, State~~ of LOUISIANA
# 13144

# TANNER SERVICES, LLC

P.O. BOX 1434 • EUNICE, LA 70535 • 337-457-0267

| | |
|---|---|
| **INVOICE NO.** | MD04546 |

| | |
|---|---|
| Sable Permian Resources | |
| Pennzoil Place | |
| 700 Milam Street  Suite 3100 | |
| Houston, TX 77002 | |
| Attn: Accounts Payable | |

| | |
|---|---|
| **INVOICE DATE** | February 28  2020 |
| **ORDER NO.** | 48 South Frac Pit |
| **APPROVAL** | |
| **LOCATION** | Big Lake, TX |
| **OUR REF. NO.** | MD-20-0003-D-1 |

| DATE | TICKET NO. | | | | | |
|---|---|---|---|---|---|---|

Midland, TX Yard

Mobilize labor, equipment, materials, and supervision to location to perform
the following services

| 1/30/20- 2/28/2020 | Item 1) Remove existing 152,000 sq. ft  pit liner, haul to landfill, and additional trackhoe work | | | | | $47,888.00 |
|---|---|---|---|---|---|---|
| | Taxes | | | | | $239.44 |
| | Reagan County | 0.50% | on | $47,888.00 | only) | $2,993.00 |
| | Texas State | 6.25% | on | $47,888.00 | only) | |
| | | | | | **Invoice Total** | **$51,120.44** |

CUSTOMER SIGNATURE:_____     DATE:_____

\*THANK YOU\*

# EXHIBIT "A"

Delinquent accounts will have an added charge of 1 1/2% per month on unpaid balance. In addition, if placed in hands of an attorney for collection there will be an additional charge of 25% on amount of unpaid balance and interest as attorney's fees.

Revision #PTS-7006

# TANNER SERVICES, LLC

P.O. BOX 1434 · EUNICE, LA 70535 · 337-457-0267

| INVOICE NO. | V004847 |
|---|---|

Sable Permian Resources
Pennzoil Place
700 Milam Street, Suite 3100
Houston, TX 77002
Attn: Accounts Payable

| INVOICE DATE | March 12, 2020 |
|---|---|
| ORDER NO. | 38 North Frac Rd |
| APPROVAL | Big Lake, TX |
| LOCATION | |
| OUR REF. NO. | ME-20-0003-C-1 |

| DATE | TICKET NO. |
|---|---|

## Midland, TX Yard

Mobilize labor, equipment, materials, and supervision to location to perform the following services:

| 1/29/20- 3/11/2020 | Item 1) Remove existing 152,300 sq. ft. pit liner, haul to landfill, and additional backhoe work | | | | $51,624.00 |
|---|---|---|---|---|---|
| | Taxes | 0.50% | (on | $51,624.00 | only) | $258.12 |
| | Reagan County | 6.25% | (on | $51,624.00 | only) | $3,226.50 |
| | Texas State | | | | | |

| | Invoice Total | $55,108.62 |
|---|---|---|

CUSTOMER SIGNATURE _____ DATE _____

*THANK YOU*

Delinquent accounts will have an added charge of 1 1/2% per month on unpaid balance. In addition, if placed in hands of an attorney for collection there will be an additional charge of 25% on amount of unpaid balance and interest as attorney's fees.

Reorder #2TS-7008

**FILED**

AT 1:12:18 PM

on August 27, 2020

INS. NO. 2020-135213

**STATE OF TEXAS**
**COUNTY OF REAGAN**

I hereby certify that this instrument was FILED on the date and at the time stamped hereon by me and was duly RECORDED in the Volume and Page of the Official Public Records of Reagan County, Texas.

County Clerk, Reagan County, Texas

COUNTY CLERK, REAGAN COUNTY, TEXAS

By _____ Deputy

**OFFICIAL PUBLIC RECORDS**

Vol. 391      Page 352
Recorded August 27, 2020

2020-133214  Vol: 391 Page: 358
8/27/2020 1:12:48 PM

THE STATE OF TEXAS          §
                           §
COUNTY OF REAGAN           §

## AFFIDAVIT OF SUBCONTRACTOR FOR
## MECHANICS' AND MATERIALMAN'S LIEN

Before me, the undersigned authority, personally appeared Douglas R. Summerlin on

behalf of TANNER SERVICES, LLC, hereinafter referred to as "Claimant," who upon his oath

deposed and stated the following:

"1.   My name is Douglas R. Summerlin, and I am the Chief Legal Counsel of Tanner Services, LLC, hereinafter referred to as 'Claimant.'

"2.   My business address is: 302 Unatex Road, Eunice, Louisiana 70535.

"3.   Tanner Services, LLC is a subcontractor that has performed services and/or provided materials to the property on which this lien is being claimed.

"4.   I have personal knowledge of the facts set forth in this Affidavit. I am competent and authorized to make this Affidavit.

"5.   Claimant furnished labor and materials/goods/services for improvements to the following described mineral property: (**Well identification**)**University 48 Well No. 0712H; (Legal Description)University Lands Survey, Abstract A-U319, Section 7, Block 48 in Reagan County, Texas; API No. 42-383-38302.**

"6.   The owner, or reputed owner, and the owner's address of the above-described mineral property is Sable Permian Resources, LLC, c/o its Registered Agent, C T Corporation System, 1999 Bryan St., Ste. 900, Dallas, Texas 75201-3136.

"7.   Tanner Services, LLC (Subcontractor) has performed labor or furnished material to Enduring Resources, LLC (Operator), who was performing services for Sable Permian Resources, LLC(Leaseholder), to improve the above-described mineral property and hereby claims a lien on the property, leasehold interest, and/or improvements to secure the amount of moneys owed to Tanner Services, LLC as stated in this affidavit.

"8.    The labor and materials/goods/services that Tanner Services, LLC has performed on the above-described mineral property may be described as follows, and as stated in the attachment to this affidavit:

*    Mobilized labor, equipment, and supervision to the location to remove existing 152,000 sq. ft. of pit liner, haul to landfill, and perform additional trackhoe work.

"9.    After allowing all just credits and offsets, the amount of **$106,229.06** remains unpaid and is due and owing. See Exhibit "A" hereto which is incorporated into this Affidavit by reference.

"10.    The materials/goods/services and/or labor were furnished to **Sable Permian Resources, LLC** at the above-described mineral property.

"11.    Tanner Services, LLC has given the appropriate notices required by the Texas Property code on August 17, 2020, to the operator, Enduring Resources, LLC, and to the reputed mineral owner of record.

"12.    I hereby assert a lien on the mineral property, leasehold interest, premises and improvements to secure payment of the amount owed and claimed as described above. A lien is *not* claimed on the fee title to the property."

TANNER SERVICES, LLC

By: _____
Douglas R. Summerlin  its Chief Legal Counsel

THE STATE OF LOUISIANA     §
                                   §

PARISH OF ST. LANDRY     §


         Before me, the undersigned authority, on day personally appeared DOUGLAS R. SUMMERLIN, known to me, who stated that he is an agent and duly authorized representative of TANNER SERVICES, LLC, and as such is authorized to execute the foregoing Affidavit for and on behalf of Claimant TANNER SERVICES, LLC, and acknowledges the foregoing to be the act and deed of such limited liability company, and that he signed the same in the capacity stated herein and swore that the facts therein are true and correct.

         SUBSCRIBED AND SWORN TO BEFORE ME, and acknowledged before me the undersigned authority, on this _18_ day of August, 2020.



