IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| SABLE PERMIAN RESOURCES, LLC, § | NO. 20-33193 |
| § | |
| Debtor. § | |

**ORDER OVERRULING**
**THE PLAN ADMINISTRATOR'S AND THE LIQUIDATING TRUSTEE'S**
**OBJECTION TO THE PROOF OF CLAIM OF TANNER SERVICES, LLC**

Came for consideration, The Plan Administrator's and the Liquidating Trustee's Fourth Omnibus Objection to Claim No. 217 filed by TANNER SERVICES, LLC [ECF No. 893][the "Objection"], and TANNER SERVICES, LLC'S response thereto [ECF No. ____ ] [the "Response"]. The Court, after considering same, orders as follows:

IT IS ORDERED, ADJUDGED AND DECREED, that the Plan Administrator's and Liquidating Trustee's Objection to Claim No. 217 is OVERRULED. It is further

ORDERED that $187,843.82 of Claim No. 217 is an allowed secured claim, with $28,724.54 being allowed as an unsecured claim.

ORDERED that each such party is responsible for their own attorney's fees and legal expenses.

SIGNED this the _____ day of _____, 2021.

_____
UNITED STATES BANKRUPTCY JUDGE

8013x040.pst