Notary Public, State of LOUISIANA

#13144

BEVERLY FRANCHEBOIS
Notary Public
State of Louisiana
My Commission is For Life
Notary I.D. No.13144

# TANNER TS
### SERVICES, LLC

P.O. BOX 1434 · EUNICE, LA 70535 · 337-457-0267

| | |
|---|---|
| | INVOICE NO. MD20546 |

| | |
|---|---|
| Sable Permian Resources | INVOICE DATE   February 28 2020 |
| Pennzoil Place | ORDER NO. |
| 700 Milam Street Suite 2100 | APPROVAL   45 South Free Rd |
| Houston, TX 77002 | LOCATION   Big Lake, TX |
| Attn: Accounts Payable | OUR REF. NO.   MD-20-0003-D-1 |

| DATE | TICKET NO. | | | | | |
|---|---|---|---|---|---|---|
| | | **Midland, TX Yard** | | | | |
| | | Mobilize labor, equipment, materials, and supervision to location to perform the following services | | | | |
| 1/30/20- 2/28/2020 | | Item 1) Remove existing 152,000 sq. ft. pit liner, haul to landfill, and additional trackhoe work | | | | $47,888.00 |
| | | Taxes | | | | $239.44 |
| | | Reagan County | 0.50% | (on | $47,888.00 | only) |
| | | Texas State | 6.25% | (on | $47,888.00 | only) | $2,993.00 |
| | | | | | **Invoice Total** | **$51,120.44** |

CUSTOMER SIGNATURE _____   DATE _____

*THANK YOU*

# EXHIBIT "A"

Delinquent accounts will have an added charge of 1 1/2% per month on unpaid balance. In addition, if placed in hands of an attorney for collection there will be an additional charge of 25% on amount of unpaid balance and interest as attorney's fees.

Reorder #PTS-7006

# TANNER SERVICES, LLC

P.O. BOX 1434 · EUNICE, LA 70535 · 337-457-0267

| INVOICE NO. | VS02517 |
|---|---|

Sabie Permian Resources
Pennzoil Place
700 Milam Street, Suite 3100
Houston, TX 77002
Attn: Accounts Payable

| INVOICE DATE | March 12, 2020 |
|---|---|
| ORDER NO. | 18 North Frac Pit |
| APPROVAL | Big Lake, TX |
| LOCATION | |
| OUR REF. NO. | MC-20-0003-C-4 |

| DATE | TICKET NO. |
|---|---|

## Midland, TX Yard

| | Mobilize labor, equipment, materials, and supervision to location to perform the following services: | | | | | |
|---|---|---|---|---|---|---|
| 1/29/20-<br>3/11/2020 | Item 1) Remove existing 152,200 sq. ft. pit liner, haul to landfill, and additional trackhoe work | | | | | $51,624.00 |
| | Taxes | | | | | $258.12 |
| | Reagan County | 0.50% | (on | $51,624.00 | only) | $3,226.50 |
| | Texas State | 8.25% | (on | $51,624.00 | only) | |
| | | | | | **Invoice Total** | **$55,108.62** |

CUSTOMER SIGNATURE_____   DATE:_____

**"THANK YOU"**

Delinquent accounts will have an added charge of 1 1/2% per month
on unpaid balance. In addition, if placed in hands of an attorney for
collection there will be an additional charge of 25% on amount of
unpaid balance and interest as attorney's fees.

Reorder #PTS-7008

**FILED**

AT 1:12:48 PM
on August 27, 2020
INS. NO. 2020-135214

**STATE OF TEXAS**
**COUNTY OF REAGAN**

I hereby certify that this instrument was FILED on the
date and at the time stamped hereon by me and was
duly RECORDED in the Volume and Page of the
Official Public Records of Reagan County, Texas.

County Clerk, Reagan County, Texas

COUNTY CLERK, REAGAN COUNTY, TEXAS

By_____
                          Deputy

**OFFICIAL PUBLIC RECORDS**

Vol. 391      Page 358
Recorded August 27, 2020

THE STATE OF TEXAS §
§
COUNTY OF REAGAN §

## AFFIDAVIT OF SUBCONTRACTOR FOR
### MECHANICS' AND MATERIALMAN'S LIEN

Before me, the undersigned authority, personally appeared Douglas R. Summerlin on behalf of TANNER SERVICES, LLC, hereinafter referred to as "Claimant," who upon his oath deposed and stated the following:

"1.  My name is Douglas R. Summerlin, and I am the Chief Legal Counsel of Tanner Services, LLC, hereinafter referred to as 'Claimant.'

"2.  My business address is: 302 Unatex Road, Eunice, Louisiana 70535.

"3.  Tanner Services, LLC is a subcontractor that has performed services and/or provided materials to the property on which this lien is being claimed.

"4.  I have personal knowledge of the facts set forth in this Affidavit. I am competent and authorized to make this Affidavit.

"5.  Claimant furnished labor and materials/goods/services for improvements to the following described mineral property: (Well identification)University 48 Well No. 0713H; (Legal Description)University Lands Survey, Abstract A-U319, Section 7, Block 48 in Reagan County, Texas; API No. 42-383-38297.

"6.  The owner, or reputed owner, and the owner's address of the above-described mineral property is Sable Permian Resources, LLC, c/o its Registered Agent, C T Corporation System, 1999 Bryan St., Ste. 900, Dallas, Texas 75201-3136.

"7.  Tanner Services, LLC (Subcontractor) has performed labor or furnished material to Enduring Resources, LLC (Operator), who was performing services for Sable Permian Resources, LLC(Leaseholder), to improve the above-described mineral property and hereby claims a lien on the property, leasehold interest, and/or improvements to secure the amount of moneys owed to Tanner Services, LLC as stated in this affidavit.

"8. The labor and materials/goods/services that Tanner Services, LLC has performed on the above-described mineral property may be described as follows, and as stated in the attachment to this affidavit:

* Mobilized labor, equipment, and supervision to the location to remove existing 152,000 sq. ft. of pit liner, haul to landfill, and perform additional trackhoe work.

"9. After allowing all just credits and offsets, the amount of **$106,229.06** remains unpaid and is due and owing. See Exhibit "A" hereto which is incorporated into this Affidavit by reference.

"10. The materials/goods/services and/or labor were furnished to **Sable Permian Resources, LLC** at the above-described mineral property.

"11. Tanner Services, LLC has given the appropriate notices required by the Texas Property code on August 17, 2020, to the operator, Enduring Resources, LLC, and to the reputed mineral owner of record.

"12. I hereby assert a lien on the mineral property, leasehold interest, premises and improvements to secure payment of the amount owed and claimed as described above. A lien is *not* claimed on the fee title to the property."

TANNER SERVICES, LLC

By: _____
Douglas R. Summerlin  its Chief Legal Counsel

THE STATE OF LOUISIANA          §
                                §
PARISH OF ST. LANDRY            §

       Before me, the undersigned authority, on day personally appeared DOUGLAS R. SUMMERLIN, known to me, who stated that he is an agent and duly authorized representative of TANNER SERVICES, LLC, and as such is authorized to execute the foregoing Affidavit for and on behalf of Claimant TANNER SERVICES, LLC, and acknowledges the foregoing to be the act and deed of such limited liability company, and that he signed the same in the capacity stated herein and swore that the facts therein are true and correct.

       SUBSCRIBED AND SWORN TO BEFORE ME, and acknowledged before me the undersigned authority, on this _18_ day of August, 2020.

BEVERLY FRANCHEBOIS
Notary Public
State of Louisiana
My Commission is For Life
Notary I.D. No.13144

Notary Public, State of LOUISIANA
# 13144

8013x023.dss



**TANNER SERVICES, LLC**

P.O. BOX 1434 • EUNICE, LA 70535 • 337-457-0267

| | |
|---|---|
| INVOICE NO. | MD20548 |

| | |
|---|---|
| Sable Permian Resources | INVOICE DATE: February 29, 2020 |
| Pennzoil Place | ORDER NO.: 48 South Frac Pit |
| 700 Milam Street, Suite 3100 | APPROVAL |
| Houston, TX 77002 | LOCATION: Big Lake, TX |
| Attn: Accounts Payable | OUR REF. NO.: MD-20-0803-D-1 |

| DATE | TICKET NO. | | |
|---|---|---|---|

**Midland, TX Yard**

Mobilize labor, equipment, materials, and supervision to location to perform the following services

1/30/20 - 2/28/2020   Item 1) Remove existing 152,000 sq. ft. pit liner, haul to landfill, and additional trackhoe work    $47,888.00

| | | | | | |
|---|---|---|---|---|---|
| Taxes | | | | | $239.44 |
| Reagan County | 0.50% | on | $47,888.00 | only) | $2,993.00 |
| Texas State | 6.25% | on | $47,888.00 | only) | |

| | |
|---|---|
| **Invoice Total** | **$51,120.44** |

CUSTOMER SIGNATURE: _____  DATE: _____

*THANK YOU*

EXHIBIT "A"

Delinquent accounts will have an added charge of 1 1/2% per month on unpaid balance. In addition, if placed in hands of an attorney for collection there will be an additional charge of 25% on amount of unpaid balance and interest as attorney's fees.

Reorder PPTS-7008

# TANNER SERVICES, LLC

P.O. BOX 1434 • EUNICE, LA 70535 • 337-457-0267

| | |
|---|---|
| INVOICE NO. | V00461? |

| | |
|---|---|
| INVOICE DATE | March 12  2020 |
| ORDER NO. | 09 North Frac Pit |
| APPROVAL | |
| LOCATION | Big Lake  TX |
| OUR REF. NO. | MD-20-0002-D-1 |

Eagle Permian Resources
Pennzoil Place
700 Milam Street, Suite 3100
Houston, TX 77002
Attn: Accounts Payable

| DATE | TICKET NO. |
|---|---|

## Midland, TX Yard

Mobilize labor, equipment  materials, and supervision to location to perform
the following services:

| DATE | | | | | | |
|---|---|---|---|---|---|---|
| 1/29/20- 3/11 2020 | Item 1)  Remove existing 162,000 sq. ft. pit liner, haul to landfill  and additional trackhoe work | | | | | $51,624.00 |
| | Taxes | | | | | $258.12 |
| | Reagan County | 0.50% | (on | $51,624.00 | only) | $3,226.50 |
| | Texas State | 6.25% | (on | $51,624.00 | only) | |
| | | | | | Invoice Total | $55,108.62 |

CUSTOMER SIGNATURE _____     DATE: _____

*THANK YOU*

Delinquent accounts will have an added charge of 1 1/2% per month
on unpaid balance  In addition, if placed in hands of an attorney for
collection there will be an additional charge of 25% on amount of
unpaid balance and interest as attorney's fees.

Reorder #715-7008

**FILED**

AT 1:13:18 PM

on August 27, 2020

INS. NO. 2020-135215

**STATE OF TEXAS**
**COUNTY OF REAGAN**

I hereby certify that this instrument was FILED on the date and at the time stamped hereon by me and was duly RECORDED in the Volume and Page of the Official Public Records of Reagan County, Texas.

County Clerk, Reagan County, Texas

COUNTY CLERK, REAGAN COUNTY, TEXAS

By _____

**OFFICIAL PUBLIC RECORDS**

Deputy

Vol. 391      Page 364

Recorded August 27, 2020

Case 20-33193   Document 975-1   Filed in TXSB on 10/06/20   Page 67 of 102
Case 20-33193   Document 971-1   Filed in TXSB on 10/06/20   Page 71 of 106
2020-1,   .16  Vol: 391 Page: 370
8/27/2020  1:13:48 PM

THE STATE OF TEXAS          §
                            §
COUNTY OF REAGAN            §

## AFFIDAVIT OF SUBCONTRACTOR FOR
## MECHANICS' AND MATERIALMAN'S LIEN

Before me, the undersigned authority, personally appeared Douglas R. Summerlin on

behalf of TANNER SERVICES, LLC, hereinafter referred to as "Claimant," who upon his oath

deposed and stated the following:

"1.   My name is Douglas R. Summerlin, and I am the Chief Legal Counsel of Tanner Services, LLC, hereinafter referred to as 'Claimant.'

"2.   My business address is: 302 Unatex Road, Eunice, Louisiana 70535.

"3.   Tanner Services, LLC is a subcontractor that has performed services and/or provided materials to the property on which this lien is being claimed.

"4.   I have personal knowledge of the facts set forth in this Affidavit.  I am competent and authorized to make this Affidavit.

"5.   Claimant furnished labor and materials/goods/services for improvements to the following described mineral property: **(Well identification)University 48 Well No. 0714H; (Legal Description)University Lands Survey, Abstract A-U319, Section 7, Block 48 in Reagan County, Texas; API No. 42-383-38296.**

"6.   The owner, or reputed owner, and the owner's address of the above-described mineral property is Sable Permian Resources, LLC, c/o its Registered Agent, C T Corporation System, 1999 Bryan St., Ste. 900, Dallas, Texas 75201-3136.

"7.   Tanner Services, LLC (Subcontractor) has performed labor or furnished material to Enduring Resources, LLC (Operator), who was performing services for Sable Permian Resources, LLC(Leaseholder), to improve the above-described mineral property and hereby claims a lien on the property, leasehold interest, and/or improvements to secure the amount of moneys owed to Tanner Services, LLC as stated in this affidavit.

"8.    The labor and materials/goods/services that Tanner Services, LLC has performed on the above-described mineral property may be described as follows, and as stated in the attachment to this affidavit:

   *    Mobilized labor, equipment, and supervision to the location to remove existing 152,000 sq. ft. of pit liner, haul to landfill, and perform additional trackhoe work.

"9.    After allowing all just credits and offsets, the amount of **$106,229.06** remains unpaid and is due and owing. See Exhibit "A" hereto which is incorporated into this Affidavit by reference.

"10.   The materials/goods/services and/or labor were furnished to **Sable Permian Resources, LLC** at the above-described mineral property.

"11.   Tanner Services, LLC has given the appropriate notices required by the Texas Property code on August 17, 2020, to the operator, Enduring Resources, LLC, and to the reputed mineral owner of record.

"12.   I hereby assert a lien on the mineral property, leasehold interest, premises and improvements to secure payment of the amount owed and claimed as described above. A lien is *not* claimed on the fee title to the property."

                         TANNER SERVICES, LLC


                         By: _____
                              Douglas R. Summerlin  its Chief Legal Counsel

THE STATE OF LOUISIANA     §
                          §
PARISH OF ST. LANDRY       §


      Before me, the undersigned authority, on day personally appeared DOUGLAS R. SUMMERLIN, known to me, who stated that he is an agent and duly authorized representative of TANNER SERVICES, LLC, and as such is authorized to execute the foregoing Affidavit for and on behalf of Claimant TANNER SERVICES, LLC, and acknowledges the foregoing to be the act and deed of such limited liability company, and that he signed the same in the capacity stated herein and swore that the facts therein are true and correct.

      SUBSCRIBED AND SWORN TO BEFORE ME, and acknowledged before me the undersigned authority, on this ⟋⟋⟍ day of August, 2020.



BEVERLY FRANCHEBOIS
Notary Public
State of Louisiana
My Commission is For Life
Notary I.D. No.13144

Notary Public, State of LOUISIANA
# 13144



SERVICES, LLC

P.O. BOX 1434 • EUNICE, LA 70535 • 337-457-0267

| | |
|---|---|
| INVOICE NO. | MC24548 |

| | | | |
|---|---|---|---|
| Sable Permian Resources | INVOICE DATE | February 29, 2020 |
| Penzoil Place | ORDER NO. | 48 South Frac Pit |
| 700 Milam Street  Suite 3100 | APPROVAL | |
| Houston, TX 77002 | LOCATION | Big Lake, TX |
| Attn: Accounts Payable | OUR REF. NO. | MC-20-0003-C-1 |

| DATE | TICKET NO. |
|---|---|

Midland, TX Yard

Mobilize labor, equipment, materials, and supervision to location to perform
the following services                                                            $47,888.00

1/30/20-    Item 1) Remove existing 152,000 sq. ft. pit liner, haul to landfill, and additional trackhoe work
2/28/2020

| | | | | | |
|---|---|---|---|---|---|
| Taxes | | | | | $239.44 |
| Reagan County | 0.50% | (on | $47,888.00 | only) | $2,993.00 |
| Texas State | 6.25% | (on | $47,888.00 | only) | |

Invoice Total   $51,120.44

CUSTOMER SIGNATURE: _____   DATE _____

*THANK YOU*

EXHIBIT "A"

Delinquent accounts will have an added charge of 1 1/2% per month
on unpaid balance. In addition, if placed in hands of an attorney for
collection there will be an additional charge of 25% on amount of
unpaid balance and interest as attorney's fees.                    Reorder #PTS-7006

# TANNER SERVICES, LLC

P.O. BOX 1434 • EUNICE, LA 70535 • 337-457-0267

| INVOICE NO. | M00617 |
|---|---|

| INVOICE DATE | March 12, 2020 |
|---|---|
| ORDER NO. | 28 North Frac Pit |
| APPROVAL | |
| LOCATION | Big Lake, TX |
| OUR REF. NO. | MC-20-0003-C-1 |

Sable Permian Resources
Cannon Place
700 Milam Street, Suite 3100
Houston, TX 77002
Attn: Accounts Payable

| DATE | TICKET NO. |
|---|---|

## Midland, TX Yard

Mobilize labor, equipment, materials, and supervision to location to perform the following services:

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/29/20-<br>3/11/2020 | Item 1) Remove existing 152,200 sq. ft. pit liner, haul to landfill, and additional trackhoe work | | | | | $51,624.00 |
| | Taxes | | | | | $258.12 |
| | Reagan County | 0.50% | (on | $51,624.00 | only) | $3,226.50 |
| | Texas State | 6.25% | (on | $51,624.00 | only) | |
| | | | | | **Invoice Total** | **$55,108.62** |

CUSTOMER SIGNATURE _____   DATE _____

**\*THANK YOU\***

Delinquent accounts will have an added charge of 1 1/2% per month on unpaid balance. In addition, if placed in hands of an attorney for collection there will be an additional charge of 25% on amount of unpaid balance and interest as attorney's fees.

Reorder #PTS-7000

**FILED**

AT 1:13:48 PM
on August 27, 2020
INS. NO. 2020-135216

**STATE OF TEXAS**
**COUNTY OF REAGAN**

I hereby certify that this instrument was FILED on the
date and at the time stamped hereon by me and was
duly RECORDED in the Volume and Page of the
Official Public Records of Reagan County, Texas.

County Clerk, Reagan County, Texas

COUNTY CLERK, REAGAN COUNTY, TEXAS

By
Deputy

**OFFICIAL PUBLIC RECORDS**

Vol. 391      Page 370
Recorded August 27, 2020

THE STATE OF TEXAS        §
                          §
COUNTY OF REAGAN          §

## AFFIDAVIT OF SUBCONTRACTOR FOR
## MECHANICS' AND MATERIALMAN'S LIEN

Before me, the undersigned authority, personally appeared Douglas R. Summerlin on

behalf of TANNER SERVICES, LLC, hereinafter referred to as "Claimant," who upon his oath

deposed and stated the following:

"1.  My name is Douglas R. Summerlin, and I am the Chief Legal Counsel of Tanner Services, LLC, hereinafter referred to as 'Claimant.'

"2.  My business address is: 302 Unatex Road, Eunice, Louisiana 70535.

"3.  Tanner Services, LLC is a subcontractor that has performed services and/or provided materials to the property on which this lien is being claimed.

"4.  I have personal knowledge of the facts set forth in this Affidavit. I am competent and authorized to make this Affidavit.

"5.  Claimant furnished labor and materials/goods/services for improvements to the following described mineral property: **(Well identification)University 48 Well No. 0715H; (Legal Description)University Lands Survey, Abstract A-U319, Section 7, Block 48 in Reagan County, Texas; API No. 42-383-38318.**

"6.  The owner, or reputed owner, and the owner's address of the above-described mineral property is Sable Permian Resources, LLC, c/o its Registered Agent, C T Corporation System, 1999 Bryan St., Ste. 900, Dallas, Texas 75201-3136.

"7.  Tanner Services, LLC (Subcontractor) has performed labor or furnished material to Enduring Resources, LLC (Operator), who was performing services for Sable Permian Resources, LLC(Leaseholder), to improve the above-described mineral property and hereby claims a lien on the property, leasehold interest, and/or improvements to secure the amount of moneys owed to Tanner Services, LLC as stated in this affidavit.

"8.    The labor and materials/goods/services that Tanner Services, LLC has performed on the above-described mineral property may be described as follows, and as stated in the attachment to this affidavit:

*    Mobilized labor, equipment, and supervision to the location to remove existing 152,000 sq. ft. of pit liner, haul to landfill, and perform additional trackhoe work.

"9.    After allowing all just credits and offsets, the amount of **$106,229.06** remains unpaid and is due and owing. See Exhibit "A" hereto which is incorporated into this Affidavit by reference.

"10.   The materials/goods/services and/or labor were furnished to **Sable Permian Resources, LLC** at the above-described mineral property.

"11.   Tanner Services, LLC has given the appropriate notices required by the Texas Property code on August 17, 2020, to the operator, Enduring Resources, LLC, and to the reputed mineral owner of record.

"12.   I hereby assert a lien on the mineral property, leasehold interest, premises and improvements to secure payment of the amount owed and claimed as described above. A lien is *not* claimed on the fee title to the property."

TANNER SERVICES, LLC

By: _____
Douglas R. Summerlin  its Chief Legal Counsel

THE STATE OF LOUISIANA      §
                                      §

PARISH OF ST. LANDRY      §

        Before me, the undersigned authority, on day personally appeared DOUGLAS R. SUMMERLIN, known to me, who stated that he is an agent and duly authorized representative of TANNER SERVICES, LLC, and as such is authorized to execute the foregoing Affidavit for and on behalf of Claimant TANNER SERVICES, LLC, and acknowledges the foregoing to be the act and deed of such limited liability company, and that he signed the same in the capacity stated herein and swore that the facts therein are true and correct.

        SUBSCRIBED AND SWORN TO BEFORE ME, and acknowledged before me the undersigned authority, on this ___ day of August, 2020.

Notary Public, State of LOUISIANA
#13144

BEVERLY FRANCHEBOIS
Notary Public
State of Louisiana
My Commission is For Life
Notary I.D. No.13144

8013x027.dss

# TANNER SERVICES, LLC

P.O. BOX 1434 - EUNICE, LA 70535 - 337-457-0267

| | |
|---|---|
| **INVOICE NO.** | MC20546 |

| | |
|---|---|
| Sable Permian Resources | **INVOICE DATE** February 28, 2020 |
| Pennzoil Place | **ORDER NO.** 46 South Frac Pit |
| 700 Milam Street  Suite 3100 | **APPROVAL** |
| Houston, TX 77002 | **LOCATION** Big Lake, TX |
| Attn: Accounts Payable | **OUR REF. NO.** MC-20-0003-D-1 |

| DATE | TICKET NO. | | | | | |
|---|---|---|---|---|---|---|
| | | **Midland, TX Yard** | | | | |
| 1/30/20-2/28/2020 | | Mobilize labor, equipment, materials, and supervision to location to perform the following services | | | | |
| | | Item 1) Remove existing 152,000 sq. ft pit liner, haul to landfill, and additional trackhoe work | | | | $47,888.00 |
| | | Taxes | | | | $239.44 |
| | | Reagan County | 0.50% | (on | $47,888.00 | only) $2,993.00 |
| | | Texas State | 6.25% | (on | $47,888.00 | only) |
| | | | | | **Invoice Total** | **$51,120.44** |

CUSTOMER SIGNATURE: _____    DATE: _____

*THANK YOU*

EXHIBIT "A"

Delinquent accounts will have an added charge of 1 1/2% per month on unpaid balance. In addition, if placed in hands of an attorney for collection there will be an additional charge of 25% on amount of unpaid balance and interest as attorney's fees.

Revised #PTS-7006

# TANNER SERVICES, LLC

P.O. BOX 1434 · EUNICE, LA 70535 · 337-457-0267

| INVOICE NO. | V504547 |
|---|---|

| | |
|---|---|
| Sayle Permian Resources | |
| Fennroot Place | |
| 700 Milam Street, Suite 3100 | |
| Houston, TX 77002 | |
| Attn: Accounts Payable | |

| | |
|---|---|
| INVOICE DATE | March 12, 2020 |
| ORDER NO. | 18 North Frac Pit |
| APPROVAL | |
| LOCATION | Big Lake, TX |
| OUR REF. NO. | ME-20-0002-C-1 |

| DATE | TICKET NO. |
|---|---|

### Midland, TX Yard

Mobilize labor, equipment, materials, and supervision to location to perform the following services:

| 1/20/20 - 3/11/2020 | Item 1) Remove existing 152,200 sq. ft. pit liner, haul to landfill, and additional trackhoe work | | | | $51,624.00 |
|---|---|---|---|---|---|
| | Taxes | | | | |
| | Reagan County | 0.50% | (on | $51,624.00 | only) | $258.12 |
| | Texas State | 6.25% | (on | $51,624.00 | only) | $3,226.50 |

| | |
|---|---|
| **Invoice Total** | **$55,108.62** |

CUSTOMER SIGNATURE _____   DATE: _____

**\*THANK YOU\***

Delinquent accounts will have an added charge of 1 1/2% per month on unpaid balance. In addition, if placed in hands of an attorney for collection there will be an additional charge of 25% on amount of unpaid balance and interest as attorney's fees.

Reorder #TS-7008

**FILED**

AT 1:14:18 PM

on August 27, 2020

INS. NO. 2020-135217

**STATE OF TEXAS**

**COUNTY OF REAGAN**

I hereby certify that this instrument was FILED on the
date and at the time stamped hereon by me and was
duly RECORDED in the Volume and Page of the
Official Public Records of Reagan County, Texas.

County Clerk, Reagan County, Texas

COUNTY CLERK, REAGAN COUNTY, TEXAS

BY _____ Deputy

**OFFICIAL PUBLIC RECORDS**

Vol. 391      Page 376

Recorded August 27, 2020

THE STATE OF TEXAS          §
                            §
COUNTY OF REAGAN            §

## AFFIDAVIT OF SUBCONTRACTOR FOR
## MECHANICS' AND MATERIALMAN'S LIEN

Before me, the undersigned authority, personally appeared Douglas R. Summerlin on behalf of TANNER SERVICES, LLC, hereinafter referred to as "Claimant," who upon his oath deposed and stated the following:

"1.   My name is Douglas R. Summerlin, and I am the Chief Legal Counsel of Tanner Services, LLC, hereinafter referred to as 'Claimant.'

"2.   My business address is: 302 Unatex Road, Eunice, Louisiana 70535.

"3.   Tanner Services, LLC is a subcontractor that has performed services and/or provided materials to the property on which this lien is being claimed.

"4.   I have personal knowledge of the facts set forth in this Affidavit. I am competent and authorized to make this Affidavit.

"5.   Claimant furnished labor and materials/goods/services for improvements to the following described mineral property: **(Well identification)University 48 Well No. 0716H; (Legal Description)University Lands Survey, Abstract A-U319, Section 7, Block 48 in Reagan County, Texas; API No. 42-383-38339.**

"6.   The owner, or reputed owner, and the owner's address of the above-described mineral property is Sable Permian Resources, LLC, c/o its Registered Agent, C T Corporation System, 1999 Bryan St., Ste. 900, Dallas, Texas 75201-3136.

"7.   Tanner Services, LLC (Subcontractor) has performed labor or furnished material to Enduring Resources, LLC (Operator), who was performing services for Sable Permian Resources, LLC(Leaseholder), to improve the above-described mineral property and hereby claims a lien on the property, leasehold interest, and/or improvements to secure the amount of moneys owed to Tanner Services, LLC as stated in this affidavit.

"8.    The labor and materials/goods/services that Tanner Services, LLC has performed on the above-described mineral property may be described as follows, and as stated in the attachment to this affidavit:

*    Mobilized labor, equipment, and supervision to the location to remove existing 152,000 sq. ft. of pit liner, haul to landfill, and perform additional trackhoe work.

"9.    After allowing all just credits and offsets, the amount of **$106,229.06** remains unpaid and is due and owing. See Exhibit "A" hereto which is incorporated into this Affidavit by reference.

"10.    The materials/goods/services and/or labor were furnished to **Sable Permian Resources, LLC** at the above-described mineral property.

"11.    Tanner Services, LLC has given the appropriate notices required by the Texas Property code on August 17, 2020, to the operator, Enduring Resources, LLC, and to the reputed mineral owner of record.

"12.    I hereby assert a lien on the mineral property, leasehold interest, premises and improvements to secure payment of the amount owed and claimed as described above. A lien is *not* claimed on the fee title to the property."

TANNER SERVICES, LLC

By: _____
Douglas R. Summerlin  its Chief Legal Counsel

THE STATE OF LOUISIANA      §
                           §
PARISH OF ST. LANDRY        §

        Before me, the undersigned authority, on day personally appeared DOUGLAS R. SUMMERLIN, known to me, who stated that he is an agent and duly authorized representative of TANNER SERVICES, LLC, and as such is authorized to execute the foregoing Affidavit for and on behalf of Claimant TANNER SERVICES, LLC, and acknowledges the foregoing to be the act and deed of such limited liability company, and that he signed the same in the capacity stated herein and swore that the facts therein are true and correct.

        SUBSCRIBED AND SWORN TO BEFORE ME, and acknowledged before me the undersigned authority, on this _18_ day of August, 2020.

Notary Public, State of LOUISIANA

\# 13144

BEVERLY FRANCHEBOIS
Notary Public
State of Louisiana
My Commission is For Life
Notary I.D. No.13144

8013x029.dss

# TANNER SERVICES, LLC

P.O. BOX 1434 • EUNICE, LA 70535 • 337-457-0267

| | |
|---|---|
| INVOICE NO. | MD20546 |

| | |
|---|---|
| Sable Permian Resources | INVOICE DATE | February 28, 2020 |
| Pennzoil Place | ORDER NO. | 48 South Free Rt |
| 700 Milam Street  Suite 3100 | APPROVAL | |
| Houston, TX 77002 | LOCATION | Big Lake, TX |
| Attn: Accounts Payable | OUR REF. NO. | MD-20-0003-C-1 |

| DATE | TICKET NO. | |
|---|---|---|

### Midland, TX Yard

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/30/20-2/28/2020 | Mobilize labor, equipment, materials, and supervision to location to perform the following services | | | | | |
| | Item 1) Remove existing 152,000 sq. ft  pit liner, haul to landfill, and additional trackhoe work | | | | | $47,888.00 |
| | Taxes | 0.50% | (on | $47,888.00 | only) | $239.44 |
| | Reagan County | 6.25% | (on | $47,888.00 | only) | $2,993.00 |
| | Texas State | | | | | |
| | | | | | **Invoice Total** | **$51,120.44** |

CUSTOMER SIGNATURE: _____     DATE _____

*THANK YOU*

## EXHIBIT "A"

Delinquent accounts will have an added charge of 1 1/2% per month on unpaid balance. In addition, if placed in hands of an attorney for collection there will be an additional charge of 25% on amount of unpaid balance and interest as attorney's fees.

Reorder #PTS-7008

# TANNER SERVICES, LLC

P.O. BOX 1434 · EUNICE, LA 70535 · 337-457-0267

| | |
|---|---|
| INVOICE NO. | V00357 |

| | |
|---|---|
| INVOICE DATE | March 12, 2020 |
| ORDER NO. | 46 North Frac Pit |
| APPROVAL | |
| LOCATION | Big Lake, TX |
| OUR REF. NO. | MD-20-0002-C-1 |

Sable Permian Resources
Pennzoil Place
700 Milam Street, Suite 3100
Houston, TX 77002
Attn: Accounts Payable

| DATE | TICKET NO. |
|---|---|

### Midland, TX Yard

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/20/20- 3/11/2020 | Mobilize labor, equipment, materials, and supervision to location to perform the following services: | | | | | |
| | Item 1) Remove existing 152,200 sq. ft. pit liner, haul to landfill, and additional trackhoe work | | | | | $51,624.00 |
| | Taxes | 0.50% | (on | $51,624.00 | only) | $258.12 |
| | Reagan County | 6.25% | (on | $51,624.00 | only) | $3,226.50 |
| | Texas State | | | | | |
| | | | | | **Invoice Total** | $55,108.62 |

CUSTOMER SIGNATURE _____ DATE: _____

**\*THANK YOU\***

Delinquent accounts will have an added charge of 1 1/2% per month on unpaid balance. In addition, if placed in hands of an attorney for collection there will be an additional charge of 25% on amount of unpaid balance and interest as attorney's fees.

Reorder #PTS-7008

**FILED**

AT 1:14:48 PM

on August 27, 2020

INS. NO. 2020-135218

**STATE OF TEXAS**

**COUNTY OF REAGAN**

I hereby certify that this instrument was FILED on the date and at the time stamped hereon by me and was duly RECORDED in the Volume and Page of the Official Public Records of Reagan County, Texas.

County Clerk, Reagan County, Texas

**OFFICIAL PUBLIC RECORDS**

Vol. 391      Page 382

Recorded August 27, 2020

COUNTY CLERK, REAGAN COUNTY, TEXAS

By                              Deputy

Case 20-33193   Document 975-1   Filed in TXSB on 09/09/20   Page 85 of 102
Case 20-33193   Document 975-1   Filed in TXSB on 04/06/21   Page 89 of 106
2020-13   19 Vol: 391 Page: 388
8/27/2020 1:15:18 PM

THE STATE OF TEXAS       §
                         §
COUNTY OF REAGAN         §

## AFFIDAVIT OF SUBCONTRACTOR FOR
## MECHANICS' AND MATERIALMAN'S LIEN

Before me, the undersigned authority, personally appeared Douglas R. Summerlin on behalf of TANNER SERVICES, LLC, hereinafter referred to as "Claimant," who upon his oath deposed and stated the following:

"1.   My name is Douglas R. Summerlin, and I am the Chief Legal Counsel of Tanner Services, LLC, hereinafter referred to as 'Claimant.'

"2.   My business address is: 302 Unatex Road, Eunice, Louisiana 70535.

"3.   Tanner Services, LLC is a subcontractor that has performed services and/or provided materials to the property on which this lien is being claimed.

"4.   I have personal knowledge of the facts set forth in this Affidavit.  I am competent and authorized to make this Affidavit.

"5.   Claimant furnished labor and materials/goods/services for improvements to the following described mineral property: **(Well identification)University SR 23-26 Well No. 06HS; (Legal Description)University Lands Survey, Abstract A-U193, Section 23, Block 9 in Reagan County, Texas; API No. 42-383-39546.**

"6.   The owner, or reputed owner, and the owner's address of the above-described mineral property is Sable Permian Resources, LLC, c/o its Registered Agent, C T Corporation System, 1999 Bryan St., Ste. 900, Dallas, Texas 75201-3136.

"7.   Tanner Services, LLC (Subcontractor) has performed labor or furnished material to Sable Permian Resources Finance, LLC (Operator), who was performing services for Sable Permian Resources, LLC(Leaseholder), to improve the above-described mineral property and hereby claims a lien on the property, leasehold interest, and/or improvements to secure the amount of moneys owed to Tanner Services, LLC as stated in this affidavit.

"8.    The labor and materials/goods/services that Tanner Services, LLC has performed on the above-described mineral property may be described as follows, and as stated in the attachment to this affidavit:

*    Mobilized labor, equipment, and supervision to the location to reclaim 740' x 410' frac pond, reseed, and furnish disposal of material.

"9.    After allowing all just credits and offsets, the amount of **$81,614.76** remains unpaid and is due and owing. See Exhibit "A" hereto which is incorporated into this Affidavit by reference.

"10.    The materials/goods/services and/or labor were furnished to **Sable Permian Resources, LLC** at the above-described mineral property.

"11.    Tanner Services, LLC has given the appropriate notices required by the Texas Property code on August 17, 2020, to the operator, Sable Permian Resources Finance, LLC, and to the reputed mineral owner of record.

"12.    I hereby assert a lien on the mineral property, leasehold interest, premises and improvements to secure payment of the amount owed and claimed as described above. A lien is *not* claimed on the fee title to the property."

TANNER SERVICES, LLC


By: _____
       Douglas R. Summerlin  its Chief Legal Counsel

| THE STATE OF LOUISIANA | § |
| | § |
| PARISH OF ST. LANDRY | § |

Before me, the undersigned authority, on day personally appeared DOUGLAS R. SUMMERLIN, known to me, who stated that he is an agent and duly authorized representative of TANNER SERVICES, LLC, and as such is authorized to execute the foregoing Affidavit for and on behalf of Claimant TANNER SERVICES, LLC, and acknowledges the foregoing to be the act and deed of such limited liability company, and that he signed the same in the capacity stated herein and swore that the facts therein are true and correct.

SUBSCRIBED AND SWORN TO BEFORE ME, and acknowledged before me the undersigned authority, on this _18_ day of August, 2020.

BEVERLY FRANCHEBOIS
Notary Public
State of Louisiana
My Commission is For Life
Notary I.D. No.13144

Notary Public, State of LOUISIANA
# 13144

8013x031.dss



**TANNER** **TS**
SERVICES, LLC

P.O. BOX 1434 • EUNICE, LA 70535 • 337-457-0267

| INVOICE NO. | MD0648 |
|---|---|

Sable Permian Resources
Pennzoil Place
700 Milam Street  Suite 3100
Houston  TX 77002
Attn  Accounts Payable

| INVOICE DATE | April 9  2020 |
|---|---|
| ORDER NO. | ULSR 23-26 Frac Pond |
| APPROVAL | Big Lake  TX |
| LOCATION | |
| OUR REF. NO. | MD-19-0526-D-1 |

| DATE | TICKET NO. | | |
|---|---|---|---|

### Midland, TX Yard

Mobilize labor, equipment, materials, and supervision to location to perform the following services:

Item 1) Reclaim 740' x 410' frac pond, reseed, and furnish disposal of material

2/29/20-
1/8/2020

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | $50,840.10 |
| | Taxes | | | | | $254.20 |
| | Reagan County | 0.50% | (on | $50,840.10 | only) | $3,177.51 |
| | Texas State | 8.25% | (on | $50,840.10 | only) | |

| | Invoice Total | $54,271.81 |
|---|---|---|

*Contract 90% complete

CUSTOMER SIGNATURE _____        DATE _____

**\*THANK YOU\***

## EXHIBIT "A"

Delinquent accounts will have an added charge of 1 1/2% per month on unpaid balance. In addition, if placed in hands of an attorney for collection there will be an additional charge of 25% on amount of unpaid balance and interest as attorney's fees.

Reorder #PTS-7008



**TANNER SERVICES, LLC**

P.O. BOX 1434 · EUNICE, LA 70535 · 337-457-0267

| INVOICE NO. | PD23549 |
|---|---|

Sable Permian Resources
Pennzoil Place
700 Milam Street, Suite 3100
Houston, TX 77002
Attn: Accounts Payable

| INVOICE DATE | March 19, 2020 |
|---|---|
| ORDER NO. | ULSmall 23-26 Frac Pond |
| APPROVAL | |
| LOCATION | Big Lake, TX |
| OUR REF. NO. | MD-19-0529-D-1 |

| DATE | TICKET NO. |
|---|---|

### Midland, TX Yard

Mobilize labor, equipment, materials, and supervision to location to perform
the following services:

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/29/20-3/19/2020 | Item 1) Reclaim 220' x 230' frac pond, reseed, and furnish disposal of material | | | | | $25,614.00 |
| | Taxes | | | | | $128.07 |
| | Reagan County | 0.50% | (on | $25,614.00 | only) | $1,600.88 |
| | Texas State | 6.25% | (on | $25,614.00 | only) | |
| | | | | **Invoice Total** | | **$27,342.95** |

*Contract 90% complete

CUSTOMER SIGNATURE:_____   DATE:_____

**\*THANK YOU\***

Delinquent accounts will have an added charge of 1 1/2% per month
on unpaid balance. In addition, if placed in hands of an attorney for
collection there will be an additional charge of 25% on amount of
unpaid balance and interest as attorney's fees

Reorder #PTS-7006

**FILED**

AT 1:15:18 PM

on August 27, 2020

INS. NO. 2020-135219

**STATE OF TEXAS**

**COUNTY OF REAGAN**

I hereby certify that this instrument was FILED on the
date and at the time stamped hereon by me and was
duly RECORDED in the Volume and Page of the
Official Public Records of Reagan County, Texas.

County Clerk, Reagan County, Texas

COUNTY CLERK, REAGAN COUNTY, TEXAS

By _____ Deputy

**OFFICIAL PUBLIC RECORDS**

Vol. 391     Page 388
Recorded  August 27, 2020

Case 20-33193  Document 873-1  Filed in TXSB on 04/06/21  Page 91 of 102
Case 20-33193  Document 873-1  Filed in TXSB on 04/06/21  Page 95 of 106
2020-135   Vol: 391 Page: 394
8/27/2020  1:15:48 PM

THE STATE OF TEXAS          §
                           §
COUNTY OF REAGAN            §

## AFFIDAVIT OF SUBCONTRACTOR FOR
## MECHANICS' AND MATERIALMAN'S LIEN

Before me, the undersigned authority, personally appeared Douglas R. Summerlin on

behalf of TANNER SERVICES, LLC, hereinafter referred to as "Claimant," who upon his oath

deposed and stated the following:

"1.  My name is Douglas R. Summerlin, and I am the Chief Legal Counsel of Tanner Services, LLC, hereinafter referred to as 'Claimant.'

"2.  My business address is: 302 Unatex Road, Eunice, Louisiana 70535.

"3.  Tanner Services, LLC is a subcontractor that has performed services and/or provided materials to the property on which this lien is being claimed.

"4.  I have personal knowledge of the facts set forth in this Affidavit.  I am competent and authorized to make this Affidavit.

"5.  Claimant furnished labor and materials/goods/services for improvements to the following described mineral property: **(Well identification)University SR 23-26 Well No. 33HS; (Legal Description)University Lands Survey, Abstract A-U193, Section 23, Block 9 in Reagan County, Texas; API No. 42-383-39320.**

"6.  The owner, or reputed owner, and the owner's address of the above-described mineral property is Sable Permian Resources, LLC, c/o its Registered Agent, C T Corporation System, 1999 Bryan St., Ste. 900, Dallas, Texas 75201-3136.

"7.  Tanner Services, LLC (Subcontractor) has performed labor or furnished material to Sable Permian Resources Finance, LLC (Operator), who was performing services for Sable Permian Resources, LLC(Leaseholder), to improve the above-described mineral property and hereby claims a lien on the property, leasehold interest, and/or improvements to secure the amount of moneys owed to Tanner Services, LLC as stated in this affidavit.

"8.    The labor and materials/goods/services that Tanner Services, LLC has performed on the above-described mineral property may be described as follows, and as stated in the attachment to this affidavit:

    *    Mobilized labor, equipment, and supervision to the location to reclaim 740' x 410' frac pond, reseed, and furnish disposal of material.

"9.    After allowing all just credits and offsets, the amount of **$81,614.76** remains unpaid and is due and owing.  See Exhibit "A" hereto which is incorporated into this Affidavit by reference.

"10.   The materials/goods/services and/or labor were furnished to **Sable Permian Resources, LLC** at the above-described mineral property.

"11.   Tanner Services, LLC has given the appropriate notices required by the Texas Property code on August 17, 2020, to the operator, Sable Permian Resources Finance, LLC, and to the reputed mineral owner of record.

"12.   I hereby assert a lien on the mineral property, leasehold interest, premises and improvements to secure payment of the amount owed and claimed as described above.  A lien is *not* claimed on the fee title to the property."

TANNER SERVICES, LLC

By: _____
    Douglas R. Summerlin  its Chief Legal Counsel

THE STATE OF LOUISIANA    §
    §
PARISH OF ST. LANDRY    §

       Before me, the undersigned authority, on day personally appeared DOUGLAS R. SUMMERLIN, known to me, who stated that he is an agent and duly authorized representative of TANNER SERVICES, LLC, and as such is authorized to execute the foregoing Affidavit for and on behalf of Claimant TANNER SERVICES, LLC, and acknowledges the foregoing to be the act and deed of such limited liability company, and that he signed the same in the capacity stated herein and swore that the facts therein are true and correct.

       SUBSCRIBED AND SWORN TO BEFORE ME, and acknowledged before me the undersigned authority, on this  day of August, 2020.

BEVERLY FRANCHEBOIS
Notary Public
State of Louisiana
My Commission is For Life
Notary I.D. No. 13144

Notary Public, State of LOUISIANA
# 13144

8013x03J.dss



**TANNER SERVICES, LLC**

P.O. BOX 1434 · EUNICE, LA 70535 · 337-457-0267

| INVOICE NO. | M008648 |
|---|---|

Sable Permian Resources
Pennzoit Place
700 Milam Street, Suite 3100
Houston, TX 77002
Attn: Accounts Payable

| INVOICE DATE | April 9, 2020 |
|---|---|
| ORDER NO. | ULSR 23-28 Frac Pond |
| APPROVAL | Big Lake, TX |
| LOCATION | |
| OUR REF. NO. | MD-19-0526-D-1 |

| DATE | TICKET NO. | | | | | |
|---|---|---|---|---|---|---|
| | | **Midland, TX Yard** | | | | |
| | Mobilize labor, equipment, materials, and supervision to location to perform the following services: | | | | | |
| 2/28/20-1/8/2020 | Item 1) Reclaim 740' x 410' frac pond, reseed, and furnish disposal of material | | | | | $50,840.10 |
| | Taxes | 0.50% | (on | $50,840.10 | only) | $254.20 |
| | Reagan County | 6.25% | (on | $50,840.10 | only) | $3,177.51 |
| | Texas State | | | | | |
| | | | | | **Invoice Total** | **$54,271.81** |
| | *Contract 90% complete | | | | | |

CUSTOMER SIGNATURE _____   DATE _____

*THANK YOU*

EXHIBIT "A"

Delinquent accounts will have an added charge of 1 1/2% per month on unpaid balance. In addition, if placed in hands of an attorney for collection there will be an additional charge of 25% on amount of unpaid balance and interest as attorney's fees.

Reorder #PTS-7008



**TANNER** **TS**
SERVICES, LLC

P.O. BOX 1434 • EUNICE, LA 70535 • 337-457-0267

| | INVOICE NO. | MD24549 |
|---|---|---|

| | |
|---|---|
| Sable Permian Resources | INVOICE DATE    March 19, 2020 |
| Pennzoil Place | ORDER NO.    ULSmall 23-26 Frac Pond |
| 700 Milam Street, Suite 3100 | APPROVAL |
| Houston, TX 77002 | LOCATION    Big Lake, TX |
| Attn: Accounts Payable | OUR REF. NO.    MD-19-0529-D-1 |

| DATE | TICKET NO. |
|---|---|

### Midland, TX Yard

| | | | | | | |
|---|---|---|---|---|---|---|
| | Mobilize labor, equipment, materials, and supervision to location to perform the following services: | | | | | $25,614.00 |
| 2/28/20-3/19/2020 | Item 1) Reclaim 220' x 230' frac pond, reseed, and furnish disposal of material | | | | | |
| | Taxes | | | | | $128.07 |
| | Reagan County | 0.50% | (on | $25,614.00 | only) | $1,600.88 |
| | Texas State | 6.25% | (on | $25,614.00 | only) | |
| | | | | | **Invoice Total** | **$27,342.95** |

*Contract 90% complete*

CUSTOMER SIGNATURE: _____    DATE _____

**\*THANK YOU\***

Delinquent accounts will have an added charge of 1 1/2% per month on unpaid balance. In addition, if placed in hands of an attorney for collection there will be an additional charge of 25% on amount of unpaid balance and interest as attorney's fees.

Reorder #PTS-7808

**FILED**

AT 1:15:48 PM

on August 27, 2020

INS. NO. 2020-135220

**STATE OF TEXAS**

**COUNTY OF REAGAN**

I hereby certify that this instrument was FILED on the date and at the time stamped hereon by me and was duly RECORDED in the Volume and Page of the Official Public Records of Reagan County, Texas.

COUNTY CLERK, REAGAN COUNTY, TEXAS

By _____ Deputy

County Clerk, Reagan County, Texas

**OFFICIAL PUBLIC RECORDS**

Vol. 391 ____ Page 394 ____

Recorded August 27, 2020

2020-135   Vol: 391 Page: 400
8/27/2020 1:16:18 PM

| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF REAGAN | § |

### AFFIDAVIT OF SUBCONTRACTOR FOR
### MECHANICS' AND MATERIALMAN'S LIEN

Before me, the undersigned authority, personally appeared Douglas R. Summerlin on behalf of TANNER SERVICES, LLC, hereinafter referred to as "Claimant," who upon his oath deposed and stated the following:

"1.   My name is Douglas R. Summerlin, and I am the Chief Legal Counsel of Tanner Services, LLC, hereinafter referred to as 'Claimant.'

"2.   My business address is: 302 Unatex Road, Eunice, Louisiana 70535.

"3.   Tanner Services, LLC is a subcontractor that has performed services and/or provided materials to the property on which this lien is being claimed.

"4.   I have personal knowledge of the facts set forth in this Affidavit. I am competent and authorized to make this Affidavit.

"5.   Claimant furnished labor and materials/goods/services for improvements to the following described mineral property: **(Well identification)University SR 23-26 Well No. 1H; (Legal Description)University Lands Survey, Abstract A-U193, Section 23, Block 9 in Reagan County, Texas; API No. 42-383-38698.**

"6.   The owner, or reputed owner, and the owner's address of the above-described mineral property is Sable Permian Resources, LLC, c/o its Registered Agent, C T Corporation System, 1999 Bryan St., Ste. 900, Dallas, Texas 75201-3136.

"7.   Tanner Services, LLC (Subcontractor) has performed labor or furnished material to Tall City Exploration II LLC (Operator), who was performing services for Sable Permian Resources, LLC(Leaseholder), to improve the above-described mineral property and hereby claims a lien on the property, leasehold interest, and/or improvements to secure the amount of moneys owed to Tanner Services, LLC as stated in this affidavit.

"8.    The labor and materials/goods/services that Tanner Services, LLC has performed on the above-described mineral property may be described as follows, and as stated in the attachment to this affidavit:

*    Mobilized labor, equipment, and supervision to the location to reclaim 740' x 410' frac pond, reseed, and furnish disposal of material.

"9.    After allowing all just credits and offsets, the amount of **$81,614.76** remains unpaid and is due and owing.  See Exhibit "A" hereto which is incorporated into this Affidavit by reference.

"10.   The materials/goods/services and/or labor were furnished to **Sable Permian Resources, LLC** at the above-described mineral property.

"11.   Tanner Services, LLC has given the appropriate notices required by the Texas Property code on August 17, 2020, to the operator, Sable Permian Resources Finance, LLC, and to the reputed mineral owner of record.

"12.   I hereby assert a lien on the mineral property, leasehold interest, premises and improvements to secure payment of the amount owed and claimed as described above.  A lien is ***not*** claimed on the fee title to the property."

TANNER SERVICES, LLC


By: _____
       Douglas R. Summerlin  its Chief Legal Counsel

Case 20-33198    Document 751-1    Filed in TXSB on 09/02/20    Page 99 of 102

THE STATE OF LOUISIANA          §
                                §
PARISH OF ST. LANDRY            §


        Before me, the undersigned authority, on day personally appeared DOUGLAS R. SUMMERLIN, known to me, who stated that he is an agent and duly authorized representative of TANNER SERVICES, LLC, and as such is authorized to execute the foregoing Affidavit for and on behalf of Claimant TANNER SERVICES, LLC, and acknowledges the foregoing to be the act and deed of such limited liability company, and that he signed the same in the capacity stated herein and swore that the facts therein are true and correct.

        SUBSCRIBED AND SWORN TO BEFORE ME, and acknowledged before me the undersigned authority, on this _18_ day of August, 2020.


Notary Public, State of LOUISIANA
#13144

BEVERLY FRANCHEBOIS
Notary Public
State of Louisiana
My Commission is For Life
Notary I.D. No.13144

B013x035.dsf



**TANNER SERVICES, LLC**

P.O. BOX 1434 · EUNICE, LA 70535 · 337-457-0267

| | |
|---|---|
| INVOICE NO. | HD0468 |

Sable Permian Resources
Pennzoil Place
700 Milam Street  Suite 3100
Houston  TX 77002
Attn  Accounts Payable

| | |
|---|---|
| INVOICE DATE | April 9  2020 |
| ORDER NO. | ULSR 23-26 Frac Pond |
| APPROVAL | Big Lake  TX |
| LOCATION | |
| OUR REF. NO. | MD-19-0525-D-1 |

| DATE | TICKET NO. | | | | | |
|---|---|---|---|---|---|---|

**Midland, TX Yard**

| 2/28/20-<br>1/8/2020 | Mobilize labor, equipment  materials  and supervision to location to perform<br>the following services:<br>Item 1) Reclaim 740' x 410' frac pond  reseed, and furnish disposal of material | | | | | $50,840.10 |
|---|---|---|---|---|---|---|
| | Taxes | | | | | $254.20 |
| | Reagan County | 0.50% | (on | $50,840.10 | only) | $3,177.51 |
| | Texas State | 6.25% | (on | $50,840.10 | only) | |
| | | | | | **Invoice Total** | **$54,271.81** |
| | *Contract 90% complete | | | | | |

CUSTOMER SIGNATURE_____   DATE_____

*THANK YOU*

EXHIBIT "A"

Delinquent accounts will have an added charge of 1 1/2% per month
on unpaid balance. In addition, if placed in hands of an attorney for
collection there will be an additional charge of 25% on amount of
unpaid balance and interest as attorney's fees.

Reorder #PTS-7008



P.O. BOX 1434 • EUNICE, LA 70535 • 337-457-0267

| | INVOICE NO. | PD21549 |
|---|---|---|

| | | |
|---|---|---|
| Sable Permian Resources | INVOICE DATE | March 19, 2020 |
| Pennzoil Place | ORDER NO. | ULSmall 23-26 Frac Pond |
| 700 Milam Street, Suite 3100 | APPROVAL | |
| Houston, TX 77002 | LOCATION | Big Lake, TX |
| Attn: Accounts Payable | OUR REF. NO. | MD-19-0529-C-1 |

| DATE | TICKET NO. |
|---|---|

### Midland, TX Yard

Mobilize labor, equipment, materials, and supervision to location to perform
the following services:

| | | | | | |
|---|---|---|---|---|---|
| 2/28/20-3/19/2020 | Item 1) Reclaim 290' x 230' frac pond, reseed, and furnish disposal of material | | | | $25,614.00 |
| | Taxes | | | | $128.07 |
| | Reagan County | 0.50% | (on | $25,614.00 | only) |
| | Texas State | 6.25% | (on | $25,614.00 | only) | $1,600.88 |

**Invoice Total**   $27,342.95

*Contract 90% complete

CUSTOMER SIGNATURE: _____ DATE: _____

**"THANK YOU"**

Delinquent accounts will have an added charge of 1 1/2% per month on unpaid balance. In addition, if placed in hands of an attorney for collection there will be an additional charge of 25% on amount of unpaid balance and interest as attorney's fees.

Reorder #PTS-1008

**FILED**

AT 1:16:18 PM

on August 27, 2020

INS. NO. 2020-135221

**STATE OF TEXAS**

**COUNTY OF REAGAN**

I hereby certify that this instrument was FILED on the
date and at the time stamped hereon by me and was
duly RECORDED in the Volume and Page of the
Official Public Records of Reagan County, Texas.

County Clerk, Reagan County, Texas

**OFFICIAL PUBLIC RECORDS**

Vol. 391    Page 400

Recorded August 27, 2020

COUNTY CLERK, REAGAN COUNTY, TEXAS

By _____ Deputy